U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ary Juergens

s.

rban Title Services, LLC, et al.

No. 1:06CV01524

**AFFIDAVIT OF SERVICE**

o wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make ervice of the Summons, Notice of Right to Consent to Trial Before nited States Magistrate Judge, Complaint and Jury Demand and nitial Electronic Case Filing Order in the above entitled case, ereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, .C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:55 pm on September 5, 2006, I served Robert William arney at 2844 Powder Mill Road, Adelphi, Maryland 20783 by serving obert William Carney, personally. Described herein:

```
SEX-    MALE
AGE-    70
EIGHT-  5'7"
HAIR-   GRAY
EIGHT-  175
RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United tates of America that the foregoing information contained in the ETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

xecuted on  9/7/06
                Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176160