Mary Juergens

vs.

Urban Title Services, LLC, et al.

No. 1:06CV01524

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Jury Demand and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-30-1976.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:18 pm on September 8, 2006, I served Dale E. Duncan at 5019 Tower Court, Alexandria, Virginia 22304 by serving Dale E. Duncan, personally. Described herein:

```
SEX-     MALE
AGE-     60
HEIGHT-  6'2"
HAIR-    GREY
WEIGHT-  260
RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-11-06
           Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176162