**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____
                                                    )
MARY JUERGENS,                                      )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            )
                                                    )
URBAN TITLE SERVICES, LLC, WILLIAM                  )        CIVIL ACTION NO. 1:06-CV-1524
KENNEY, ROBERT WILLIAM CARNEY,                      )
PAUL ERB, FIRST MOUNT VERNON                        )        JUDGE:  Colleen Kollar-Kotelly
INDUSTRIAL LOAN ASSOCIATION                         )
INCORPORATED, FIRST MOUNT VERNON                    )
MORTGAGE, LLC, and DALE E. DUNCAN,                  )
                                                    )
            Defendants.                             )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT**
**ROBERT WILLIAM CARNEY'S CONSENT MOTION FOR ENLARGEMENT OF**
**TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Robert William Carney ("Defendant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, respectfully requests that the Court enlarge Defendant's time to answer or otherwise respond to the Complaint filed by Plaintiff Mary Juergens by an additional twenty (20) days , and in support thereof states as follows:

1.      On September 5, 2006, Defendant was served with the Complaint.

2.      Undersigned counsel was formally retained to represent Defendant in this matter on September 25, 2006.

3.      Undersigned counsel for Defendant first received a copy of the Complaint on September 25, 2006.

4.      The Complaint is 50 pages in length and asserts eight causes of action against Defendant.

5.     Defendant respectfully requests an enlargement of twenty (20) days in which to answer or otherwise respond to the Complaint.  This additional time is needed to allow counsel to investigate the claims made in the Complaint and to prepare and file an appropriate response.

6.     Counsel for Defendant has conferred with counsel for Plaintiff pursuant to LCvR 7(m) and counsel for Plaintiff consents to extending Defendant's time to answer or otherwise respond to the Complaint.

**WHEREFORE**, Defendant respectfully requests that this Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint be granted.

Dated:  September 25, 2006                    Respectfully submitted,


_____/s/_____
Daniel Marino (DC Bar # 416711)
Tillman J. Finley (DC Bar # 477737)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004
 (202) 383-0100 Phone
 (202) 637-3593 Fax

*Counsel for Defendant Robert William Carney*