## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY JUERGENS, | ) |
| Plaintiff, | ) |
| v. | ) |
| URBAN TITLE SERVICES, LLC, WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN, | ) CIVIL ACTION NO. 1:06-CV-1524 ) ) JUDGE: Colleen Kollar-Kotelly ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANT ROBERT WILLIAM CARNEY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of Defendant Robert William Carney's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint and for good cause shown, the Court **GRANTS** said motion and hereby **ORDERS** that Defendant Robert William Carney shall have an additional twenty (20) days in which to file an answer or otherwise respond to the Complaint filed by Plaintiff Mary Juergens.

So ordered.

Date:_____                                    _____
                                                                            COLLEEN KOLLAR-KOTELLY
                                                                            UNITED STATES DISTRICT JUDGE

Notice to:

| | |
|---|---|
| J.P. Szymkowicz | Daniel Marino (DC Bar # 416711) |
| John T. Szymkowicz | Tillman J. Finley (DC Bar # 477737) |
| Szymkowicz & Szymkowicz, LLP | Sutherland Asbill & Brennan LLP |
| 1220 19th Street, NW, Suite 400 | 1275 Pennsylvania Ave., NW |
| Washington, DC  20036-2438 | Washington, DC  20004 |
| (202) 862-8500 (telephone) | (202) 383-0100 (telephone) |
| (202) 862-9825 (facsimile) | (202) 637-3593 (facsimile) |
| *Attorneys for Plaintiff Mary Juergens* | *Attorneys for Defendant Robert William Carney* |