U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mary Juergens

vs.

Urban Title Services, LLC, et al.

No. 1:06CV01524 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DAVID S. FELTER, having been duly authorized to make service of the Summons; Complaint and Jury Demand; Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-01-1951.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 5:19 pm on September 22, 2006, I served First Mount Vernon Mortgage, LLC c/o Stanley Banks, Registered Agent at 1437 37th Street, NW, Washington, DC 20007 by serving Stanley Banks, Registered Agent, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   36
 HEIGHT-   6'3"
   HAIR-   BLACK
 WEIGHT-   185
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-22-06
             Date

DAVID S. FELTER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176520