IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
|            Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER: 1:06CV01524 |
| | ) | |
| and | ) | JUDGE: Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE: General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED [*sic*] | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN | ) | |
| | ) | |
|            Defendants. | ) ) | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION OF DEFENDANT DALE E. DUNCAN FOR EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Dale E. Duncan ("Duncan"), by and through undersigned counsel, files this

Memorandum of Points and Authorities in support of the Consent Motion to Extend or Enlarge

Time in which to file his answer or other responsive pleading to the Complaint filed in this case (the "Motion") pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, and in support thereof, states as follows:

1. The Complaint in this case was filed on or about August 29, 2006.

2. Duncan is a co-defendant with six (6) other defendants.

3. Undersigned counsel was accepted as counsel to represent Defendant Duncan on September 25, 2006.

4. The Complaint is 50 pages long, and asserts complex allegations of both fact and law that require additional due diligence investigation before properly responding to the same with respect to your co-defendant Duncan.

5. Undersigned counsel has spoken with counsel for the Plaintiff with regard to this Motion, and represents to this honorable Court that said Plaintiff's counsel consented to the extension requested in the Motion.

6. Answers of other co-defendants are due on October 17, 2006.

7. No prejudice to any party results from the granting of the extension.

WHEREFORE, good cause being shown, the relief respectfully requested by co-defendant Duncan to extend the time in which to answer or otherwise file a responsive pleading to the Complaint by an additional twenty-one (21) days to October 19, 2006 should be granted.

                                    Respectfully submitted,

Dated: September 28, 2006           /s/ James M. Towarnicky    .
                                    James M. Towarnicky, #370931
                                    James M. Towarnicky, P.L.L.C.
                                    3977 Chain Bridge Road, Suite #1
                                    Fairfax, VA 22030
                                    Tel. (703) 352-0022
                                    Fax (703) 352-1516
                                    Counsel for Co-Defendant Dale E. Duncan

CERTIFICATE OF SERVICE

      I hereby certify that I served a true and correct copy of the foregoing Memorandum in support of Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 28th day of September, 2006, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

                                                    /s/ James M. Towarnicky
                                                    James M. Towarnicky