IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| MARY JUERGENS ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| URBAN TITLE SERVICES, LLC ) | CASE NUMBER: **1:06CV01524** |
| and ) | JUDGE: **Colleen Kollar-Kotelly** |
| WILLIAM KENNEY ) | CASE TYPE: General Civil |
| and ) | |
| ROBERT WILLIAM CARNEY ) | |
| and ) | |
| PAUL ERB ) | |
| and ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ) | |
| ASSOCIATION INCORPORATED [*sic*] ) | |
| and ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. ) | |
| and ) | |
| DALE E. DUNCAN, ) | |
| Defendants. ) | |
| _____) | |

**ORDER**
**GRANTING CONSENT MOTION OF DEFENDANT DALE E. DUNCAN**
**FOR EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER**
**OR OTHERWISE RESPOND TO COMPLAINT**

UPON MOTION of co-defendant, Dale E. Duncan ("Duncan"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, to request an additional twenty-one (21) days in which to file his answer or other responsive pleading to the Complaint filed in this case by the Plaintiff, Mary Juergens, and it appearing that such relief should be granted, it is hereby:

ORDERED, that such Motion is GRANTED; and it is

FURTHER ORDERED, that the time in which co-defendant Dale E. Duncan is to file his answer or other responsive pleading to the Complaint in the above-styled case is extended to on or before October 19, 2006.

AND THIS CAUSE IS CONTINUED.

Dated Entered:_____        _____.
                                            Colleen Kollar-Kotelly, Judge
                                            United States District Court


WITH COPIES/NOTICE TO:


| | |
|---|---|
| Daniel J. Marino, Esq. | James M. Towarnicky, Esq. |
| Sutherland, Asbill & Brennan, LLP | James M. Towarnicky, P.L.L.C. |
| 1275 Pennsylvania Avenue, N.W. | 3977 Chain Bridge Road, Suite #1 |
| Washington, D.C. 20004 | Fairfax, VA 22030 |
| Counsel for Co-Defendant Robert William Carney | Counsel for Co-Defendant Dale E. Duncan |

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens