IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:06CV01524 (CKK) |
| | * | |
| URBAN TITLE SERVICES, LLC, | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Defendant, First Mount Vernon Industrial Loan Association, Inc., by and through its undersigned counsel and pursuant to LCvR 7 and FRCP 6, hereby respectfully moves this Honorable Court for the entry of an Order extending the time within which it may respond to the Complaint by 19 days, to and including October 31, 2006.

As grounds for this relief, this Defendant states as follows:

1.  This Defendant was served with the Complaint in this action on September 22, 2006.

2.  The undersigned were retained to defend the interests of this Defendant on October 6, 2006.

3.  A meeting has been scheduled to review the allegations of the Complaint and prepare an appropriate responsive pleading, but time is required to accomplish this, consistent with the obligations of counsel and the party pursuant to FRCP 11.

4.  Counsel for the Plaintiff has consented to this relief.

Accordingly, for all of the foregoing reasons, Defendant, First Mount Vernon Industrial Loan Association, Inc., respectfully prays that its Consent Motion will be granted.

        Respectfully submitted,

        JORDAN COYNE & SAVITS, L.L.P.

        By: _____/ s /_____
          David P. Durbin  #928655
          1100 Connecticut Avenue, NW
          Suite 600
          Washington, DC  20036
          (202) 496-2804
          Fax:  (202) 496-2800
          E-mail:  d.durbin@jocs-law.com

        Counsel for Defendant, First Mount Vernon Industrial Loan Association, Inc.

## POINTS AND AUTHORITIES

1.    LCvR 7.

2.    FRCP 6.

3.    FRCP 11.

        _____/ s /_____
        David P. Durbin

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For An Enlargement Of Time Within Which To File A Responsive Pleading was mailed, first class and postage prepaid, this ___10th_____ day of October, 2006 to:

      J.P. Szymkowicz, Esquire
      John T. Szymkowicz, Esquire
      SZYMKOWICZ & SZYMKOWICZ, LLP
      Suite 400
      1220 19th Street, NW
      Washington, DC  20036-2438
        Counsel for Plaintiff

      Daniel Marino, Esquire
      SUTHERLAND ASBILL & BRENNAN LLP
      1275 Pennsylvania Avenue, NW
      Washington, DC  20004
        Counsel for Robert William Carney

      James M. Towarnicky, Esquire
      Suite 1
      3977 Chain Bridge Road
      Fairfax, VA  22030
        Counsel for Dale E. Duncan

                / s /
                David P. Durbin