IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS,                          *
                                        *
              Plaintiff,                *
                                        *
       v.                               *       Case No.:  1:06CV01524 (CKK)
                                        *
URBAN TITLE SERVICES, LLC,              *
*et al.*,                               *
                                        *
              Defendants.               *

**ORDER GRANTING CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Upon consideration of the Consent Motion For An Enlargement Of Time Within

Which To File A Responsive Pleading filed on behalf of Defendant, First Mount Vernon

Industrial Loan Association, Inc., and the entire record herein, it is, by this Court, this

_____ day of October, 2006 hereby

ORDERED, that the Consent Motion be, and the same hereby is GRANTED;

and, it is further

ORDERED, that Defendant First Mount Vernon Industrial Loan Association, Inc.

file its responsive pleading on or before October 31, 2006.


_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC  20036-2438

Daniel Marino, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

James M. Towarnicky, Esquire
Suite 1
3977 Chain Bridge Road
Fairfax, VA  22030