UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY JUERGENS,<br><br>    Plaintiff,<br><br>    v.<br><br>URBAN TITLE SERVICES, LLC, WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:06-CV-1524<br><br>JUDGE:  Colleen Kollar-Kotelly |

**SECOND CONSENT MOTION OF DEFENDANT ROBERT WILLIAM CARNEY FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Robert William Carney, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7, files this motion requesting an additional fourteen (14) days in which to file an answer or other responsive pleading to the Complaint of Plaintiff Mary Juergens. In support hereof, Defendant Carney states that counsel for Plaintiff has consented to such enlargement of time and submits the accompanying Memorandum of Points and Authorities.

Dated:  October 10, 2006            Respectfully submitted,

                                     **/s/**
                                     Daniel Marino (DC Bar # 416711)
                                     Tillman J. Finley (DC Bar # 477737)
                                     Sutherland Asbill & Brennan LLP
                                     1275 Pennsylvania Ave., NW
                                     Washington, DC  20004
                                      (202) 383-0100 Phone
                                      (202) 637-3593 Fax
                                     *Counsel for Defendant Robert William Carney*

WO 649018.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Second Consent Motion Extending Time to Answer or Otherwise Respond and the attached Memorandum of Points and Authorities in support thereof and proposed order were sent via the Court's electronic filing service and facsimile this 10th day of October, 2006 to:

| | |
|---|---|
| J.P. Szymkowicz | James M. Towarnicky |
| John T. Szymkowicz | 3977 Chain Bridge Road |
| Szymkowicz & Szymkowicz, LLP | Suite #1 |
| 1220 19th Street, NW, Suite 400 | Fairfax, VA  22030 |
| Washington, DC  20036-2438 | (703) 352-0022 (telephone) |
| (202) 862-8500 (telephone) | (703) 352-1516 (facsimile) |
| (202) 862-9825 (facsimile) | *Attorney for Defendant Dale E. Duncan* |
| *Attorneys for Plaintiff Mary Juergens* | |

                                                  **/s/**
                               Daniel Marino (DC Bar # 416711)
                               Tillman J. Finley (DC Bar # 477737)
                               Sutherland Asbill & Brennan LLP
                             1275 Pennsylvania Ave., NW
                             Washington, DC  20004
                             (202) 383-0100 Phone
                             (202) 637-3593 Fax
                             *Counsel for Defendant Robert William Carney*

WO 649018.1