**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MARY JUERGENS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| URBAN TITLE SERVICES, LLC, WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN, | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:06-CV-1524<br><br>JUDGE: Colleen Kollar-Kotelly |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ROBERT WILLIAM CARNEY'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Robert William Carney ("Defendant Carney"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, respectfully requests that the Court enlarge Defendant Carney's time to answer or otherwise respond to the Complaint filed by Plaintiff Mary Juergens by an additional fourteen (14) days and in support of such request states as follows:

1. On September 5, 2006, Defendant Carney was served with the Complaint.

2. Undersigned counsel was formally retained to represent Defendant Carney in this matter on September 25, 2006.

3. Undersigned counsel for Defendant Carney first received a copy of the Complaint on September 25, 2006.

4.     The Complaint is 50 pages in length and asserts eight causes of action against Defendant Carney.

5.     On September 25, 2006, Defendant Carney filed a consent motion requesting an enlargement of twenty (20) days in which to answer or otherwise respond to the Complaint (Court File No. 4).

6.     By way of a minute entry order entered on September 26, 2006, the Court granted said consent motion and ordered that Defendant Carney would have until and including October 17, 2006, to answer or otherwise respond to the Complaint.

7.     Defendant Carney respectfully requests an additional fourteen (14) days in which to answer or otherwise respond to the Complaint.  This additional time is needed to allow counsel to investigate the claims made in the Complaint and to pursue the possibility of resolving this matter as between Plaintiff and Defendant Carney without the necessity of further proceedings in this matter.

8.     Counsel for Defendant Carney has conferred with counsel for Plaintiff pursuant to LCvR 7(m) and counsel for Plaintiff consents to extending Defendant Carney's time to answer or otherwise respond to the Complaint.

**WHEREFORE**, Defendant Carney respectfully requests that this Second Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint be granted.

Dated:  October 10, 2006                    Respectfully submitted,

                                                                   /s/
                                                    Daniel Marino (DC Bar # 416711)
                                                    Tillman J. Finley (DC Bar # 477737)
                                                    Sutherland Asbill & Brennan LLP
                                                    1275 Pennsylvania Ave., NW

Washington, DC  20004  
 (202) 383-0100 Phone  
 (202) 637-3593 Fax  
*Counsel for Defendant Robert William Carney*