## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | ) |
| Plaintiff, | ) |
| v. | ) |
| URBAN TITLE SERVICES, LLC, WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN, | ) CIVIL ACTION NO. 1:06-CV-1524 <br><br> ) JUDGE: Colleen Kollar-Kotelly |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANT ROBERT WILLIAM CARNEY'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of Defendant Robert William Carney's Second Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint and for good cause shown, the Court **GRANTS** said motion and hereby **ORDERS** that Defendant Robert William Carney shall have an additional fourteen (14) days until and including October 31, 2006, in which to file an answer or otherwise respond to the Complaint filed by Plaintiff Mary Juergens.

So ordered.

Date:_____                          _____
                                             COLLEEN KOLLAR-KOTELLY
                                             UNITED STATES DISTRICT JUDGE

Notice to:

J.P. Szymkowicz
John T. Szymkowicz
Szymkowicz & Szymkowicz, LLP
1220 19th Street, NW, Suite 400
Washington, DC  20036-2438
(202) 862-8500 (telephone)
(202) 862-9825 (facsimile)
*Attorneys for Plaintiff Mary Juergens*

James M. Towarnicky
3977 Chain Bridge Road
Suite #1
Fairfax, VA  22030
(703) 352-0022 (telephone)
(703) 352-1516 (facsimile)
*Attorney for Defendant Dale E. Duncan*

Daniel Marino (DC Bar # 416711)
Tillman J. Finley (DC Bar # 477737)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004
(202) 383-0100 (telephone)
(202) 637-3593 (facsimile)
*Attorneys for Defendant Robert William Carney*