IN THE
# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
|        Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER:  1:06CV01524 |
| | ) | |
| and | ) | JUDGE:  Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE:  General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED [*sic*] | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN, | ) | |
| | ) | |
|        Defendants. | ) ) | |

## CONSENT MOTION OF DEFENDANT DALE E. DUNCAN FOR ADDITIONAL EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Dale E. Duncan ("Duncan"), by and through undersigned counsel, and

pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, moves this honorable Court to

request an additional fourteen (14) days in which to file his answer or other responsive pleading to the Complaint filed in this case by the Plaintiff, Mary Juergens, or October 31, 2006 in order to correspond to the other co-defendants' response date.

Counsel for the Plaintiff has consented to this Motion and the relief requested, and the relief of additional time is appropriate in light of the size and breadth of the Complaint.

WHEREFORE, good cause being shown, co-Defendant Duncan respectfully moves this honorable Court to grant this Consent Motion to extend the time in which to file his answer or other responsive pleading to the Complaint to and including October 31, 2006.

Respectfully submitted,

Dated: October 12, 2006

/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022
Fax (703) 352-1516
Counsel for Co-Defendant Dale E. Duncan

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 12th day of October, 2006, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

David P. Durbin, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

 /s/ James M. Towarnicky
James M. Towarnicky