IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS, | ) | |
|                    Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER:  1:06CV01524 |
| | ) | |
| and | ) | JUDGE:  Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE:  General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN | ) | |
| ASSOCIATION INCORPORATED [*sic*] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN, | ) | |
| | ) | |
|                    Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION OF DEFENDANT DALE E. DUNCAN FOR ADDITIONAL EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Dale E. Duncan ("Duncan"), by and through undersigned counsel, files this

Memorandum of Points and Authorities in support of the Consent Motion to Extend or Enlarge

Time in which to file his answer or other responsive pleading to the Complaint filed in this case (the "Motion") pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, and in support thereof, states as follows:

1. The Complaint in this case was filed on or about August 29, 2006.

2. Duncan is a co-defendant with six (6) other named defendants.

3. Undersigned counsel was accepted as counsel to represent Defendant Duncan on September 25, 2006.

4. The Complaint is 50 pages long, and asserts complex allegations of both fact and law that require additional due diligence investigation before properly responding to the same with respect to your co-defendant Duncan.

5. Undersigned counsel has spoken with counsel for the Plaintiff with regard to this Motion, and represents to this honorable Court that said Plaintiff's counsel consented to the extension requested in the Motion.

6. Co-Defendant First Mount Vernon Industrial Loan Association ("FMV") was, on information and belief, recently served with process of the Complaint.

7. FMV has filed a consent motion to have its response date enlarged to October 31, 2006.

8. Co-Defendant Carney has filed a motion to enlarge his response date to October 31, 2006.

9. Accordingly, no prejudice to any party results from the granting of the extension.

10. Allegations against your defendant Duncan correspond to a number of allegations against FMV.

11. Undersigned counsel has personal and conflicting professional matters that impinge upon coordinating a response as October 17, 2006.

12. Issues of the extent of representation may need to be addressed before such response.

13. It is in the best interests of economy of resources and justice that such further extension be granted.

14. FRCP Rule 6 and LCvR Rule 7 provide that such extension may properly be granted in these circumstances.

WHEREFORE, good cause being shown, the relief respectfully requested by co-defendant Duncan to further extend the time in which to answer or otherwise file a responsive pleading to the Complaint by an additional fourteen (14) days to and including October 31, 2006 should be granted.

|  |  |
|---|---|
| Dated: October 12, 2006 | Respectfully submitted,<br>/s/ James M. Towarnicky    .<br>James M. Towarnicky, #370931<br>James M. Towarnicky, P.L.L.C.<br>3977 Chain Bridge Road, Suite #1<br>Fairfax, VA 22030<br>Tel. (703) 352-0022<br>Fax (703) 352-1516<br>Counsel for Co-Defendant Dale E. Duncan |

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Memorandum in Support of Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 12th day of October, 2006, addressed as follows:

| | |
|---|---|
| Daniel J. Marino, Esq.<br>Sutherland, Asbill & Brennan, LLP<br>1275 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Counsel for Defendant Robert William Carney | David P. Durbin, Esq.<br>Jordan Coyne & Savits, L.L.P.<br>1100 Connecticut Avenue, N.W., #600<br>Washington, D.C. 20036<br>Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc. |

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

                                         _/s/ James M. Towarnicky_
                                         James M. Towarnicky