IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| MARY JUERGENS, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| URBAN TITLE SERVICES, LLC ) | CASE NUMBER: 1:06CV01524 |
| ) | |
| and ) | JUDGE: Colleen Kollar-Kotelly |
| ) | |
| WILLIAM KENNEY ) | DECK TYPE: General Civil |
| ) | |
| and ) | DATE STAMP: |
| ) | |
| ROBERT WILLIAM CARNEY ) | |
| ) | |
| and ) | |
| ) | |
| PAUL ERB ) | |
| ) | |
| and ) | |
| ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ) | |
| ASSOCIATION INCORPORATED [*sic*] ) | |
| ) | |
| and ) | |
| ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. ) | |
| ) | |
| and ) | |
| ) | |
| DALE E. DUNCAN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ERRATA**

TO THE HONORABLE CLERK OF COURT:

    PLEASE TAKE NOTICE from the undersigned counsel for Defendant, Dale E. Duncan

("Duncan") that on information and belief the electronic mailing address for such counsel in the

above-styled case is SlovakEsq@aol.xom, when instead it should be SlovakEsq.@aol.com.

Undersigned counsel has not received any electronic messages from this honorable Court, and therefore respectfully requests that the error be corrected.

|  |  |
|---|---|
| Dated:  October 18, 2006 | Respectfully submitted,<br>/s/ James M. Towarnicky    .<br>James M. Towarnicky, #370931<br>James M. Towarnicky, P.L.L.C.<br>3977 Chain Bridge Road, Suite #1<br>Fairfax, VA 22030<br>Tel. (703) 352-0022<br>Fax (703) 352-1516<br>Counsel for Co-Defendant Dale E. Duncan |

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Errata on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 18th day of October, 2006, addressed as follows:

Daniel J. Marino, Esq.  
Sutherland, Asbill & Brennan, LLP  
1275 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Counsel for Defendant Robert William Carney

David P. Durbin, Esq.  
Jordan Coyne & Savits, L.L.P.  
1100 Connecticut Avenue, N.W., #600  
Washington, D.C. 20036  
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

J.P. Szymkowicz, Esq.  
John T. Szymkowicz, Esq.  
Szymkowicz & Szymkowicz, LLP  
1220 19th Street, N.W., Suite #400  
Washington, D.C. 20036-2438  
Counsel for Plaintiff Mary Juergens

  /s/ James M. Towarnicky  
James M. Towarnicky