IN THE
## UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS,       ) | |
|            Plaintiff,   ) | |
| vs.                       ) | |
|                              ) | |
| URBAN TITLE SERVICES, LLC   ) | CASE NUMBER:  1:06CV01524 |
|                              ) | |
| and                       ) | JUDGE:  Colleen Kollar-Kotelly |
|                              ) | |
| WILLIAM KENNEY       ) | DECK TYPE:  General Civil |
|                              ) | |
| and                       ) | DATE STAMP: |
|                              ) | |
| ROBERT WILLIAM CARNEY   ) | |
|                              ) | |
| and                       ) | |
|                              ) | |
| PAUL ERB              ) | |
|                              ) | |
| and                       ) | |
|                              ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN  ) | |
| ASSOCIATION INCORPORATED [*sic*]   ) | |
|                              ) | |
| and                       ) | |
|                              ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C.  ) | |
|                              ) | |
| and                       ) | |
|                              ) | |
| DALE E. DUNCAN,      ) | |
|                              ) | |
|            Defendants.   ) | |
| _____) | |

## **AMENDMENT TO ERRATA**

TO THE HONORABLE CLERK OF COURT:

PLEASE TAKE NOTICE that the Errata filed included a "." in the supposedly correct email address that should not be present. The correct email address for the undersigned is SlovakEsq@aol.com. The undersigned regrets the error.

Dated: October 18, 2006

Respectfully submitted,
/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022
Fax (703) 352-1516
Counsel for Co-Defendant Dale E. Duncan

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Amendment to Errata on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 18th day of October, 2006, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

David P. Durbin, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

  /s/ James M. Towarnicky
James M. Towarnicky