# UNITED STATES DISTRICT COURT
## District of Columbia

MARY JUERGENS
1230 23RD STREET, N.W., APT. 505
WASHINGTON, DC  20037

**SUMMONS IN A CIVIL CASE**

V.

URBAN TITLE SERVICES, INC., et al.

CASE NUMBER:   06-CA-1524 (CKK)

TO: (Name and address of Defendant)

URBAN TITLE SERVICES, INC.
2844 Powder Mill Road
Adelphi, Maryland  20783

As an Unlicensed Corporation, Serve:  Mayor Anthony Williams
Mayor of the District of Columbia, 1350 Pennsylvania Avenue, N.W., Washington, DC  20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.P. Szymkowicz #462146
John T. Szymkoiwcz, #946079
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
(202) 862-8500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

CLERK                                                                      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | October 26 2006 (2:30 P.M.) |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JP Szymkowicz | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): Served Tobatha Braxton, Office of the Secretary of the District of Columbia Government, Staff Assistant, 1350 Pennsylvania Ave NW Room 419, Washington DC 20004, as Statutory Agent on behalf of Urban Title Services Inc, an unlicensed corporation.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/06
              Date

Signature of Server

Address of Server: 1220 19th Street NW #400
Washington DC 20036-2438

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.