IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | * |
| Plaintiff, | * |
| v. | * Case No.: 1:06CV01524 (CKK) |
| | * Judge Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, et al., | * |
| Defendants. | * |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE
LOCAL RULES OF THE UNITED STATES
<u>DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, undersigned counsel of record for Defendant, First Mount Vernon Industrial Loan Association, Inc., certify to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of my client which have any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ David P. Durbin
David P. Durbin  #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800
E-mail:  d.durbin@jocs-law.com

Counsel for Defendant, First Mount Vernon Industrial Loan Association, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Certificate Required By LCvR 7.1 Of The Local Rules Of The United States District Court For The District Of Columbia was mailed, first class and postage prepaid, this 27th day of October, 2006 to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC 20036-2438
  Counsel for Plaintiff

Daniel Marino, Esquire
Tillman J. Finley, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
  Counsel for Robert William Carney

James M. Towarnicky, Esquire
JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA 22030
  Counsel for Dale E. Duncan

_____
David P. Durbin