IN THE
# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER:  1:06CV01524 |
| | ) | |
| and | ) | JUDGE:  Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE:  General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED [*sic*] | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CONSENT MOTION OF CO-DEFENDANT FIRST MOUNT VERNON, L.L.C. FOR CONFIRMATION OR EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, First Mount Vernon, L.L.C. ("FMVLLC"), by and through undersigned

counsel, and pursuant to Federal Rules of Civil Procedure 6 and 15, and Local Rule 7, with the consent of the Plaintiff hereto, moves this honorable Court to confirm the time in which to file its answer or other responsive pleading to the Amended Complaint filed in this case by the Plaintiff, Mary Juergens, to the date which is 10 days after service of such Amended Complaint, as extended an additional three days under FRCP 6(e) for use of the mails for service under FRCP5(b)(2)(B), or November 7, 2006, or for an extension or enlargement of time in which to file such answer or other responsive pleading to such date.  Due to such filing of an Amended Compliant, no such response is due by any Defendant until said November 7, 2006.  An order confirming the same is appropriate and necessary in light of previous minute orders of this honorable Court.

     Counsel for the Plaintiff has consented to this Motion and the relief requested.

     WHEREFORE, good cause being shown, co-Defendant FMVLLC respectfully moves this honorable Court to grant this Consent Motion to confirm that the time in which defendants are to answer or file a responsive pleading to the Amended Complaint is extended to and including November 7, 2006.

Respectfully submitted,

Dated:  October 30, 2006

/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022
Fax (703) 352-1516
Counsel for Co-Defendant FMVLLC

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 30th day of October, 2006, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

David P. Durbin, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

  /s/ James M. Towarnicky
James M. Towarnicky