IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
|                 Plaintiff, | ) | |
| vs. | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER: 1:06CV01524 |
| and | ) | JUDGE: Colleen Kollar-Kotelly |
| WILLIAM KENNEY | ) | DECK TYPE: General Civil |
| and | ) | DATE STAMP: |
| ROBERT WILLIAM CARNEY | ) | |
| and | ) | |
| PAUL ERB | ) | |
| and | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED [*sic*] | ) | |
| and | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| and | ) | |
| DALE E. DUNCAN | ) | |
|                 Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION OF CO-DEFENDANT FMV, L.L.C. FOR CONFIRMATION OR EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Co-Defendant, First Mount Vernon, L.L.C., a Virginia limited liability company,

("FMVLLC"), by and through undersigned counsel, files this Memorandum of Points and

Authorities in support of its Consent Motion for Confirmation, or to Extend or Enlarge Time in which to file its answer or other responsive pleading to the Complaint filed in this case (the "Motion") pursuant to Federal Rules of Civil Procedure 6 and 15, and Local Rule 7, and in support thereof, states as follows:

1. The Complaint in this case was filed on or about August 29, 2006.

2. FMVLLC is a co-defendant with six (6) other defendants.

3. Undersigned counsel was accepted as counsel to represent FMVLLC on October 25, 2006.

4. An extension to reply to the original Complaint in this case was previously granted for defendants to and including October 31, 2006.

5. Due to an oversight, it was previously assumed that the counsel for co-defendant First Mount Vernon Industrial Loan Association ("FMVILA") had made, or would include in its order providing for such extension to extend as well to FMVLLC.

6. On October 25, 2006, Plaintiff filed her Amended Complaint in this case, and caused the same to be served via U.S. Mail.

7. Under Federal Rules of Civil Procedure ("FRCP") Rule 15, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served; and "[a] party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer . . . ."

8. The date which is 10 days after October 25, 2006, is Saturday, November 4, 2006.

9. The next business day after November 4, 2006, is Monday, November 6, 2006.

10. Because Plaintiff used service of the Amended Complaint to FMVLLC and other co-defendants in accordance with FRCP 5(b)(2)(B), an additional three days is allowed in which to file an answer or other responsive pleading under FRCP 6(e). Accordingly, the due date for such responsive pleading of all co-defendants is on November 7, 2006. *Id.*

11. Undersigned counsel has spoken with counsel for the Plaintiff with regard to this Motion, and represents to this honorable Court that said Plaintiff's counsel consented to the same.

12. In light of the fact FRCP 15 may appear in contravention of previous orders of this honorable Court, a pleading confirming the new due date in which to file a responsive pleading to the Amended Complaint is appropriate.

13. No prejudice to any party results from the granting of this motion.

WHEREFORE, good cause being shown, the relief respectfully requested by co-defendant FMV, L.L.C. to confirm that the due date in which co-defendants are to answer or otherwise file a responsive pleading to the Amended Complaint is the date which is thirteen (13) days of service of such Amended Complaint if such service was done by Mail, or Tuesday, November 7, 2006, should be granted.

Respectfully submitted,

Dated: October 30, 2006

/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022
Fax (703) 352-1516
Counsel for Co-Defendant First Mount Vernon, LLC

CERTIFICATE OF SERVICE

      I hereby certify that I served a true and correct copy of the foregoing Memorandum in support of Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 30th day of October, 2006, addressed as follows:

| | |
|---|---|
| Daniel J. Marino, Esq.<br>Sutherland, Asbill & Brennan, LLP<br>1275 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Counsel for Defendant Robert William Carney | David P. Durbin, Esq.<br>Jordan Coyne & Savits, L.L.P.<br>1100 Connecticut Avenue, N.W., #600<br>Washington, D.C. 20036<br>Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc. |
| J.P. Szymkowicz, Esq.<br>John T. Szymkowicz, Esq.<br>Szymkowicz & Szymkowicz, LLP<br>1220 19th Street, N.W., Suite #400<br>Washington, D.C. 20036-2438<br>Counsel for Plaintiff Mary Juergens | |

                                                                   /s/ James M. Towarnicky<br>
                                                              James M. Towarnicky