IN THE
## UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| URBAN TITLE SERVICES, LLC ) | CASE NUMBER: **1:06CV01524** |
| and ) | JUDGE: **Colleen Kollar-Kotelly** |
| WILLIAM KENNEY ) | CASE TYPE: General Civil |
| and ) | |
| ROBERT WILLIAM CARNEY ) | |
| and ) | |
| PAUL ERB ) | |
| and ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ) | |
| ASSOCIATION INCORPORATED [*sic*] ) | |
| and ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. ) | |
| and ) | |
| DALE E. DUNCAN, ) | |
| Defendants. ) | |
| _____) | |

## ORDER
### GRANTING CONSENT MOTION OF CO-DEFENDANT FIRST MOUNT VERNON, L.L.C. FOR CONFIRMATION OR EXTENSION OR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

UPON MOTION of co-defendant, First Mount Vernon, L.L.C. ("FMVLLC"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6 and 15, and Local Rule 7, to confirm that the date on which it and all other previously-served defendants must file an answer or other responsive pleading to the Amended Complaint filed in this case by the Plaintiff, Mary Juergens, is extended to ten (10) days after service of the amended complaint, as extended by FRCP 6(e) it is hereby:

ORDERED, that such Motion is GRANTED; and it is

FURTHER ORDERED, that the time in which co-defendants are to file his or its answer or other responsive pleading to the Amended Complaint in the above-styled case is extended to on or before ten (10) days after the date which is ten days after service of such Amended Complaint, or thirteen (13) days of the service of the Amended Complaint on such party if done by U.S. Mail.

AND THIS CAUSE IS CONTINUED.

Dated Entered:_____     _____.
Colleen Kollar-Kotelly, Judge
United States District Court

WITH COPIES/NOTICE TO:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Co-Defendant Robert William Carney

James M. Towarnicky, Esq.
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Counsel for Co-Defendant Dale E. Duncan

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

David P. Durbin, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount
Vernon Industrial Loan Association, Inc.