IN THE
# UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER:  1:06CV01524 |
| | ) | |
| and | ) | JUDGE:  Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE:  General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED [*sic*] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN, | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 7.1 CERTIFICATION

TO THE HONORABLE CLERK OF COURT:

PLEASE TAKE NOTICE that the undersigned counsel for the co-defendant, First Mount

Vernon, L.L.C., a limited liability company ("FMVLLC"), pursuant to Rule 7.1 of the Local

Civil Rules of this honorable Court, certifies to the best of his information, knowledge and belief,

that there are no parent companies, subsidiaries, or affiliates of FMVLLC that have any

outstanding securities in the hands of the public.

These representations are made so that the Judges of this honorable Court may determine

the need for recusal.

Dated:  October 30, 2006

Respectfully submitted,
/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022
Fax (703) 352-1516
Counsel for Co-Defendant First Mount
Vernon, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Certification Pursuant to Local Rule 7.1 on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 30th day of October, 2006, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

David P. Durbin, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount
Vernon Industrial Loan Association, Inc.

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

 _/s/ James M. Towarnicky 
James M. Towarnicky