UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, </br></br>Plaintiff, </br></br> v. </br></br> URBAN TITLE SERVICES, LLC, WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN, </br></br>Defendants. | CIVIL ACTION NO. 1:06-CV-1524 </br></br> JUDGE: Colleen Kollar-Kotelly |

**CONSENT MOTION OF DEFENDANT ROBERT WILLIAM CARNEY FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendant Robert William Carney, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7, files this motion requesting an additional two (2) days in which to file an answer or other responsive pleading to the Amended Complaint of Plaintiff Mary Juergens. In support hereof, Defendant Carney states that counsel for Plaintiff has consented to such enlargement of time and submits the accompanying Memorandum of Points and Authorities.

Dated: November 6, 2006

Respectfully submitted,

_____/s/_____
Daniel Marino (DC Bar # 416711)
Tillman J. Finley (DC Bar # 477737)
Sutherland Asbill & Brennan LLP

WO 659966.1

-2-

      1275 Pennsylvania Ave., NW
      Washington, DC  20004
       (202) 383-0100 Phone
       (202) 637-3593 Fax
      *Counsel for Defendant Robert William Carney*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion Extending Time to Answer or Otherwise Respond, Memorandum of Points and Authorities in support thereof, and proposed order were sent via the Court's electronic filing service and facsimile this 6th day of November, 2006 to:

| | |
|---|---|
| J.P. Szymkowicz<br>John T. Szymkowicz<br>Szymkowicz & Szymkowicz, LLP<br>1220 19th Street, NW, Suite 400<br>Washington, DC  20036-2438<br>(202) 862-8500 (telephone)<br>(202) 862-9825 (facsimile)<br>*Attorneys for Plaintiff Mary Juergens* | James M. Towarnicky<br>3977 Chain Bridge Road<br>Suite #1<br>Fairfax, VA  22030<br>(703) 352-0022 (telephone)<br>(703) 352-1516 (facsimile)<br>*Attorney for Defendant Dale E. Duncan* |

　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　　　　　　
Daniel Marino (DC Bar # 416711)
Tillman J. Finley (DC Bar # 477737)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004
 (202) 383-0100 Phone
 (202) 637-3593 Fax
*Counsel for Defendant Robert William Carney*