## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARY JUERGENS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| URBAN TITLE SERVICES, LLC, WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN, | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:06-CV-1524  JUDGE: Colleen Kollar-Kotelly |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ROBERT WILLIAM CARNEY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendant Robert William Carney ("Defendant Carney"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, respectfully requests that the Court enlarge Defendant Carney's time to answer or otherwise respond to the Amended Complaint filed by Plaintiff Mary Juergens by an additional two (2) days, and in support thereof states as follows:

1. On September 5, 2006, Defendant Carney was served with the Complaint.

2. Undersigned counsel was formally retained to represent Defendant Carney in this matter on September 25, 2006.

3. Undersigned counsel for Defendant Carney first received a copy of the Complaint on September 25, 2006.

4. The Complaint is 50 pages in length and asserts eight causes of action against Defendant Carney.

5. On September 25, 2006, Defendant Carney filed a consent motion requesting an enlargement of twenty (20) days in which to answer or otherwise respond to the Complaint (Court File No. 4).

6. By way of a minute entry order entered on September 26, 2006, the Court granted said consent motion and ordered that Defendant Carney would have until and including October 17, 2006, to answer or otherwise respond to the Complaint.

7. On October 10, 2006, Defendant Carney filed a second consent motion requesting an enlargement of an additional fourteen (14) days in which to answer or otherwise respond to the Complaint (Court File No. 9).

8. By way of a minute entry order entered on October 12, 2006, the Court granted said consent motion and ordered that Defendant Carney would have until and including October 31, 2006, to answer or otherwise respond to the Complaint.

9. On October 25, 2006, Plaintiff filed an Amended Complaint (Court File No. 13).

10. Pursuant to Fed. R. Civ. P. 15(a), Defendant Carney's answer to Plaintiff's Amended Complaint is due on November 6, 2006.

11. Defendant Carney respectfully requests an additional two (2) days in which to answer or otherwise respond to the Amended Complaint. This additional time is needed to allow counsel to investigate the claims made in the Amended Complaint and to formulate an appropriate response.

12. Counsel for Defendant Carney has conferred with counsel for Plaintiff pursuant to LCvR 7(m) and counsel for Plaintiff consents to extending Defendant Carney's time to answer or otherwise respond to the Amended Complaint.

**WHEREFORE**, Defendant Carney respectfully requests that this Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Amended Complaint be granted.

Dated:  November 6, 2006                    Respectfully submitted,


_____/s/_____
Daniel Marino (DC Bar # 416711)
Tillman J. Finley (DC Bar # 477737)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004
 (202) 383-0100 Phone
 (202) 637-3593 Fax

*Counsel for Defendant Robert William Carney*