UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URBAN TITLE SERVICES, LLC, WILLIAM ) | CIVIL ACTION NO. 1:06-CV-1524 |
| KENNEY, ROBERT WILLIAM CARNEY, ) | |
| PAUL ERB, FIRST MOUNT VERNON ) | JUDGE: Colleen Kollar-Kotelly |
| INDUSTRIAL LOAN ASSOCIATION ) | |
| INCORPORATED, FIRST MOUNT VERNON ) | |
| MORTGAGE, LLC, and DALE E. DUNCAN, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT WILLIAM CARNEY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Upon consideration of Defendant Robert William Carney's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Amended Complaint and for good cause shown, the Court **GRANTS** said motion and hereby **ORDERS** that Defendant Robert William Carney shall have an additional two (2) days until and including November 8, 2006, in which to file an answer or otherwise respond to the Amended Complaint filed by Plaintiff Mary Juergens.

So ordered.

Date:_____                    _____
                                        COLLEEN KOLLAR-KOTELLY
                                        UNITED STATES DISTRICT JUDGE

Notice to:

J.P. Szymkowicz
John T. Szymkowicz
Szymkowicz & Szymkowicz, LLP
1220 19th Street, NW, Suite 400
Washington, DC  20036-2438
(202) 862-8500 (telephone)
(202) 862-9825 (facsimile)
*Attorneys for Plaintiff Mary Juergens*

James M. Towarnicky
3977 Chain Bridge Road
Suite #1
Fairfax, VA  22030
(703) 352-0022 (telephone)
(703) 352-1516 (facsimile)
*Attorney for Defendant Dale E. Duncan*

Daniel Marino (DC Bar # 416711)
Tillman J. Finley (DC Bar # 477737)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004
(202) 383-0100 (telephone)
(202) 637-3593 (facsimile)
*Attorneys for Defendant Robert William Carney*