IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | * |
| Plaintiff, | * |
| v. | * Case No.: 1:06CV01524 (CKK) |
| URBAN TITLE SERVICES, LLC, et al., | * |
| Defendants. | * |

**MOTION TO DISMISS**

Defendant, First Mount Vernon Industrial Loan Association, Inc., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), hereby respectfully moves this Honorable Court for the entry of an Order dismissing Counts XX-XXXII of the Amended Complaint for failure to state a claim upon which relief may be granted.

Additional grounds in support of this relief are set forth in the accompanying Memorandum Of Points And Authorities which is incorporated herein by reference.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ David P. Durbin
David P. Durbin  #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax: (202) 496-2800
E-mail: d.durbin@jocs-law.com

Counsel for Defendant, First Mount Vernon Industrial Loan Association, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion To Dismiss, together with its accompanying Memorandum Of Points And Authorities and proposed Order, was mailed, first class and postage prepaid, this ___7th___ day of November, 2006 to:

> J.P. Szymkowicz, Esquire
> John T. Szymkowicz, Esquire
> SZYMKOWICZ & SZYMKOWICZ, LLP
> Suite 400
> 1220 19th Street, NW
> Washington, DC  20036-2438
>   Counsel for Plaintiff
>
> Daniel Marino, Esquire
> Tillman J. Finley, Esquire
> SUTHERLAND ASBILL & BRENNAN LLP
> 1275 Pennsylvania Avenue, NW
> Washington, DC  20004
>   Counsel for Robert William Carney
>
> James M. Towarnicky, Esquire
> JAMES M. TOWARNICKY, P.L.L.C.
> Suite 1
> 3977 Chain Bridge Road
> Fairfax, VA  22030
>   Counsel for First Mount Vernon Mortgage, LLC and
>   Dale E. Duncan
>
> Andrew G. Levy, Esquire
> GOLDSTEIN & LEVY, P.A.
> Suite 300
> 2200 Defense Highway
> Crofton, MD  21114
>   Counsel for Urban Title Services, Inc.

_____
David P. Durbin