# EXHIBIT 2

OMB NO. 2502-0265

| A. | | | B. TYPE OF LOAN | |
|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | | | 1. ☐ FHA   2. ☐ FmHA   3. ☒ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS. | |
| SETTLEMENT STATEMENT | | | 6. FILE NUMBER 2005-08-003 | 7. LOAN NUMBER |
| | | | 8. MORTGAGE INS CASE NUMBER | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (JUERGENS, MARY,PFD/2005-08-003/31)

| D. NAME AND ADDRESS OF BORROWER | E. NAME AND ADDRESS OF SELLER | F. NAME AND ADDRESS OF LENDER |
|---|---|---|
| 1230 23rd St., LLC<br>1230 23rd Street NW #505<br>Washington, D.C. 20037 | Mary Juergens<br>1230 23rd St. NW<br>Washington, D.C.  20037 | First Mount Vernon I.L.A.<br>6019 Tower Court<br>Alexandria, VA  22304 |

| G.  PROPERTY LOCATION | H.  SETTLEMENT AGENT | I. SETTLEMENT DATE |
|---|---|---|
| 1230 23rd Street NW #505<br>Washington, DC 20037 | Brickshire Settlements, LLC | August 31, 2005 |
| 1230 23rd St. N.W. #505<br>Washington, DC 20037 | PLACE OF SETTLEMENT<br>7700 Little River Turnpike, Ste 604<br>Annandale, Va 22003 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100.  GROSS AMOUNT DUE FROM BORROWER:** | | **400.  GROSS AMOUNT DUE TO SELLER:** | |
| 101.  Contract Sales Price | | 401.  Contract Sales Price | |
| 102.  Personal Property | | 402.  Personal Property | |
| 103.  Settlement Charges to Borrower (Line 1400) | 189,003.96 | 403. | |
| 104. escrow for cash back I.T.O.L.L Juergens | 60,996.04 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes          to | | 406.  City/Town Taxes          to | |
| 107.  County Taxes          to | | 407.  County Taxes          to | |
| 108.  Assessments          to | | 408.  Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120.  GROSS AMOUNT DUE FROM BORROWER* | 250,000.00 | *420.  GROSS AMOUNT DUE TO SELLER* | |
| **200.  AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500.  REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201.  Deposit or earnest money | | 501.  Excess Deposit (See Instructions) | |
| 202.  Principal Amount of New Loan(s) | 250,000.00 | 502.  Settlement Charges to Seller (Line 1400) | |
| 203.  Existing loan(s) taken subject to | | 503.  Existing loan(s) taken subject to | |
| 204. | | 504.  Payoff of first Mortgage to George Owens | 61,195.11 |
| 205. | | 505.  Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes          to | | 510.  City/Town Taxes          to | |
| 211.  County Taxes          to | | 511.  County Taxes          to | |
| 212. Assessments          to | | 512.  Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220.  TOTAL PAID BY/FOR BORROWER* | 250,000.00 | *520.  TOTAL REDUCT. AMT DUE SELLER* | 61,195.11 |
| **300.  CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600.  CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301.  Gross Amount Due From Borrower (Line 120) | 250,000.00 | 601.  Gross Amount Due To Seller (Line 420) | |
| 302.  Less Amount Paid By/For Borrower (Line 220) | ( 250,000.00) | 602.  Less Reductions Due Seller (Line 520) | ( 61,195.11) |
| *303.  CASH ( FROM ) ( TO ) BORROWER* | 0.00 | *603.  CASH ( TO ) ( X FROM ) SELLER* | 61,195.11 |

