# EXHIBIT 5



## Government of the District of Columbia
## Department of Insurance, Securities and Banking

First Mount Vernon Industrial Loan Association
Attn: Arthur Bennett, President
6019 Tower Court,
Alexandria, VA 22304

Dear Arthur Bennett

Please find attached your company's original license issued by the Department of Insurance, Securities and Banking. If you have any questions, please do not hesitate to call our office at (202) 727-8000.

Sincerely,

*Howard Amer*

Howard Amer
Director, Banking Bureau
Department of Insurance, Securities and Banking

Fold along li[ne]

---

### Government of the District of Columbia
### Department of Insurance, Securities and Banking
### Safety and Soundness Division
810 1st Street, NE Suite 701
Washington, DC 20002
(202) 727-8000

**The Law Requires This License To Be Posted At All Times**

| | |
|---|---|
| **License Type:** Mortgage Dual Authority | **License Number:** MLB 1552 |
| **Category:** Dual Authority | **Date Issued:** 03/04/2005 |
| **Customer ID Number:** 3196 | **Valid for the Period:** 4/01/05 through 3/31/06 |

**Company Name**
First Mount Vernon Industrial Loan Association

**Doing Business As**
N/A

**Address**
6019 Tower Court

| City | State | Postal Code |
|---|---|---|
| Alexandria | VA | 22304 |

It is a violation of DC Law 2-38 ("Human Rights Act") to discriminate in the provision of any services to the public based upon race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, family responsibilities, matriculation, political affiliation, physical handicap, source of income, and place of residence or business. Failure or refusal to comply with the above shall be a proper basis for the revocation or suspension of this license.

*Lawrence H. Mirel*
Lawrence H. Mirel, Commissioner