IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:06CV01524 (CKK) |
| URBAN TITLE SERVICES, LLC, et al., | * |
| Defendants. | * |

**ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the Motion To Dismiss filed on behalf of First Mount Vernon Industrial Loan Association, Inc., the Opposition thereto and the entire record herein; and, it appearing to this Court that the Plaintiff has no viable claims to pursue, it is, this _____ day of _____, 2006

ORDERED, that the Motion To Dismiss of First Mount Vernon Industrial Loan Association, Inc. be, and the same hereby is GRANTED; and, it is further

ORDERED, that Counts XX-XXXII be, and the same hereby are DISMISSED, WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies To</u>:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC  20036-2438

Daniel Marino, Esquire
Tillman J. Finley, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

James M. Towarnicky, Esquire
JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA  22030

Andrew G. Levy, Esquire
GOLDSTEIN & LEVY, P.A.
Suite 300
2200 Defense Highway
Crofton, MD  21114