IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number: 06-CA-1524 (CKK) |
| | ) | |
| URBAN TITLE SERVICES, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE ON
DEFENDANT URBAN TITLE SERVICES, INC.**

1.     I, John Paul Szymkowicz, am at least 18 years of age, competent to testify, and not a party to this action.

2.     My business address is 1220 19th Street, N.W., Suite 400, Washington, DC  20036.

3.     On October 26, 2006, at approximately 2:30 p.m., with respect to the above-referenced case, I personally served an original Summons [directed to Defendant Urban Title Services, Inc.], a copy of the original Summons and two copies of the Amended Complaint along with the required $15.00 fee to the District of Columbia Treasurer, on Tabatha Braxton, Staff Assistant in the Office of the Secretary of the District of Columbia pursuant to District of Columbia Code Section 29-101 et seq.

4.     On November 6, 2006, I spoke with David Fisher, Chief of the Tax, Bankruptcy & Finance Section of the District of Columbia Office of the Attorney General, who informed me that pursuant to District of Columbia Superior Court Judge Joan Zeldon's January 5, 2005 order in Wasser v. Peoples Rehabilitation Corp., Case Number 03-CA-3089 and Mayor's Order Number 91-130 dated July 23, 1991, the Mayor of the District of Columbia has designated the

Superintendent of Corporations at the District of Columbia Department of Consumer and Regulatory Affairs as the Mayor's agent with regard to service of process pursuant to District of Columbia Code Section 29-101 et seq.

5.    Therefore, on November 7, 2006 at approximately 11:52 a.m., with respect to the above-referenced case, I personally served a 2nd original Summons [directed to Defendant Urban Title Services, Inc.], a copy of the original Summons and two copies of the Amended Complaint along with the required $15.00 fee to the District of Columbia Treasurer, on Regina Clary, Staff Clerk at the District of Columbia Department of Consumer and Regulatory Affairs.

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information and belief.

11/7/06
Date

John Paul Szymkowicz

STATE OF MARYLAND                          :
                                                           :
COUNTY OF PRINCE GEORGE'S       :

On this 7th day of November, 2006, the above named individual who is known to me to be John Paul Szymkowicz personally appeared before me and subscribed to the Affidavit above and swore that the contents of the Affidavit were true.

My commission expires on August 1, 2008.

John Thomas Szymkowicz
Notary Public

2



★★★ GOVERNMENT
OF THE
DISTRICT OF COLUMBIA

BRA 29 (REV 09/02)
BILLING VOUCHER

CHARGE FOR:

DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS
BUSINESS AND PROFESSIONAL
LICENSING ADMINISTRATION
CORPORATION DIVISION
941 North Capitol St. N.E.
Washington, D.C. 20002

Office Use Only

PAY THIS AMOUNT
PAYABLE TO THE
D.C. TREASURER

Resinc Clary

Office of Finance
and Treasury
Date:    11/7/2006 11:52 AM
Office: 941NCap     Term:2GPOLB1
Batch:  91    Batch Date:11/08/06
Cashier:ncap30
Trans #:45

DCRA
Comment/Document:            Rcpt: 00010276

        Payment Total:        $15.00
Payment Distribution:
2116  CORPORATION RECORDATIO      $15.00
            CK Tendered: $15.00

Thank you for your payment.
Have a nice day!