IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
|          Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, INC. | ) | CASE NUMBER: 1:06CV01524 |
| | ) | |
| and | ) | JUDGE: Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE: General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN | ) | |
| ASSOCIATION INCORPORATED [*sic*] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN, | ) | |
| | ) | |
|          Defendants. | ) | |
| _____ | ) | |

**MOTION TO DISMISS OF CO-DEFENDANTS FIRST MOUNT VERNON
MORTGAGE, L.L.C. AND DALE DUNCAN**

Defendant, First Mount Vernon Mortgage , L.L.C. ("FMVLLC"), and Dale Duncan ("Duncan") by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 9, 12(b), and 19, move this honorable Court to Dismiss the complaint in this case against them, and

in the alternative, to sever the case against co-defendants Urban Title Services, Inc., William Kinney, Paul Erb, and Robert William Carney (the "UTS Co-Defendants") as unrelated to the causes of action against the remaining co-defendants,[1] and as grounds therefore, respectfully shows as follows:

1. Plaintiff Mary Juergens ("Plaintiff"), filed her Amended Complaint in this Action on October 25, 2006.

2. Accordingly, and as per minute order of this honorable Court, this Motion is timely in that it is filed on or prior to November 7, 2006.

3. For the facts and reasons set forth in the accompanying Memorandum of Law in Support of its Motion, the Motion should be dismissed, *inter alia,* for (i): not being brought in the proper person to grant the relief requested; (ii) failure to name or join a necessary party; (iii) failure to plead with necessary particularity; (iv) inapplicability of counts under principles of conflicts of laws; and (v) failure to state a claim upon which relief may be granted.

4. On the face of the Complaint, no allegation against this co-Defendant, FMVLLC, has any relationship whatsoever with the UTS Co-defendants, as the loan alleged to have been made by First Mount Vernon Industrial Loan Association Incorporated (sic) occurred after the transaction involving the UTS Co-Defendants, and in which the Complaint confirms this co-defendant FMVLLC played no part.

---

[1] As seen in the Memorandum of Support filed herewith, FMVLLC is actually unrelated to the case at hand with even the remaining co-defendants as well, and this issue is preserved.  A memorandum in support of such motion shall be filed if he Court does not grant its present Motion.

5. Attached to the Memorandum are copies of loan documentation as set forth in the Complaint, none of which references or involves this co-Defendant FMVLLC or Duncan.

6. Co-defendant FMVLLC did not participate with Plaintiff in any way in the transactions set forth in the Complaint.

7. Co-defendants FMVLLC and Duncan were not present in the District of Columbia, did not interact with Plaintiff in the District of Columbia, are not mentioned or involved with any of the loan documents in the District of Columbia, and in all respects conducted no activities with respect to this Plaintiff regarding the loan complained of.

8. The loan documents referenced in Plaintiff's Complaint (the "Documents") may be considered by this honorable Court for purposes of this present Motion.

9. Simply put, Plaintiff has made conjecture that FMVLLC is somehow involved, and is contrary to the Documents or alleged actions that are the necessary basis of Plaintiff's causes of action.  Such allegation is insufficient as a matter of law to sustain any claim as pled against FMVLLC.  Similarly, Duncan is not a party to the Loan, and so the counts of the Complaint also do not apply to him.

10. In the alternative, should this honorable Court not dismiss the Complaint as to it involving FMVLLC in litigation with the other various parties on wholly-separate alleged causes of action on which a fair reading of the Complaint confirms it had no involvement, is an unfair and unnecessary waste of legal and juridical resources and time for which it has no recompense under the American Rule as to Attorneys' fees.

11.     Including FMVLLC as a co-Defendant in the Complaint is emblematic that Plaintiff did not conduct proper due diligence before bringing the present action.

WHEREFORE, good cause being shown, co-Defendant FMVLLC respectfully moves this honorable Court to grant this Motion dismissing the Complaint with prejudice as to it, or in the alternative, to sever the Action with Plaintiff's action against the UTS Co-defendants, and such other and further relief as this honorable Court deems just and proper in the circumstances.

Respectfully submitted,

Dated:  November 7, 2006             /s/ James M. Towarnicky   .
                                     James M. Towarnicky, #370931
                                     James M. Towarnicky, P.L.L.C.
                                     3977 Chain Bridge Road, Suite #1
                                     Fairfax, VA 22030
                                     Tel. (703) 352-0022
                                     Fax (703) 352-1516
                                     Counsel for Co-Defendant FMVLLC

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 7th day of October, 2006, addressed as follows:

| | |
|---|---|
| Daniel J. Marino, Esq. | David P. Durbin, Esq. |
| Sutherland, Asbill & Brennan, LLP | Jordan Coyne & Savits, L.L.P. |
| 1275 Pennsylvania Avenue, N.W. | 1100 Connecticut Avenue, N.W., #600 |
| Washington, D.C. 20004 | Washington, D.C. 20036 |
| Counsel for Defendant Robert William Carney | Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc. |

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

                                      _/s/ James M. Towarnicky
                                      James M. Towarnicky