IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| MARY JUERGENS,              ) | |
|         Plaintiff,    ) | |
| vs.                         ) | |
|                             ) | |
| URBAN TITLE SERVICES, LLC   ) | CASE NUMBER:  1:06CV01524 |
|                             ) | |
| and                         ) | JUDGE:  Colleen Kollar-Kotelly |
|                             ) | |
| WILLIAM KENNEY              ) | DECK TYPE:  General Civil |
|                             ) | |
| and                         ) | DATE STAMP: |
|                             ) | |
| ROBERT WILLIAM CARNEY       ) | |
|                             ) | |
| and                         ) | |
|                             ) | |
| PAUL ERB                    ) | |
|                             ) | |
| and                         ) | |
|                             ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ) | |
| ASSOCIATION INCORPORATED [*sic*] ) | |
|                             ) | |
| and                         ) | |
|                             ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. ) | |
|                             ) | |
| and                         ) | |
|                             ) | |
| DALE E. DUNCAN,             ) | |
|                             ) | |
|         Defendants.   ) | |

## **ERRATA**

TO THE HONORABLE CLERK OF COURT:

      PLEASE TAKE NOTICE from the undersigned counsel for Defendants, Dale E. Duncan ("Duncan") and First Mount Vernon Mortgage, LLC ("FMVLLC") that it erred in submitting its

Joint Motion to Dismiss on behalf of Duncan and FMVLLC without the Exhibits referenced therein or Draft Order. The same are attached hereto. The undersigned regrets the error.

|  |  |
|---|---|
| Dated: November 7, 2006 | Respectfully submitted,<br>/s/ James M. Towarnicky     .<br>James M. Towarnicky, #370931<br>James M. Towarnicky, P.L.L.C.<br>3977 Chain Bridge Road, Suite #1<br>Fairfax, VA 22030<br>Tel. (703) 352-0022<br>Fax (703) 352-1516<br>Counsel for Co-Defendant Dale E. Duncan |

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Errata on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 7th day of November, 2006, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

David P. Durbin, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

　　/s/ James M. Towarnicky
James M. Towarnicky