Exhibit #1



LLC-1011
(05/02)

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### ARTICLES OF ORGANIZATION OF A
### DOMESTIC LIMITED LIABILITY COMPANY

Pursuant to Chapter 12 of Title 13.1 of the Code of Virginia the undersigned states as follows:

1. The name of the limited liability company is **1230 23rd Street, LLC**

2. A. The name of the limited liability company's initial registered agent is **Mary Juergens**.

   B. The registered agent is **(mark appropriate box)**:

   (1) an INDIVIDUAL who is a resident of Virginia **and**
   [ X ] a member or manager of the limited liability company.
   [ ] an officer or director of a corporation that is a member or manager of the limited liability company.
   [ ] a general partner of a general or limited partnership that is a member or manager of the limited liability company.
   [ ] a trustee of a trust that is a member or manager of the limited liability company.
   [ ] a member of the Virginia State Bar.
   OR
   (2) [ ] a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

3. The limited liability company's initial registered office address, which is identical to the business office of the initial registered agent, is:

   **6019 Tower Court, Alexandria, Virginia 22304**

   which is located in the [ X ] city or [ ] county of **Alexandria**.

4. The limited liability company's principal office is located at **6019 Tower Court, Alexandria, Virginia 22304**

5. Signature:

   _____        8/16/05
   (organizer)                              (date)
   **Mary Juergens**

**SEE INSTRUCTIONS ON THE REVERSE**

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

The foregoing is a true copy of all business entity documents on file in the Clerk's Office of the Commission relating to 1230 23rd Street, LLC, a Virginia limited liability company.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*September 29, 2006*

*Joel H. Peck*
Joel H. Peck, Clerk of the Commission

CIS0505

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

A certificate of organization was issued by the Commission to 1230 23rd Street, LLC, a limited liability company formed under the laws of VIRGINIA, effective as of August 22, 2005.

As of the date below, articles of cancellation have not been filed in this office by 1230 23rd Street, LLC, a Virginia limited liability company.

The records of this office show the 2006 annual registration fees for 1230 23rd Street, LLC were paid on September 1, 2006

Nothing more is hereby certified.

*Signed and Sealed at Richmond on this Date:*
*September 29, 2006*



*Joel H. Peck,* Clerk *of the Commission*

CIS0505



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

Richmond, August 22, 2005

*This is to certify that the certificate of organization of*

## 1230 23rd Street, LLC

*was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date: August 22, 2005*



*State Corporation Commission*
*Attest:*

*Joel H. Peck*
*Clerk of the Commission*

CIS0308

Exhibit #2

| | |
|---|---|
| FIRST MOUNT VERNON<br>INDUSTRIAL LOAN ASSOCIATION<br>1019 TOWER COURT<br>ALEXANDRIA, VA 22304<br>(703) 823-9800 | 11634<br>VIRGINIA COMMERCE BANK<br>ALEXANDRIA, VA 22304<br>68-325/560<br>8/31/2005 |
| PAY TO THE<br>ORDER OF   Mary Juergens | $ **95,000.00 |
| Ninety-Five Thousand and 00/100************************************************ | DOLLARS |
| Mary Juergens | |
| MEMO | [signature] |
| ⑈000011634⑈ ⑉056005253⑉ | ⑈2008 3424⑈ ⑈000950000⑉ |

[back of check with endorsements and bank stamps]

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

PPS O/N NP

Check 11634 Amount $95,000.00 Date 9/6

Exhibit #3

## THIS DEED

**MADE** this ___ day of _____, 2005, by and between <u>MARY L. JUERGENS</u>, Grantor and <u>1230 23rd STREET, LLC</u>, a Virginia Limited Liability Company, Grantee:

**WITNESSETH**, that the Grantor, in consideration of Two Hundred Thousand Dollars ($200,000), to her paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, sell, bargain and convey unto the Grantee, its heirs and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the District of Columbia and having the street address of 1230 23rd St., NW Unit 505, Washington, D.C. 20037 and more particularly described as:

