IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| MARY JUERGENS                              )<br>                          Plaintiff,        )<br>vs.                                         )<br>                                            )<br>URBAN TITLE SERVICES, LLC                   )<br>and                                         )<br>WILLIAM KENNEY                              )<br>and                                         )<br>ROBERT WILLIAM CARNEY                       )<br>and                                         )<br>PAUL ERB                                    )<br>and                                         )<br>FIRST MOUNT VERNON INDUSTRIAL LOAN          )<br>ASSOCIATION INCORPORATED [*sic*]            )<br>and                                         )<br>FIRST MOUNT VERNON MORTGAGE, L.L.C.         )<br>and                                         )<br>DALE E. DUNCAN,                             )<br>                          Defendants.      )<br>_____) | CASE NUMBER: **1:06CV01524**<br>JUDGE: **Colleen Kollar-Kotelly**<br>CASE TYPE: General Civil |

## ORDER
## GRANTING MOTION TO DISMISS OF DEFENDANTS DALE E. DUNCAN AND FIRST MOUNT VERNON MORTGAGE, LLC

UPON MOTION of co-defendants, Dale E. Duncan ("Duncan") and First Mount Vernon Mortgage, LLC ("FMVLLC"), by and through undersigned counsel, to dismiss as to them the Complaint in the above-styled Action filed in this case by the Plaintiff, Mary Juergens, the brief in reply thereto, and it appearing that such relief should be granted, it is hereby:

ORDERED, that such Motion is GRANTED; and it is

FURTHER ORDERED, that Counts XX to XXXII of the Complaint are hereby dismissed as to Duncan and FMVLLC WITH/WITHOUT PREJUDICE.

SO ORDERED:

Dated Entered:_____        _____.
                                           Colleen Kollar-Kotelly, Judge
                                           United States District Court


WITH COPIES/NOTICE TO:


Daniel J. Marino, Esq.                     James M. Towarnicky, Esq.
Sutherland, Asbill & Brennan, LLP          James M. Towarnicky, P.L.L.C.
1275 Pennsylvania Avenue, N.W.             3977 Chain Bridge Road, Suite #1
Washington, D.C. 20004                     Fairfax, VA 22030
Counsel for Co-Defendant Robert William Carney    Counsel for Co-Defendant Dale E. Duncan


J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens