Mary Juergens

vs.                                    Case No. 1:06CV01524 CKK

Urban Title Services, LLC, et al.


## DECLARATION OF REASONABLE DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons and Amended Complaint and Jury Demand in the above entitled case, hereby depose and say:

That my date of birth is 08-30-1976.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, Paul Erb, with the above named process.

That on the 13th day of November, 2006 at 3:36 o'clock p.m., I attempted to serve the defendant, Paul Erb, at 1200 Braddock Place, #708, Alexandria, Virginia 22314. On this occasion, I was unable to enter the building and could not locate Paul Erb on the apartment directory.

That on the 14th day of November, 2006 at 10:45 o'clock a.m., I attempted to serve the defendant, Paul Erb, at 1200 Braddock Place, #708, Alexandria, Virginia 22314. On this occasion, I spoke to Mark Adams, property manager of 1200 Braddock Place and he informed me that Paul Erb moved years ago.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

MICHAEL R. REEDER
Private Process Server

Subscribed and Sworn to before me this 16th day of November, 2006.

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009

```
           CAPITOL PROCESS SERVICES, INC.
                  1827 18th Street, N.W.
                 Washington, D.C. 20009-5526
                      (202) 667-0050
                    Tax I.D. 52-2283731
```

                                                    11-16-2006


J.P. SZYMKOWICZ, ESQUIRE
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19TH STREET, NW, SUITE 400
WASHINGTON, DC 20036-2438


        Mary Juergens v. Urban Title Services, LLC, et al.

                    Case No. 1:06CV01524 CKK

                       Invoice No. 179688

                  Client Matter No. JUERGENS

---

SERVICE OF PROCESS
Paul Erb, 1200 Braddock Place, #708, Alexandria, Virginia 22314

| | |
|---|---:|
| ATTEMPTED SERVICE OF PROCESS | $75.00 |
| AFFIDAVIT OF DILIGENCE | $30.00 |
| **AMOUNT PAID-** | $0.00 |
| **BALANCE DUE UPON RECEIPT-** | $105.00 |

Please write invoice no. 179688 on your check.

**Case Comments-**