Mary Juergens

vs.                                           Case No. 1:06CV01524 CKK

Urban Title Services, LLC, et al.

## DECLARATION OF REASONABLE DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Jury Demand; Initial Electronic Case Filing Order and Amended Complaint and Jury Demand in the above entitled case, hereby depose and say:

    That my date of birth is 08-29-1969.

    That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

    That I am not a party to or otherwise interested in this suit.

    That after due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, William Kenney a/k/a "Bill Kenney", with the above named process.

    That on the 13th day of November, 2006 at 9:20 o'clock A.m., I attempted to serve the defendant, William Kenney a/k/a "Bill Kenney", at 2200 Defense Highway, Suite 300, Crofton, Maryland 21114. On this occasion, I was told that there was no one here by the name William Kenney or Bill Kenney.

    That on the 14th day of November, 2006 at 10:45 o'clock a.m., I sent my agent, Michael R. Reeder to serve the defendant, William Kenney a/k/a "Bill Kenney", at 1200 Braddock Place, Alexandria, Virginia 22314. On this occasion, Mr. Reeder spoke to the property manager, Mark Adams, who stated that Paul Erb had moved from the apartment building years ago and that he had never heard of Bill Kenney.

    I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                            VINCENT A. PIAZZA
                                            Private Process Server

Subscribed and Sworn to before me
this 16th day of November, 2006.

Angela H. Croson

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009

```
           CAPITOL PROCESS SERVICES, INC.
                 1827 18th Street, N.W.
                Washington, D.C. 20009-5526
                       (202) 667-0050
                   Tax I.D. 52-2283731
```

11-16-2006

J.P. SZYMKOWICZ, ESQUIRE
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19TH STREET, NW, SUITE 400
WASHINGTON, DC 20036-2438

Mary Juergens v. Urban Title Services, LLC, et al.

Case No. 1:06CV01524 CKK

Invoice No. 176158

Client Matter No. JUERGENS

---

SERVICE OF PROCESS
William Kenney a/k/a "Bill Kenney", 2200 Defense Highway, Suite 300, Crofton, Maryland 21114

| | |
|---|---:|
| ATTEMPTED SERVICE OF PROCESS:<br>2200 DEFENSE HIGHWAY, SUITE 300<br>CROFTON, MARYLAND 21114 | $80.00 |
| ATTEMPTED SERVICE OF PROCESS:<br>1200 BRADDOCK PLACE<br>ALEXANDRIA, VIRGINIA 22314 | $0.00 |
| AFFIDAVIT OF DILIGENCE | $30.00 |
| **AMOUNT PAID-** | $80.00 |
| **BALANCE DUE UPON RECEIPT-** | $30.00 |

---

Please write invoice no. 176158 on your check.

**Case Comments-**