# EXHIBIT 1

| | |
|---|---|
| From: | Mary Juergens <onvelvet6@yahoo.com> |
| Subject: | **Fwd: itinerary** |
| Date: | November 17, 2006 1:48:03 PM EST |
| To: | jp@szymkowicz.com |

Note: forwarded message attached.

Sponsored Link

Mortgage rates near 39yr lows. $310,000 Mortgage for $999/mo - Calculate new house payment

**From:** Mary Juergens <onvelvet6@yahoo.com>
**Date:** November 17, 2006 1:30:27 PM EST
**To:** jb@szymkowicz.com
**Subject: itinerary**

## Athens 8/10/05

Your airline does not participate in our flight status alert program; however, Orbitz air-traffic specialists will send alerts if airport conditions warrant.
Learn more about OrbitzTLC Alerts
Send OrbitzTLC alerts to others for this trip
**No OrbitzTLC Alerts will be sent for this trip.**

Select a contact to receive alerts for this trip   Mary Juergens   

## Flight reservation

| | |
|---|---|
| Orbitz record locator: | PD1O656S |
| Airline record locator: | Olympic Airlines - LIUEH4<br>US Airways - KBWAHS |
| Ticket numbers: | 0501268103597598 |
| Total flight cost: | $1,316.20 USD |

**Security update**:
Airports require that each traveler obtain a boarding pass before entering the security checkpoint.

| Traveler(s) | Frequent flier details |
|---|---|
| | US Airways Dividend Miles |
| MARY JUERGENS | 39L94T |

## Leave
### Wednesday, August 10, 2005

US Airways 2174
Depart: **2:00pm   Washington, DC**
          afternoon Washington Ronald Reagan National (DCA)
Arrive:  **3:05pm   New York, NY**
          afternoon New York La Guardia (LGA)
Economy l  Airbus Industrie A319 (319) l  1hr 5min l  215 miles
Your flight is confirmed. The airline is assigning seats at check-in.

**Change planes.** Time between flights: **2hr 35min**
Olympic Airlines 412
Depart:**5:40pm  New York, NY**
       evening  New York John F Kennedy Intl (JFK)
Arrive: **10:10am Athens, Greece**
       morning  Athens Eleftherios Venizelos (ATH)
Economy l  Airbus Industrie A340 (340) l  Dinner l  9hr 30min l  4935 miles
Your flight is confirmed. The airline is assigning seats at check-in.
**This is an overnight flight.**
Total duration: 13hr 10min l Total miles: 5150 miles

**Return**
**Thursday, August 25, 2005**

Iberia 3883
Depart:**8:20am  Athens, Greece**
       morning  Athens Eleftherios Venizelos (ATH)
Arrive: **11:00am Madrid, Spain**
       morning  Madrid Barajas (MAD)
Economy l  Airbus Industrie A321 (321) l  Breakfast l  3hr 40min l  1478 miles
Your flight is confirmed. The airline is assigning seats at check-in.
**Change planes.** Time between flights: **2hr 10min**
US Airways 11
Depart:**1:10pm  Madrid, Spain**
       afternoon Madrid Barajas (MAD)
Arrive: **3:40pm  Philadelphia, PA**
       afternoon Philadelphia International (PHL)
Economy l  Airbus Industrie A330-300 (333) l  8hr 30min l  3673 miles
Your flight is confirmed. The airline is assigning seats at check-in.
**Change planes.** Time between flights: **2hr 0min**
US Airways 11
Depart:**5:40pm Philadelphia, PA**
       evening Philadelphia International (PHL)
Arrive: **6:40pm Washington, DC**
       evening Washington Ronald Reagan National (DCA)
Economy l  Boeing 737-300 Passenger (733) l  1hr 0min l  127 miles
Your flight is confirmed. The airline is assigning seats at check-in.
Total duration: 17hr 20min l Total miles: 5278 miles

## Ticket information

paper ticket
**Ship to:**                          **Ship via:**
1230 23RD STREET NW 505 FedEx and arrive in 2 to 3 business days.
WASHINGTON, DC  20037   **Tracking Number:** Not yet available
**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
This is an international trip requiring special travel documentation for each traveler.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

## Flight cost summary

**Airfare, MARY JUERGENS (Adult)** $1,283.26
       **Service fee**              $10.99
**Paper-tickets processing fees:**  $21.95
       **Total trip cost**          $1,316.20 USD
Back

[My Trips](#) I [My Account](#) I [Flight status](#) I [Site map](#) I [Contact Us](#) I [Site feedback](#) I [About Orbitz](#) I [Corporate Travel Solutions](#) I [Advertise on Orbitz](#)
[Become an affiliate](#) I [Careers](#) I [Media](#) I [Low Fare Promise](#) I [Low Price Guarantee](#) I [Terms and conditions](#) I [Your Privacy Rights](#)
[Flights](#) I [Hotels](#) I [Car Rental](#) I [Vacation Packages](#) I [Travel Deals](#) I [Travel Guides](#) I [Cruises](#) I [Activities](#) I [Orbitz Games](#) I [Sports Travel](#) [Add Orbitz feeds](#) 

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

    

Check out the all-new Yahoo! Mail beta - Fire up a more powerful email and get things done faster.