IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV01524 (CKK) |
| | * | Judge Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC., et al., | * | |
| Defendants. | * | |

## OPPOSITION OF DEFENDANT FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION, INC. TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, First Mount Vernon Industrial Loan Association, Inc., by and through its undersigned counsel and pursuant to LCvR 7 and FRCP 56, hereby respectfully opposes Plaintiff's Motion For Partial Summary Judgment.

In her Motion, the Plaintiff seeks a judgment that there was no properly executed and notarized deed to 1230 23rd Street, N.W., Apartment 505 between herself and 1230 23rd Street, L.L.C. This claim is directly refuted by the recorded Deed which has been obtained and is being made part of the record herein.

Additional grounds in support of this Opposition are set forth in the accompanying Memorandum Of Points And Authorities and Statement Of Material Facts Which Are Not Genuinely In Dispute.

Accordingly, Plaintiff's Motion For Partial Summary Judgment must be denied.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
David P. Durbin
Bar #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2804
Fax: (202) 496-2800
E-mail: d.durbin@jocs-law.com

Counsel for Defendant, First Mount Vernon
Industrial Loan Association, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Opposition Of Defendant First Mount Vernon Industrial Loan Association, Inc. To Plaintiff's Motion For Partial Summary Judgment, together with its accompanying Memorandum Of Points And Authorities, Statement Of Material Facts As To Which There Is No Genuine Dispute and proposed Order, were mailed, first class and postage prepaid, this 28th day of November, 2006 to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC 20036-2438
 Counsel for Plaintiff

Daniel Marino, Esquire
Tillman J. Finley, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
  Counsel for Robert William Carney

James M. Towarnicky, Esquire
JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA  22030
  Counsel for First Mount Vernon Mortgage, LLC and
  Dale E. Duncan

_____
David P. Durbin