IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS,     *
            *
     Plaintiff,    *
            *
v.    *    **Case No.: 1:06CV01524 (CKK)**
            *    Judge Colleen Kollar-Kotelly
URBAN TITLE SERVICES, INC.,   *
et al.,    *
            *
     Defendants.    *

### STATEMENT OF MATERIAL FACTS
### WHICH ARE NOT GENUINELY IN DISPUTE

Defendant, First Mount Vernon Industrial Loan Association, Inc., by and through its undersigned counsel and pursuant to LCvR 7(h), hereby states that the following are the material facts not genuinely in dispute in relation to the Plaintiff's Motion For Partial Summary Judgment:

     1.     Plaintiff, Mary Juergens, signed and sealed, before a notary for the Commonwealth of Virginia, County of Fairfax, on August 31, 2005, a Deed transferring title to the property located at 1230 23rd Street, N.W., Unit 505, Washington, D.C. to 1230 23rd Street, L.L.C., a Virginia limited liability company. See Deed (attached hereto as Exhibit 1).

     2.     Mary Juergens received and cashed a check in the amount of $95,000.00 dated August 31, 2005. See First Mount Vernon Industrial Loan Association check number 11634 (8/31/05) (Exhibit 2).

Defendant notes that the Plaintiff's Statement Of Material Facts which refers to certain provisions of the District of Columbia Code (numbers 2, 3 and 5) states, at a minimum, a mixed question of law and fact and, therefore, does not meet the requirements of LCvR 7(h).

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ David P. Durbin
David P. Durbin
Bar #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2804
Fax: (202) 496-2800
E-mail: d.durbin@jocs-law.com

Counsel for Defendant, First Mount Vernon Industrial Loan Association, Inc.