# EXHIBIT 2

| | |
|---|---|
| **FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION** 6019 TOWER COURT ALEXANDRIA, VA 22304 (703) 823-6800 | 11634<br>VIRGINIA COMMERCE BANK<br>ALEXANDRIA, VA 22304<br>68-925-568<br>8/31/2005 |

PAY TO THE ORDER OF   Mary Juergens                    $ **95,000.00**

Ninety-Five Thousand and 00/100************************************************** DOLLARS

Mary Juergens

MEMO _____

⑆000011634⑆ ⑆056005253⑆   ⑆000095000000⑆

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
PPS O/U NP

Check 11634 Amount $95,000.00 Date 9/6