IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:06CV01524 (CKK) |
| | *   Judge Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC., et al., | * |
| Defendants. | * |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the Plaintiff's Motion For Partial Summary Judgment, the Opposition filed on behalf of the Defendant, First Mount Vernon Industrial Loan Association, Inc., and the entire record herein, it is, by this Court, this _____ day of _____, 2006

ORDERED, that Plaintiff's Motion For Partial Summary Judgment be, and the same hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC  20036-2438

Daniel Marino, Esquire
Tillman J. Finley, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

James M. Towarnicky, Esquire
JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA  22030