ary Juergens

s.

rban Title Services, Inc., et al.

No. 06-CA-1524

## AFFIDAVIT OF SERVICE

o wit: Washington, DC

   I, THOMAS C. PARKS, having been duly authorized to make service f the Subpoena Duces Tecum and Attachment in the above entitled ase, hereby depose and say:

   That my date of birth / age is 03-16-1975.

   That my place of business is 1827 18th Street, N.W., Washington, .C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 12:05 pm on December 15, 2006, I served Brickshire ettlements, LLC c/o Martin Mooradian, Registered Agent at 6121 orchester Street, Springfield, Virginia 22150 by serving Martin ooradian, Registered Agent, authorized to accept.  Described erein:

   SEX-    MALE
   AGE-    47
EIGHT-    5'10"
  HAIR-   BLACK
EIGHT-    260
  RACE-   WHITE

   I declare under penalty of perjury under the laws of the United tates of America that the foregoing information contained in the ETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

xecuted on  12/18/06
              Date

                                    THOMAS C. PARKS
                                    1827 18th Street, N.W.,
                                    Washington, D.C. 20009
                                    Our File#- 180959

Issued by the

# United States District Court

Mary Juergens

DISTRICT OF COLUMBIA

SUBPOENA IN A CIVIL CASE

V.

Urban Title Services, Inc. et al.

CASE NUMBER: 1 06-CA-1524

Serve Registered Agent:
Martin Moo-adion
6121 Dorchester Street
Springfield VA 22150

To: BRICKSHIRE SETTLEMENTS, LLC
7700 Little River Turnpike Suite 604 Annandale VA 22003
(703) 256-6200

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See Attached List

| PLACE Szynkowicz & Szynkowicz LLP 1220 19th Street NW #400 Washington DC 20036-2438 (202) 862-8500 | DATE AND TIME December 22 2006 12:00 PM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) J.P. Szynkowicz #462146 Attorney for Plaintiff Juergens | DATE 12/8/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
JP Szynkowicz #462146 Szynkowicz & Szynkowicz LLP 1220 19th Street NW Suite 400 Washington DC 20036-2438 (202) 862-8500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: <u>06-CA-1524</u> |
| ) | |
| URBAN TITLE SERVICES, INC., <u>et al</u>. ) | |
| ) | |
| Defendants. ) | |

**<u>PLAINTIFF JUERGENS' SUBPOENA TO BRICKSHIRE SETTLEMENTS, LLC</u>**

To:    Brickshire Settlements, LLC
       7700 Little River Turnpike, Suite 604
       Annandale, Virginia  22003
       (703) 256-6200 (office)
       (703) 598-4493 (Attorney Sheehy's Cell Phone)

       Serve Registered Agent:
                      Martin Mooradian
                      6121 Dorchester Street
                      Springfield, Virginia  22150

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Mary Juergens, by and through her attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, directs **<u>Brickshire Settlements, LLC</u>** to produce and permit inspection and copying of the documents that appear in the list that follows on Friday December 22, 2006 at 12:00 p.m. at the Law Offices of SZYMKOWICZ & SZYMKOWICZ, LLP, 1220 19th Street, N.W., Suite 400, Washington, DC  20036-2438 (202) 862-8500.

**<u>Documents to be Produced</u>**

1.    All HUD-1 Settlement Statements that relate to a loan to Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC  20037.

2.      All loan applications that relate to a loan to Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

3.      All Deeds of Trusts, Balloon Deeds of Trusts, Commercial Loan Balloon Deed of Trusts, Deed of Trust Notes, Balloon Deed of Trust Notes and/or Commercial Loan Balloon Deed of Trust Notes that relate to a loan to Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

4.      All cancelled checks showing payments of items contained on any HUD-1 Settlement Statements that relate to a loan to Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

5.      All receipts for payments of items contained on any HUD-1 Settlement Statements that relate to a loan to Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

6.      All documents that Brickshire Settlements, LLC, Stephen Sheehy and/or Martin Mooradian received from Arthur Bennett, Dale Duncan, First Mount Vernon Industrial Loan Association Incorporated and/or First Mount Vernon Mortgage, L.L.C. related to loans where Brickshire Settlements, LLC, Stephen Sheehy and/or Martin Mooradian was listed on a HUD-1 Settlement Statement as the "Settlement Agent."

