UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN TITLE SERVICES, INC., WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:06-CV-1524<br><br>JUDGE: Colleen Kollar-Kotelly |

### MOTION OF DEFENDANT ROBERT WILLIAM CARNEY TO QUASH THIRD PARTY SUBPEONA OF PLAINTIFF MARY JUERGENS AND/OR FOR A PROTECTIVE ORDER REGARDING DISCOVERY

Defendant Robert William Carney, by and through counsel, and pursuant to Federal Rules of Civil Procedure 26 and 45 and Local Civil Rule 7, hereby files this motion requesting an order quashing the subpoena *duces tecum* issued by counsel Plaintiff Mary Juergens and served upon Brickshire Settlements, LLC (Court File No. 36) and/or a Protective Order staying discovery in this matter until the parties have held the discovery planning conference required by Fed. R. Civ. P. 26(f). In support thereof, Defendant Carney submits the attached Memorandum of Points and Authorities and Declaration of Tillman J. Finley.

Dated: December 21, 2006            Respectfully submitted,

                                                   /s/
                                      Daniel Marino (DC Bar # 416711)
                                      Tillman J. Finley (DC Bar # 477737)
                                      Sutherland Asbill & Brennan LLP

1275 Pennsylvania Ave., NW
Washington, DC  20004
 (202) 383-0100 Phone
 (202) 637-3593 Fax

*Counsel for Defendant Robert William Carney*

WO 677315.1                                2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion of Defendant Robert William Carney to Quash Third Party Subpoena of Plaintiff Mary Juergens and/or for a Protective Order Regarding Discovery, the Memorandum of Points and Authorities and Declaration of Tillman J. Finley in support thereof, and proposed order were sent via the Court's electronic filing service this 21st day of December, 2006 to:

J.P. Szymkowicz
John T. Szymkowicz
Szymkowicz & Szymkowicz, LLP
1220 19th Street, NW, Suite 400
Washington, DC  20036-2438
(202) 862-8500 (telephone)
(202) 862-9825 (facsimile)
*Attorneys for Plaintiff Mary Juergens*

Michael M. Hicks
Juan M. Anderson
1233 20th Street, NW
Suite 800
Washington, DC  20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
*Attorneys for Urban Title Services, Inc.*

James M. Towarnicky
3977 Chain Bridge Road
Suite #1
Fairfax, VA  22030
(703) 352-0022 (telephone)
(703) 352-1516 (facsimile)
*Attorney for Defendant Dale E. Duncan*

David P. Durbin
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804 (telephone)
(202) 496-2800 (facsimile)
*Attorney for Defendant First Mount Vernon Industrial Loan Association, Inc.*

                                    /s/
                            Daniel Marino (DC Bar # 416711)
                            Tillman J. Finley (DC Bar # 477737)
                            Sutherland Asbill & Brennan LLP
                            1275 Pennsylvania Ave., NW
                            Washington, DC  20004
                            (202) 383-0100 Phone
                            (202) 637-3593 Fax

                            *Counsel for Defendant Robert William Carney*