# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS,<br><br>Plaintiff,<br><br>v.<br><br>URBAN TITLE SERVICES, INC., WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN,<br><br>Defendants. | CIVIL ACTION NO. 1:06-CV-1524<br><br>JUDGE:  Colleen Kollar-Kotelly |

## DECLARATION OF TILLMAN J. FINLEY

Tillman J. Finley, under penalty of perjury, declares as follows:

1. I am Tillman J. Finley, a lawyer admitted to practice in the state of Tennessee and the District of Columbia and an associate employed by the law firm of Sutherland Asbill & Brennan LLP.

2. I am more than 21 years of age.

3. I am submitting this declaration in support of the Motion of Defendant Robert William Carney to Quash Third Party Subpoena of Plaintiff Mary Juergens and/or for a Protective Order Regarding Discovery.

4. The parties to this matter have yet to schedule or conduct a discovery planning conference pursuant to Fed. R. Civ. P. 26(f).

WO 677503.1

5.	Prior to the filing of the affidavit of service and subpoena *duces tecum* by Plaintiff on the night of December 20, 2006, counsel for Defendant Carney had not received notification in any form that Plaintiff had sought or obtained a subpoena.

6.	I called the office of counsel for Plaintiff on the afternoon of Thursday, December 21, 2006, in an effort to confer with counsel for Plaintiff regarding the premature and/or improper nature of Plaintiff's subpoena *duces tecum* and determine if the matter could be resolved without the necessity of a motion.

7.	Upon being informed that counsel for Plaintiff was not available, I left a message with his office explaining that counsel for Defendant Carney needed to confer with him regarding the subpoena *duces tecum* and the possibility of a motion relating thereto.

8.	Counsel for Plaintiff has not yet returned my call or responded to my message.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2006.

_____
TILLMAN J. FINLEY

2