# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARY JUERGENS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| URBAN TITLE SERVICES, INC., WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, and DALE E. DUNCAN, | ) | CIVIL ACTION NO. 1:06-CV-1524<br><br>JUDGE: Colleen Kollar-Kotelly |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT ROBERT WILLIAM CARNEY TO QUASH THIRD PARTY SUBPEONA OF PLAINTIFF MARY JUERGENS AND/OR FOR A PROTECTIVE ORDER REGARDING DISCOVERY

Upon consideration of Defendant Robert William Carney's Motion to Quash Third Party Subpoena of Plaintiff Mary Juergens and/or for a Protective Order Regarding Discovery, the Court finds that Plaintiff's subpoena *duces tecum* issued December 8, 2006, and directed at Brickshire Settlements, LLC is premature and in violation of Fed. R. Civ. P. 26(d) in that it was issued prior to the discovery planning conference pursuant to Fed. R. Civ. P. 26(f). Further, the Court finds that Plaintiff provided insufficient notice to the parties of said subpoena *duces tecum* by first serving a copy of the same on Defendant Carney on the night of December 20, 2006 where the return date for the subpoena was to be noon on December 22, 2006. Accordingly, the Court **GRANTS** Defendant Carney's motion and hereby **QUASHES** the subpoena *duces tecum* issued by Plaintiff and directed at Brickshire Settlements, LLC and **ORDERS** that no further

discovery shall be pursued in this case until such time as the parties have held a discovery planning conference pursuant to Fed. R. Civ. P. 26(f).

So ordered.


Date:_____                                    _____
                                                       COLLEEN KOLLAR-KOTELLY
                                                       UNITED STATES DISTRICT JUDGE


Notice to:

| | |
|---|---|
| J.P. Szymkowicz | Daniel Marino (DC Bar # 416711) |
| John T. Szymkowicz | Tillman J. Finley (DC Bar # 477737) |
| Szymkowicz & Szymkowicz, LLP | Sutherland Asbill & Brennan LLP |
| 1220 19th Street, NW, Suite 400 | 1275 Pennsylvania Ave., NW |
| Washington, DC 20036-2438 | Washington, DC 20004 |
| (202) 862-8500 (telephone) | (202) 383-0100 (telephone) |
| (202) 862-9825 (facsimile) | (202) 637-3593 (facsimile) |
| *Attorneys for Plaintiff Mary Juergens* | *Attorneys for Defendant Robert William Carney* |
| James M. Towarnicky | David P. Durbin |
| 3977 Chain Bridge Road | Jordan, Coyne & Savits, LLP |
| Suite #1 | 1100 Connecticut Avenue, NW |
| Fairfax, VA 22030 | Suite 600 |
| (703) 352-0022 (telephone) | Washington, DC 20036 |
| (703) 352-1516 (facsimile) | (202) 496-2804 (telephone) |
| *Attorney for Defendant Dale E. Duncan* | (202) 496-2800 (facsimile) |
| Michael M. Hicks | *Attorney for Defendant First Mount Vernon Industrial Loan Association, Inc.* |
| Juan M. Anderson | |
| 1233 20th Street, NW | |
| Suite 800 | |
| Washington, DC 20036 | |
| (202) 712-7000 (telephone) | |
| (202) 712-7100 (facsimile) | |
| *Attorneys for Urban Title Services, Inc.* | |