UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS | * | |
| Plaintiff, | * | Case No.: 1:06CV01524 |
| v. | * | Judge: Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, et al. | * | Deck Type: General Civil |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PRAECIPE

Please enter the appearance of Michael N. Russo, Jr. as additional counsel for Defendants First Mount Vernon Industrial Loan Association Incorporated in the above-captioned case.

Respectfully submitted,

COUNCIL, BARADEL,
KOSMERL & NOLAN, P.A.

 /s/ Michael N. Russo, Jr.
Michael N. Russo, Jr. (D.C. Bar No. 424712)
125 West Street, Fourth Floor
Annapolis, Maryland 21404
Annapolis: 410-268-6600
Washington D.C.: 301-261-2247

*Attorneys for First Mount Vernon Industrial Loan Association*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was mailed electronically via the CM/ECF system and/or first class mail, this 1st of February, 2007 to:

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Plaintiff

Daniel Marino, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Counsel for Robert William Carney

James M. Towarnicky, Esq.
3977 Chain Bridge Road, suite 1
Fairfax, VA 22030
Counsel for Dale Duncan

David P. Durbin, Esq.
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
Counsel for First Mount Vernon Industrial Loan Association, Inc.

                                                  */s/ Michael N. Russo, Jr.*
                                                   Michael N. Russo, Jr.