UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS,

    Plaintiff,

    v.

URBAN TITLE SERVICES, INC., *et al.*,

    Defendants.

Civil Action No. 06–1524 (CKK)

## ORDER
(May 25, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 25th day of May, 2007, hereby

**ORDERED** that [26] Plaintiff's Motion for Partial Summary Judgment is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that the motions to sever brought by Defendants First Mount Vernon Industrial Loan Association, Inc. ("FMVILA"), First Mount Vernon Mortgage, L.L.C. ("FMVLLC"), and Dale Duncan ("Duncan") are DENIED WITHOUT PREJUDICE; it is further

**ORDERED** the [19] Motion to Dismiss brought by Defendant FMVILA is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that the [21] Joint Motion to Dismiss brought by Defendants FMVLLC and Duncan is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that Plaintiff is granted leave to amend her complaint as may be appropriate in light of the accompanying Memorandum Opinion.  If Plaintiff determines to amend her complaint, she shall do so on or before June 15, 2007, and all Defendants shall respond to

Plaintiff's amended complaint on or before July 5, 2007.

**SO ORDERED.**

_/s/_ _____
COLLEEN KOLLAR-KOTELLY
United States District Judge