UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS,

   Plaintiff,

     v.

URBAN TITLE SERVICES, INC., *et al.*,

   Defendants.

Civil Action No. 06–1524 (CKK)

**RULE 4(m) ORDER**
(May 30, 2007)

The Amended Complaint in this case was filed on October 25, 2006, but there is no record that a copy of the Amended Complaint has been served on Defendant Paul Erb or Defendant William Kenney. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The Court notes that 120 days after the filing of the Amended Complaint in this action was February 22, 2007.[1] In order to avoid the finality of a mandatory dismissal as to Defendants Erb and Kenney, it is hereby

**ORDERED** that by June 15, 2007, Plaintiff must either cause process to be served <u>and</u>

---

[1] In addition, the Court notes that the original Complaint in this action was filed on August 29, 2006 and that there is no record that either Defendant Erb or Defendant Kenney was served with the original Complaint in this action.

proof of service to be filed with the Court, or file a status report with the Court that indicates why service has not been made.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge