IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>URBAN TITLE SERVICES, INC., et al. )<br>)<br>Defendants. ) | Civil Action Number: 06-CA-1524 |

## PLAINTIFF JUERGENS' STATUS REPORT REGARDING SERVICE ON DEFENDANT PAUL ERB AND DEFENDANT WILLIAM KENNEY

Plaintiff Mary Juergens, by and through her attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, files this status report pursuant to the Court's Order entered on May 30, 2007 [Document Number 44] as to the status of service of process on Defendant Paul Erb and Defendant William Kenney.

Background

1.   Along with Defendant Robert William Carney, Defendant Erb and Defendant Kenney were agents, servants or employees of Defendant Urban Title Services, Inc. and worked together to provide Plaintiff Juergens a loan.

2.   Although Defendant Carney and Defendant Urban Title Services, Inc. have been served and have entered their appearances, Defendant Erb and Defendant Kenney have not despite numerous efforts to locate and serve them.

3.   On November 16, 2006, Plaintiff Juergens filed a "Declaration of Reasonable Diligence" that set forth the attempts Plaintiff Juergens' process server and investigator had with obtaining service of process for both Defendant Erb and Defendant Kenney [Document Numbers 24 & 25].

4.      According to the "Declaration of Reasonable Diligence" regarding Defendant Erb, Defendant Erb moved "years ago" from the only address that Plaintiff Juergens was able to locate for him, 1200 Braddock Place, Apt. 708, Alexandria, Virginia.

5.      According to the "Declaration of Reasonable Diligence" regarding Defendant Kenney, there was no one named "William Kenney" or "Bill Kenney" at the last known address that Plaintiff Juergens was able to locate for him, 2200 Defense Highway, Suite 300, Crofton, Maryland.

6.      Additionally, the "Declaration of Reasonable Diligence" regarding Defendant Kenney, indicates that the process server attempted to locate Defendant Kenney at Defendant Erb's address, 1200 Braddock Place, Apt. 708, Alexandria, Virginia, to no avail.

7.      Based upon discussions that Plaintiff Juergens' attorney, J.P. Szymkowicz, had with Defendant Carney prior to Defendant Carney obtaining an attorney in the instant case, Plaintiff Juergens has reason to believe that Defendant Carney knows where both Defendant Erb and Defendant Kenney live or work.

8.      Therefore, Plaintiff Juergens respectfully requests this Honorable Court to refrain from dismissing Defendant Erb and Defendant Kenney pursuant to F. R. Civ. P. 4 (m) and direct Defendant Carney to provide Plaintiff Juergens' counsel with Defendant Erb and Defendant Kenney's last known addresses, telephone numbers, email addresses and social security numbers.

>                               Respectfully submitted,
>
>                               /s/_____
>                               J.P. Szymkowicz (#462146)
>                               John T. Szymkowicz (#946079)
>                               SZYMKOWICZ & SZYMKOWICZ, LLP

1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500

Attorney for Plaintiff Mary Juergens