UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS,<br><br>    Plaintiff,<br><br>    v.<br><br>URBAN TITLE SERVICES, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 06–1524 (CKK) |

**ORDER**
(June 25, 2007)

A conference call was held on the record at 1:30 p.m. on Monday, June 25, 2007 to discuss a briefing schedule for the [49] Motion for a Preliminary Injunction filed by Plaintiff Mary Juergens on June 21, 2007.  Counsel for Plaintiff and Defendants Urban Title Services, Inc., Robert William Carney, First Mount Vernon Industrial Loan Association Incorporated, First Mount Vernon Mortgage LLC, and Dale E. Duncan were present on the conference call.  During the conference call, counsel for Defendants Urban Title Services, Inc. and Carney represented that those Defendants take no position on Plaintiff's Motion for a Preliminary Injunction.  In addition, counsel for Plaintiff represented that Plaintiff is willing to waive compliance with the time frame for addressing preliminary injunctions set forth in LCvR 65.1 in order to allow the parties to discuss the possibility of resolving Plaintiff's Motion for a Preliminary Injunction without resort to litigation.  Finally, during the conference call the parties requested extensions of their time in which to respond to Plaintiff's [46] Second Amended Complaint, filed on June 15, 2007, as well as Plaintiff's [47] Motion for Partial Summary Judgment on the Issue of the Lack of a Properly Executed Deed and Plaintiff's [48] Motion for Partial Summary Judgment on the

Issue of the Lack of Consideration, both filed on June 21, 2007. Based on the discussions held during the conference call, it is hereby

**ORDERED** that counsel for Plaintiff and those Defendants affected by Plaintiff's Motion for a Preliminary Injunction shall discuss the possibility of resolving Plaintiff's [49] Motion for a Preliminary Injunction without litigation and shall attempt to negotiate a resolution of that Motion. On or before July 9, 2007, counsel for Plaintiff and those Defendants shall report to the Court as to the outcome of those discussions and whether litigation of Plaintiff's Motion for a Preliminary Injunction will, in fact, be necessary; it is further

**ORDERED**, in the event that counsel for Plaintiff and those Defendants fail to reach a resolution of Plaintiff's Motion for a Preliminary Injunction, all Oppositions to Plaintiff's Motion for a Preliminary Injunction shall be filed on or before July 20, 2007, and Plaintiff's Reply in further support of her Motion for a Preliminary Injunction shall be filed on or before August 3, 2007; it is further

**ORDERED** that all Defendants shall answer or otherwise respond to Plaintiff's [46] Second Amended Complaint on or before July 13, 2007; it is further

**ORDERED** that Oppositions to Plaintiff's Motions for Partial Summary Judgment shall be filed on or before July 13, 2007 and Plaintiff's Reply in further support of her Motions for Partial Summary Judgment shall be filed on or before July 30, 2007.

**SO ORDERED.**

                                                   /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge