U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mary Juergens

vs.

Urban Title Services, Inc., et al.

No. 06CA1524 (CKK)

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons; 2nd Amended Complaint and Jury Demand with Exhibits 1 - 13; Plaintiff Juergens' Motion for Partial Summary Judgment on Issue of the Lack of Properly Executed Deed to 1230 23rd Street, NW, #505, Between Mary Juergens and the "1230 23rd Street, LLC"; Plaintiff Juergens' Motion for a Partail Summary Judgment on Issue of the Lack of Consideration for the Alleged Sale of Property from Mary Juergens to the "1230 23rd Street, LLC"; and Plaintiff Juergens' Motion for a Preliminary Injunction in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:22 pm on June 27, 2007, I served Arthur G. Bennett at 6019 Tower Court, Alexandria, Virginia 22304 by serving Arthur G. Bennett, personally. Described herein:

SEX- MALE
AGE- 55
HEIGHT- 5'9"
HAIR- GRAY/BALDING
WEIGHT- 200
RACE- WHITE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 6-29-07
       Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190000

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARY JUERGENS
1230 23rd Street, N.W., Apt. 505 Washington, DC 20037

**SUMMONS IN A CIVIL CASE**

V.

URBAN TITLE SERVICES, INC., et al.

CASE NUMBER: 06CA1524(CKK)

TO: (Name and address of Defendant)

ARTHUR G. BENNETT
6019 Tower Court
Alexandria, Virginia 22304

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.P. Szymkowicz, SZYMKOWICZ & SZYMKOWICZ, LLP,
1220 19th Street, N.W., Suite 400, Washington, DC
20036-2438 (202) 862-8500

an answer to the Amended complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUN 2 1 2007

CLERK　　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

06-28-2007

J.P. SZYMKOWICZ, ESQUIRE
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19TH STREET, NW, SUITE 400
WASHINGTON, DC 20036-2438

Mary Juergens v. Urban Title Services, Inc., et al.

Case No. 06CA1524 (CKK)

Invoice No. 190000

Client Matter No. N/A

SERVICE OF PROCESS
Arthur G. Bennett, 6019 Tower Court, Alexandria, Virginia 22304
06-27-2007

SERVICE OF PROCESS

$70.00

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**                              $70.00

Please write invoice no. 190000 on your check.

**Case Comments-**