U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mary Juergens

vs.

Urban Title Services, Inc., et al.

No. 06CA1524 (CKK)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons; 2nd Amended Complaint and Jury Demand with Exhibits 1 - 13; Plaintiff Juergens' Motion for Partial Summary Judgment on Issue of the Lack of Properly Executed Deed to 1230 23rd Street, NW, #505, Between Mary Juergens and the "1230 23rd Street, LLC"; Plaintiff Juergens' Motion for a Partail Summary Judgment on Issue of the Lack of Consideration for the Alleged Sale of Property from Mary Juergens to the "1230 23rd Street, LLC"; and Plaintiff Juergens' Motion for a Preliminary Injunction in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:30 pm on June 27, 2007, I served Brickshire Settlements, LLC c/o Martin Mooradian, Registered Agent at 7700 Little River Turnpike, Suite 604, Annandale, Virginia 22003 by serving Martin Mooradian, Registered Agent, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   52
 HEIGHT-   5'11"
   HAIR-   BLACK
 WEIGHT-   245
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __6-28-07__
               Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190006

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARY JUERGENS
1230 23rd Street, N.W., Apt. 505
Washington, DC 20037

**SUMMONS IN A CIVIL CASE**

V.

URBAN TITLE SERVICES, INC., et al.

CASE NUMBER: 06CA1524(CKK)

TO: (Name and address of Defendant)

BRICKSHIRE SETTLEMENTS, LLC, 6121 Dorchester Street, Springfield, Virginia 22150 SERVE REGISTERED AGENT: Martin Mooradian, 6121 Dorchester Street, Springfield, Virginia 22150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JP Szymkowicz
Szymkowicz & Szymkowicz LLP
1220 19th Street NW #400
Washington DC 20036-2438
202 862 8500
amended

an answer to the complaint (amended) which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

JUN 21 2007

CLERK                                                         DATE

_(signature)_
(By) DEPUTY CLERK

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

06-28-2007

J.P. SZYMKOWICZ, ESQUIRE
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19TH STREET, NW, SUITE 400
WASHINGTON, DC 20036-2438

Mary Juergens v. Urban Title Services, Inc., et al.

Case No. 06CA1524 (CKK)

Invoice No. 190006

Client Matter No. N/A

SERVICE OF PROCESS
Brickshire Settlements, LLC c/o Martin Mooradian, Registered Agent, 7700 Little River Turnpike, Suite 604, Annandale, Virginia 22003
06-27-2007

| | |
|---|---|
| SERVICE OF PROCESS | $70.00 |
| **AMOUNT PAID-** | |
| **BALANCE DUE UPON RECEIPT-** | $70.00 |

Please write invoice no. 190006 on your check.

**Case Comments-**