UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | ) |
| Plaintiff, | ) |
| v. | ) |
| URBAN TITLE SERVICES, INC., WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, DALE E. DUNCAN, ARTHUR G. BENNETT, and BRICKSHIRE SETTLEMENTS, LLC, | ) CIVIL ACTION NO. 1:06-CV-1524<br>) JUDGE: Colleen Kollar-Kotelly |
| Defendants. | ) |

**RESPONSE OF DEFENDANT ROBERT WILLIAM CARNEY TO PLAINTIFF'S STATUS REPORT REGARDING SERVICE ON DEFENDANT PAUL ERB AND DEFENDANT WILLIAM KENNEY**

Defendant Robert William Carney ("Defendant Carney") hereby responds to the status report filed on June 15, 2007 by Plaintiff Mary Juergens in response to the Court's Order of May 30, 2007 in which Plaintiff requested that the Court "direct Defendant Carney to provide Plaintiff Juergens' counsel with Defendant Erb and Defendant Kenney's last known addresses, telephone numbers, email addresses and social security numbers." Without accepting any responsibility for effecting service of process on either individual and without prejudice to his ability to object on any other applicable legal or procedural ground, Defendant Carney consents to the service of two interrogatories in advance of the commencement of discovery seeking such information, one with respect to each of Defendant Erb and Defendant Kenney.

Dated:  July 5, 2007                           Respectfully submitted,


                                               _____/s/_____
                                               Tillman J. Finley (DC Bar # 477737)
                                               Daniel Marino (DC Bar # 416711)
                                               Sutherland Asbill & Brennan LLP
                                               1275 Pennsylvania Ave., NW
                                               Washington, DC  20004
                                                (202) 383-0100 Phone
                                                (202) 637-3593 Fax

                                               *Counsel for Defendant Robert William Carney*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Response of Defendant Robert William Carney to Plaintiff's Status Report Regarding Service on Defendant Paul Erb and Defendant William Kenney was sent via the Court's electronic filing service this 5th day of July, 2007 to:

J.P. Szymkowicz
John T. Szymkowicz
Szymkowicz & Szymkowicz, LLP
1220 19th Street, NW, Suite 400
Washington, DC  20036-2438
(202) 862-8500 (telephone)
(202) 862-9825 (facsimile)

*Attorneys for Plaintiff Mary Juergens*

Michael M. Hicks
Juan M. Anderson
1233 20th Street, NW
Suite 800
Washington, DC  20036
(202) 712-7000 (telephone)
(202) 712-7100 (facsimile)
*Attorneys for Urban Title Services, Inc.*

James M. Towarnicky
3977 Chain Bridge Road
Suite #1
Fairfax, VA  22030
(703) 352-0022 (telephone)
(703) 352-1516 (facsimile)
*Attorney for Defendant Dale E. Duncan*

David P. Durbin
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804 (telephone)
(202) 496-2800 (facsimile)

Michael N. Russo, Jr.
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, Fourth Floor
Annapolis, MD  21404
(401) 268-6600 (telephone)

*Attorneys for Defendant First Mount Vernon Industrial Loan Association, Inc.*

      /s/
Tillman J. Finley (DC Bar # 477737)
Daniel Marino (DC Bar # 416711)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004
 (202) 383-0100 Phone
 (202) 637-3593 Fax

*Counsel for Defendant Robert William Carney*

3