UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS,<br><br>   Plaintiff,<br><br>     v.<br><br>URBAN TITLE SERVICES, INC., *et al.*,<br><br>   Defendants. | Civil Action No. 06–1524 (CKK) |

**ORDER**
(July 9, 2007)

On May 30, 2007, this Court issued an Order pursuant to Federal Rule of Civil Procedure 4(m), noting that although more than 120 days had passed since the filing of Plaintiff's Amended Complaint, Defendants Paul Erb and William Kenney had not yet been served with process, and requiring Plaintiff to either cause process to be served and proof of service to be filed with the Court, or to file a status report with the Court indicating why service had not been made. In response, on June 15, 2007, Plaintiff filed a Status Report with the Court, indicating that Plaintiff has been unable to serve Defendants Erb and Kenney despite her efforts to do so, and further indicating that Plaintiff has "reason to believe that Defendant Carney knows where both Defendant Erb and Defendant Kenney live or work." *See* Pl.'s Status Report. Plaintiff's Status Report also requests that the Court "direct Defendant Carney to provide Plaintiff Juergens' counsel with Defendant Erb and Defendant Kenney's last known addresses, telephone numbers, email addresses and social security numbers." *Id.*

Defendant Carney has now filed a Response to Plaintiff's June 15, 2007 Status Report. In that Response, Defendant Carney states that:

> Without accepting any responsibility for effecting service of process on either [Defendant Erb or Defendant Kenney] and without prejudice to his ability to object on any other applicable legal or procedural ground, Defendant Carney consents to the service of two interrogatories in advance of the commencement of discovery seeking such information, one with respect to each of Defendant Erb and Defendant Kenney.

Carney Resp. at 1. Accordingly, it is this 9th day of July, 2007, hereby

**ORDERED** that Plaintiff may serve upon Defendant Carney two interrogatories, as described by Defendant Carney in his Response, in advance of the commencement of discovery in this action.

**SO ORDERED.**

                                                        /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge