IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action Number: <u>06-CA-1524</u> |
| | ) |
| URBAN TITLE SERVICES, INC., <u>et al</u>. | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT REGARDING NEGOTIATIONS BETWEEN PLAINTIFF MARY JUERGENS AND DEFENDANT FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED REGARDING PLAINTIFF JUERGENS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Mary Juergens, by and through her attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, respectfully submits the instant status report concerning negotiations between Plaintiff Juergens and Defendant First Mount Vernon Industrial Loan Association Incorporated regarding the out of court resolution of Plaintiff Juergens' motion for a preliminary injunction preventing Defendant First Mount Vernon Industrial Loan Association Incorporated from foreclosing on Plaintiff Juergens' alleged loan prior to the conclusion of the instant litigation:

1.   On July 6, 2007, Plaintiff Juergens' counsel, J.P. Szymkowicz and John T. Szymkowicz, met in person with Defendant First Mount Vernon Industrial Loan Association Incorporated's counsel, David P. Durbin, at Mr. Durbin's office.

2.   The attorneys discussed resolving Plaintiff Juergens' motion for a preliminary injunction preventing Defendant First Mount Vernon Industrial Loan Association

Incorporated from foreclosing on Plaintiff Juergens' alleged loan prior to the conclusion of the instant litigation.

3. The attorneys have agreed in principle on a possible resolution and are awaiting approval from their respective clients.

4. The parties expect to enter a formal agreement by Friday July 13, 2007 and will inform the Court as to the progress (or lack thereof) on Friday July 13, 2007.

                                                    Respectfully submitted,

/s/_____
J.P. Szymkowicz (#462146)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
(202) 862-8500

Attorney for Plaintiff Mary Juergens