IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS,                      *
                                    *
         Plaintiff,                 *
                                    *
    v.                              *   Case No.: 1:06CV01524 (CKK)
                                    *   Judge Colleen Kollar-Kotelly
URBAN TITLE SERVICES, INC.,         *
et al.,                             *
                                    *
         Defendants.                *

## STIPULATED ORDER

Upon consideration of the Motion For A Preliminary Injunction filed on behalf of the Plaintiff, the representations of counsel for the Plaintiff and counsel for First Mount Vernon Industrial Loan Association, Inc. and the entire record herein; and, it appearing that the Parties have entered into an agreement which renders moot the request for a preliminary injunction, it is, by this Court, this _____ day of July, 2007

ORDERED, that the Motion For A Preliminary Injunction be, and the same hereby is DENIED, AS MOOT, WITHOUT PREJUDICE; and, it is further

ORDERED, as follows:

- That the certain Balloon Deed Of Trust Note ("Note") dated August 31, 2005 in the amount of $250,000.00 (Plts. Exhibit 6) is amended, in part, to require interest only monthly payments by or on behalf of the Plaintiff in the amount of $3,000.00 beginning September 1, 2007 and continuing, with the entire remaining unpaid balance of principal and interest, if not sooner paid, being due and payable in full and as appropriate upon final resolution of all claims in this litigation (including appeals);

- That said monthly interest only payments of $3,000.00 be made payable to "First Mount Vernon Industrial Loan Association" and sent to David P. Durbin, Esquire, counsel for First Mount Vernon Industrial Loan Association for forwarding to his client and that the receipt of each payment be promptly acknowledged, by e-mail, to counsel for the Plaintiff;
- That the required property insurance, condominium fees and taxes for the subject property be maintained at the expense of the Plaintiff and/or 1230 23rd Street, LLC and that no liens or other encumbrances be placed against the subject property;
- That the Note holder refrain from exercising foreclosure or any other rights under the Note so long as the required monthly payments of $3,000.00 are made consistent with the other terms of said Note and this Order; and, it is further

ORDERED, that the Parties remain subject to this Stipulated Order until further Order of this Court.

AGREED:

_J.P. Szymkowicz_
Counsel for Plaintiff

_David P. Durbin_
Co-Counsel for First Mount Vernon Industrial Loan Association, Inc.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies To</u>:

David P. Durbin, Esquire
J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
Daniel Marino, Esquire
Tillman J. Finley, Esquire
James M. Towarnicky, Esquire
Michael M. Hicks, Esquire
Joan M. Anderson, Esquire
Michael N. Russo, Jr., Esquire