


# THIS DEED

MADE this 31st day of August, 2005, by and between MARY L. JUERGENS, Grantor and 1230 23rd STREET, LLC, a Virginia Limited Liability Company, Grantee:

**WITNESSETH**, that the Grantor, in consideration of Two Hundred Thousand Dollars ($200,000), to her paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, sell, bargain and convey unto the Grantee, its heirs and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the District of Columbia and having the street address of 1230 23rd St., NW, Unit 505, Washington, D.C. 20037 and more particularly described as:

> Part of Lot Fifty (50) in Square Thirty-six (36), as per Plat recorded November 20, 1987 by 23 WEST LIMITED PARTNERSHIP in the Office of the surveyor of the District of Columbia in Liber 179 at Folio 182, now being more particularly described as follows:
>
> Condominium Unit 505, 1230-1250Twenty-Third Street Condominium and the limited common element parking spaces(s) no. 63, established by recording a Declaration and By-Laws on March 2, 1990 as Instrument No. 12871 in the Office of the Surveyor of the District of Columbia in Condominium Book 39 at Page 11.
>
> NOTE: The condominium unit is currently designated on the records of the Assessor of the District of Columbia for taxation purposes as Lot 2004 in Square 36.
>
> AND BEING the same property conveyed unto Mary L. JUERGENS, as sole owner, by virtue of a Deed granted by Alyson F. GANNON, dated September 21, 2001, and recorded September 24, 2001 as Instrument #92945, among the Land Records of the District of Columbia.

**SUBJECT, HOWEVER** to restrictions, conditions, rights of way and easements of record.

EXHIBIT A

**AND** the Grantor herein warrants generally the property hereby conveyed and covenants to execute such further assurances of the land as may be requisite.

**WITNESS** the following signature and seal:

_____(SEAL)
MARY L. JUERGENS, GRANTOR


COMMONWEALTH OF VIRGINIA  :
COUNTY OF FAIRFAX  :  To-Wit:

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Mary L. Juergens, whose name is signed to the foregoing instrument, bearing date of August 31, 2005 having acknowledged the same before me in my County and State aforesaid.

GIVEN under my hand and official seal this 31st day of August, 2005.

Notary Public

My Commission Expires: 06/30/09

```
Doc# 2006128724 Fees:$5526.50
09/21/2006    11:23AM Pages 2
Filed & Recorded in Official Records of
WASH DC RECORDER OF DEEDS LARRY TODD
```

| | |
|---|---|
| RECORDING | $ 20.00 |
| SURCHARGE | $ 6.50 |
| RECORDATION TAX FEE | $ 2,750.00 |
| TRANSFER TAX FEE | $ 2,750.00 |