IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS, *
          *
   Plaintiff, *
          *
v. *   Case No.: 1:06CV01524 (CKK)
          *   Judge Colleen Kollar-Kotelly
URBAN TITLE SERVICES, INC., *
et al., *
          *
   Defendants. *

### AFFIDAVIT OF ARTHUR G. BENNETT

I, Arthur G. Bennett, being duly sworn, state the following under oath, and under penalties of perjury:

1. I am over the age of eighteen (18) years and am competent to testify as to the matters stated herein.

2. At all times relevant to the subject matter of this dispute, I have served as President of First Mount Vernon Industrial Loan Association, a commercial lender duly licensed to do business in the District of Columbia.

3. I have personal knowledge of the facts stated herein.

4. As a part of the August 31, 2005 commercial loan transaction placed at issue in this matter, funds in the approximate amount of $61,000.00 were paid to satisfy an existing lien on the 23rd Street property. Additional funds were also paid to Mary Juergens after the subject loan closing in the amount of $95,000.00. And, thereafter, funds escrowed from the subject commercial loan transaction were paid out to meet the monthly payment obligations set forth in the Balloon Deed Of Trust Note dated

EXHIBIT B

August 31, 2005 which Ms. Juergens had personally guaranteed. Those payments totaled approximately $78,750.00.

5. I have not had the opportunity, through counsel, to challenge the inaccuracies contained in Ms. Juergens' lawsuit through discovery of her claims. I expect that deposition discovery would show, at a minimum, that:

- Ms. Juergens knew the commercial nature of the loan transaction she now questions and that she accepted substantial funds from that loan with that knowledge;

- Ms. Juergens signed a Deed as a part of the commercial loan transaction she now questions and in so doing she thereby agreed to the receipt and sufficiency of the consideration for that transaction which is outlined above; and,

- All of my contacts with Ms. Juergens in 2005 led me to understand and believe that she entered into the subject commercial loan transaction knowingly and voluntarily

I declare under penalty of perjury that the foregoing is true and correct.

7/11/07
Date

ARTHUR G. BENNETT