HUD-1 (3-86) RESPA, HB4305.2

## L. SETTLEMENT CHARGES

| 700. TOTAL COMMISSION Based on Price | $ | @ | % | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| Division of Commission (line 700) as Follows: | | | | | | |
| 701. $ | | to | | | | |
| 702. $ | | to | | | | |
| 703. Commission Paid at Settlement | | | | | | |
| 704. | | to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | | |
| 801. Loan Origination Fee    4.0000 % | | to  First Mount Vernon I.L.A. | | | 10,000.00 | |
| 802. Loan Discount            % | | to | | | | |
| 803. Application Fee | | to  First Mount Vernon I.L.A. | | | 200.00 | |
| 804. Credit Report | | to  First Mount Vernon I.L.A. | | | 35.00 | |
| 805. Funding Fee | | to  First Mount Vernon I.L.A. | | | 200.00 | |
| 806. Processing Fee | | to  First Mount Vernon I.L.A. | | | 400.00 | |
| 807. Underwriting Fee | | to  First Mount Vernon I.L.A. | | | 350.00 | |
| 808. Wire Fee | | to  First Mount Vernon I.L.A. | | | 25.00 | |
| 809. Release Fee | | to  First Mount Vernon I.L.A. | | | 100.00 | |
| 810. Commitment fee | | to  First Mount Vernon I.L.A. | | | 350.00 | |
| 811. Advance disbursement | | to  First Mount Vernon I.L.A. | | | 95,000.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | |
| 901. Interest From   08/31/05  to  09/01/05    @  $    100.000000/day    ( 1 days       %) | | | | | 100.00 | |
| 902. Mortgage Insurance Premium        months | | | | | | |
| 903. Hazard Insurance Premium       1.0 years | | | | | | |
| 904. | | | | | | |
| 905. | | | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | | | |
| 1001. Hazard Insurance | | months @ $ | per month | | | |
| 1002. Mortgage Insurance | | months @ $ | per month | | | |
| 1003. City/Town Taxes | | months @ $ | per month | | | |
| 1004. County Taxes | | months @ $ | per month | | | |
| 1005. Assessments | | months @ $ | per month | | | |
| 1006. | | months @ $ | per month | | | |
| 1007. | | months @ $ | per month | | | |
| 1008. | | months @ $ | per month | | | |
| **1100. TITLE CHARGES** | | | | | | |
| 1101. Settlement or Closing Fee | | to  Brickshire Settlements, LLC | | | 595.00 | |
| 1102. Abstract or Title Search | | to  Consolidated Abstract Service of D.C./Brickshire | | | 300.00 | |
| 1103. Title Examination | | to  Stephen J. Sheehy & Assoc., PLLC | | | 175.00 | |
| 1104. Title Insurance Binder | | to  Sisters and Brothers Title Services/Brickshire | | | 150.00 | |
| 1105. Document Preparation | | to  Martin Mooradian, Esq. | | | 150.00 | |
| 1106. Notary Fees | | to  Brickshire Settlements, LLC | | | 36.00 | |
| 1107. Release Tracking | | to  Brickshire Settlements, LLC | | | 85.00 | |
| (includes above item numbers: | | | ) | | | |
| 1108. Title Insurance | | to  First American/Brickshire | | | 1,743.75 | |
| (includes above item numbers: | | | ) | | | |
| 1109. Lender's Coverage | | $       312,500.00 | | | | |
| 1110. Owner's Coverage | | $ | | | | |
| 1111. Deed Preparation | | to  Stephen J. Sheehy III & Assoc. PLLC | | | 200.00 | |
| 1112. | | | | | | |
| 1113. | | | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | |
| 1201. Recording Fees:    Deed $    82.50; Mortgage $    82.50;       Releases $ | | | | | 165.00 | |
| 1202. City/County Tax/Stamps:    Deed | | ; Mortgage | 2,750.00 | | 2,750.00 | |
| 1203. State Tax/Stamps:    Revenue Stamps | | ; Mortgage | 2,750.00 | | 2,750.00 | |
| 1204. Assignment of Rents | | to  D. C. Register of Deeds | | | 82.50 | |
| 1205. | | | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | | |
| 1301. Survey | | to | | | | |
| 1302. Pest Inspection | | to | | | | |
| 1303. Escrow for interest Reserve | | to  First Mount Vernon I.L.A. | | | 67,526.31 | |
| 1304. Courier/FedEx | | to  Brickshire Settlements, LLC | | | 87.50 | |
| 1305. (See addit'l disb. exhibit) | | to | | | 5,447.90 | |
| **1400. TOTAL SETTLEMENT CHARGES  (Enter on Lines 103, Section J and 502, Section K)** | | | | | 189,003.96 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Certified to be a true copy.

Loan = $283,800.00

See Additional Disbursement Sheet

Wire = $73,718.69

Brickshire Settlements, LLC
Settlement Agent

( 2005-08-003 / 2005-08-003 / 32 )

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

| | |
|---|---|
| **Borrower:** | 1230 23rd St., LLC |
| **Seller:** | Mary Juergens |
| **Lender:** | First Mount Vernon I.L.A. |
| **Settlement Agent:** | Brickshire Settlements, LLC |
| | (703)256-6200 |
| **Place of Settlement:** | 7700 Little River Turnpike, Ste 604 |
| | Annandale, Va 22003 |
| **Settlement Date:** | August 31, 2005 |
| **Property Location:** | 1230 23rd Street NW #505 |
| | Washington, DC 20037 |
| | 1230 23rd St. N.W. #505 |
| | Washington, D.C. 20037 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____          1230 23rd St. , LLC

_____          _____
Mary Juergens                                               By:  Mary Juergens, Member

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Brickshire Settlements, LLC
Settlement Agent

WARNING:  It is a crime to knowingly make false statements to the United States on this or any similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 (3-86) RESPA, HB4305.2