> Part of Lot Fifty (50) in Square Thirty-six (36), as per Plat recorded November 20, 1987 by 23 WEST LIMITED PARTNERSHIP in the Office of the surveyor of the District of Columbia in Liber 179 at Folio 182, now being more particularly described as follows:
>
> Condominium Unit 505, 1230-1250 Twenty-Third Street Condominium and the limited common element parking spaces(s) no. 63, established by recording a Declaration and By-Laws on March 2, 1990 as Instrument No. 12871 in the Office of the Surveyor of the District of Columbia in Condominium Book 39 at Page 11.
>
> NOTE: The condominium unit is currently designated on the records of the Assessor of the District of Columbia for taxation purposes as Lot 2004 in Square 36.
>
> AND BEING the same property conveyed unto Mary L. JUERGENS, as sole owner, by virtue of a Deed granted by Alyson F. GANNON, dated September 21, 2001, and recorded September 24, 2001 as Instrument #92945, among the Land Records of the District of Columbia.

**SUBJECT, HOWEVER** to restrictions, conditions, rights of way and easements of record.

AND the Grantor herein warrants generally the property hereby conveyed and covenants to execute such further assurances of the land as may be requisite.

**WITNESS** the following signature and seal:

_____(SEAL)
MARY L. JUERGENS, GRANTOR

COMMONWEALTH OF VIRGINIA   :
COUNTY OF FAIRFAX          :   To-Wit:

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Mary L. Juergens, whose name is signed to the foregoing instrument, bearing date of _____, 2005 having acknowledged the same before me in my County and State aforesaid.

GIVEN under my hand and official seal this ___ day of _____, 2005.

                                                               Notary Public

My Commission Expires:

Exhibit #4

NOTICE TO APPLICANT FOR A
MORTGAGE LOAN
COMMERCIAL LOAN DISCLOSURE

IMPORTANT

DO NOT SIGN THIS FORM UNTIL YOU HAVE CAREFULLY
READ IT AND UNDERSTAND ITS CONTENTS

The purpose of this Disclosure is to inform you that by making an application for a mortgage loan which is a commercial loan, you are forfeiting certain rights as Borrower:

The provisions indicated below that are included in the loan you are making for commercial purposes would not be permitted in a non-commercial loan:

Check applicable provision(s):

__X__    A loan origination fee exceeding the greater of **$500.00** or **4%** of the net proceeds or a loan origination fee exceeding the greater of **$250.00** or **2%** of the net proceeds of any other secondary mortgage.

__X__    Payment to the Lender of additional commissions, finder's fees, or points for obtaining, procuring, or placing your loan.

__X__    An actual interest rate greater than 24 percent

I have carefully read and understand the contents of this disclosure on **August 31, 2005.**

_____(SEAL)
1230 23rd Street, LLC

1

Exhibit #5

# FINANCING AGREEMENT

**THIS AGREEMENT** made **August 31, 2005** by and between FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION, a Virginia corporation, hereinafter called the "Noteholder" and **1230 23rd Street, LLC,** hereinafter call the "Borrower".

    WHEREAS, Borrower has applied to Noteholder for a loan in the principal sum of **Two Hundred Fifty Thousand Dollars and no/100ths ($250,000.00)**, being money loaned, with the entire remaining unpaid balance of principal and interest being due and payable on **September 1, 2007** and secured by a lien on the properties now known as **SEE ATTACHED LEGAL DESCRIPTION;** and

    WHEREAS, Noteholder has agreed to make the aforesaid loan applied for by the Borrower provided Borrower will agree to the repayment of all principal and interest thereon according to the terms below:

    **NOW, THEREFORE,** in consideration of the premises, Noteholder and Borrower hereby agrees as follows:

    1. **Interest Rate.** The rate of interest to be charged Borrower(s) by Noteholder on the principal sum to be advanced, and the rate to be set forth in the contract of indebtedness covering the lien hereinabove described shall be a fixed rate of **Eighteen Percent (18%)** per annum. Payments shall be at least the monthly interest then due with a final payment plus accrued interest being due on or before **September 1, 2007.**

    1   **Late Fees.** If the Noteholder has not received the full amount of any payment including the balloon payment by the end of five (5) calendar days after the date it is due, a late fee shall apply as follows:  A late fee of **$650.00** shall become immediately due if payment is not received by the Noteholder by the 5th day of any month.  IN ADDITION, A **TEN PERCENT (10%) LATE FEE SHALL BE PAYABLE ON THE PRINCIPAL BALLOON PAYMENT SHOULD THE BORROWER NOT PAY SAID AMOUNT WITHIN FIVE (5) DAYS OF DUE DATE.** Borrower shall also be responsible for the payment of Twenty-five Dollars ($25.00) for each check that upon presentment is returned unpaid from the Bank.