7.      All documents that Brickshire Settlements, LLC, Stephen Sheehy and/or Martin Mooradian provided to Arthur Bennett, Dale Duncan, First Mount Vernon Industrial Loan Association Incorporated and/or First Mount Vernon Mortgage, L.L.C. related to loans where Brickshire Settlements, LLC, Stephen Sheehy and/or Martin Mooradian was listed on a HUD-1 Settlement Statement as the "Settlement Agent."

8.  All documents related to payments made to Brickshire Settlements, LLC, Stephen Sheehy and/or Martin Mooradian by Arthur Bennett, Dale Duncan, First Mount Vernon Industrial Loan Association Incorporated and/or First Mount Vernon Mortgage, L.L.C.

9.  All documents related to payments made to Arthur Bennett, Dale Duncan, First Mount Vernon Industrial Loan Association Incorporated and/or First Mount Vernon Mortgage, L.L.C. by Brickshire Settlements, LLC, Stephen Sheehy and/or Martin Mooradian.

10. All documents that show that Dale Duncan, Arthur Bennett, Stephen Sheehy and/or Martin Mooradian are commissioned as notaries public.

11. All documents that show that the individual that allegedly notarized a Deed, Deed of Trust, Balloon Deed of Trust, Commercial Loan Balloon Deed of Trust, Deed of Trust Note, Balloon Deed of Trust Note and/or Commercial Loan Balloon Deed of Trust Note, involving Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037 was commissioned as a notary public on August 31, 2005.

12. All documents that identify the individual that allegedly notarized a Deed, Deed of Trust, Balloon Deed of Trust, Commercial Loan Balloon Deed of Trust, Deed of Trust Note, Balloon Deed of Trust Note and/or Commercial Loan Balloon Deed of Trust Note, involving Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

13. All documents that evidence the recording in the District of Columbia Recorder of Deeds' Office of a Deed, Deed of Trust, Balloon Deed of Trust, Commercial Loan Balloon Deed of Trust, Deed of Trust Note, Balloon Deed of Trust Note and/or

Commercial Loan Balloon Deed of Trust Note, involving Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

14.     All documents that evidence the issuance of a First American Title Insurance policy with regard to 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

15.     The actual First American Title Insurance policy with regard to 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

16.     All documents signed by Mary Juergens with regard to a Deed, Deed of Trust, Balloon Deed of Trust, Commercial Loan Balloon Deed of Trust, Deed of Trust Note, Balloon Deed of Trust Note and/or Commercial Loan Balloon Deed of Trust Note, involving Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

17.     All documents signed on behalf of the 1230 23rd Street, LLC with regard to a Deed, Deed of Trust, Balloon Deed of Trust, Commercial Loan Balloon Deed of Trust, Deed of Trust Note, Balloon Deed of Trust Note and/or Commercial Loan Balloon Deed of Trust Note, involving Mary Juergens, 1230 23rd Street, LLC and/or 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

18.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 103 - Settlement Charges to Borrower - $189,003.96" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

19.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 104 - Escrow - $60,996.04" of

Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

20.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 202 - Principal Amount of New Loan(s) - $250,000.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

21.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 504 - Payoff of first Mortgage to George Owens - $61,195.11" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

22.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 801 - Loan Origination Fee 4% to First Mount Vernon I.L.A. - $10,000.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

23.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 803 - Application fee to First Mount Vernon I.L.A. - $200.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

24. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 804 - Credit Report to First Mount Vernon I.L.A. - $35.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC  20037.

25. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 805 - Funding Fee to First Mount Vernon I.L.A. - $200.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC  20037.

26. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 806 - Processing Fee to First Mount Vernon I.L.A. - $400.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC  20037.

27. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 807 - Underwriting Fee to First Mount Vernon I.L.A. - $350.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC  20037.

28. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 808 - Wire Fee to First Mount Vernon I.L.A. - $25.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement

(File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

29.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 809 - Release Fee to First Mount Vernon I.L.A. - $100.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

30.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 810 - Commitment Fee to First Mount Vernon I.L.A. - $10,000.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

31.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 811 - Advance Disbursement to First Mount Vernon I.L.A. - $95,000.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

32.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 901 - Interest from 8/31/05 to 9/1/05 - $100.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

33. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1101 - Settlement or Closing Fee to Brickshire Settlements, LLC - $595.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

34. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1102 - Abstract or Title Search to Consolidated Abstract Service of D.C./Brickshire- $300.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

35. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1103 - Title Examination to Stephen J. Sheehy & Assoc., PLLC - $175.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

36. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1104 - Title Insurance Binder to Sisters and Brothers Title Services/Brickshire- $150.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

37. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1105 - Document Preparation to Martin Mooradian, Esq. - $150.00" of Brickshire Settlement, LLC's HUD-1

Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

38.  All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1106 - Notary Fees to Brickshire Settlements, LLC - $36.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

39.  All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1107 - Release Tracking to Brickshire Settlements, LLC - $85.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

40.  All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1108 - Title Insurance to First American/Brickshire - $1,743.75" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

41.  All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1109 - Lender's Coverage - $312,500.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

42. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1111 - Deed Preparation to Stephen J. Sheehy III & Assoc. PLLC - $200.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

43. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1201 - Recording Fees:  Deed $82.50; Mortgage $82.50; Releases (blank) - $165.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

44. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1202 - City/County Tax/Stamps:  Deed (blank); Mortgage $2,750.00 - $2,750.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

45. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1203 - State Tax/Stamps: Revenue Stamps (blank); Mortgage $2,750.00 - $2,750.00" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

46. All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1204 - Assignment of Rents to D.C. Recorder of Deeds - $82.50" of Brickshire Settlement, LLC's HUD-1 Settlement

Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

47.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1303 - Escrow for Interest Reserve to First Mount Vernon I.L.A. - $67,526.31" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

48.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1304 - Courier/FedEx - $87.50" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

49.     All documents that refer or relate to a payment or provide proof that such payment was made with regard to the item listed on "Line 1305 - See addit'l disb. exhibit - $5,447.90" of Brickshire Settlement, LLC's HUD-1 Settlement Statement (File Number 2005-08-003 - dated August 31, 2005) involving 1230 23rd Street, N.W., Unit 505, Washington, DC 20037.

    Respectfully submitted,

    _____
    J.P. Szymkowicz (#462146)
    John T. Szymkowicz (#946079)
    SZYMKOWICZ & SZYMKOWICZ, LLP
    1220 19th Street, N.W., Suite 400
    Washington, DC 20036-2438
    (202) 862-8500

    Attorney for Plaintiff Juergens

```
              CAPITOL PROCESS SERVICES, INC.
                     1827 18th Street, N.W.
                    Washington, D.C. 20009-5526
                         (202) 667-0050
                     Tax I.D. 52-2283731
```

12-18-2006

J.P. SZYMKOWICZ, ESQUIRE
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19TH STREET, NW, SUITE 400
WASHINGTON, DC 20036-2438

Mary Juergens v. Urban Title Services, Inc., et al.

Case No. 06-CA-1524

Invoice No. 180959

Client Matter No. N/A

---

SERVICE OF PROCESS
Brickshire Settlements, LLC c/o Martin Mooradian, Registered Agent, 6121 Dorchester Street, Springfield, Virginia 22150
12-15-2006

SERVICE OF PROCESS                                                    $75.00

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**                                         $75.00

---

Please write invoice no. 180959 on your check.

**Case Comments-**