    2. **Insurance.** Borrower(s) shall keep the Properties insured against hazard and name the Noteholder as an additional insured under the Mortgagee clause.

    3. **Taxes.** Borrower(s) shall pay all taxes and assessments due upon the Properties.

    4. **Points.**  The total points to be charged Borrower(s) by Noteholder shall equal **$10,000.00.**

    5. **Loan to Value Ratio.** N/A.

    6. **Acknowledgement.** The parties hereto further acknowledge and affirm that this agreement as to the interest rate and late fees on the said loan, was executed by each of them prior to the execution of the contract of indebtedness between them, and further acknowledge receipt of a copy of this Agreement.

WITNESS the hand and seal of the Borrower.

                                                         _____(SEAL)
                                                        1230 23rd Street, LLC

1

Exhibit #6

## CLOSING AGENT ACKNOWLEDGEMENT

I hereby certify to and for the benefit of First Mount Vernon Industrial Loan Association as follows:

1. I conducted the settlement of a loan from First Mount Vernon Industrial Association to 1230 23rd Street; LLC dated August 31, 2005 in the amount of $250,000.00.

2. As a part of said settlement, I explained the terms of the said loan to 1230 23rd Street, LLC as being for commercial, business and/or investment purposes and not for personal and/or consumer purposes.

3. Prior to the execution of any other loan documents, 1230 23rd Street, LLC acknowledged that the purpose of said loan was for commercial, business and/or investment purposes and not for personal and/or consumer purposes and executed the attached Borrower Affidavit.

By: 

Exhibit #7

# BORROWER AFFIDAVIT

**Before me, the undersigned authority, on this day personally appeared 1230 23rd Street, LLC, and being first duly sworn, stated under penalties of perjury the following (please initial each line):**

**_______ I am the Borrower described in a Note in favor of First Mount Vernon Industrial Loan Association in the amount of $250,000.00 dated August 31, 2005 and secured by real property known as 1230 23rd Street, Unit 505 and Parking Space 63, Washington, DC 20037;**

**_______ I have previously informed First Mount Vernon Industrial Loan Association, either directly or through my representative(s), that the funds from this loan will be used entirely for commercial, business and/or investment purposes and I understand that the documents for this loan have been prepared based upon those representations.**

**_______ During this closing process, I will not sign any documents which I do not understand. I further understand that if during settlement I do not understand any portion of any document I have been asked to sign, First Mount Vernon Industrial Loan Association will permit me to delay settlement for up to two (2) days in order to provide time for me to obtain the services of any attorney to answer my questions.**

**I any of the above statements are not correct, I will not sign this document and will so inform the closing agent so that the loan documents can be modified to conform with appropriate Federal and/or State requirements.**

**Witness my hand and seal on the day first above written.**

**____________________(SEAL)**
**1230 23rd Street, LLC**

**Subscribed and sworn to before me, the undersigned Notary Public on August 31, 2005.**

**____________________**
**Notary Public**
**My commission expires:** 06/30/09

Exhibit #8

Case 1:06-cv-01524-CKK   Document 22-2   Filed 11/08/2006   Page 19 of 20

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 017112480

Surname / Nom / Apellidos: JUERGENS
Given names / Prénoms / Nombres: MARY LORINDA
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 05 Jan 1963
Sex / Sexe / Sexo: F
Place of birth / Lieu de naissance / Lugar de nacimiento: GREECE
Date of issue / Date de délivrance / Fecha de expedición: 04 Apr 2003
Date of expiration / Date d'expiration / Fecha de caducidad: 03 Apr 2013
Authority / Autorité / Autoridad: Washington Passport Agency
Amendments / Modifications / Enmiendas: See Page 24

P<USAJUERGENS<<MARY<LORINDA<<<<<<<<<<<<<<<
0171124804USA6301053F1304037<<<<<<<<<<<<<02