**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARY JUERGENS | * | |
|     Plaintiff, | * | Case No.: 1:06CV01524 |
| v. | * | Judge: Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, et al. | * | Deck Type: General Civil |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER DENYING PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT</u>**

Upon consideration of Plaintiff's Motions for Partial Summary Judgment, the Opposition filed on behalf of the Defendants, First Mount Vernon Industrial Loan Association, Inc. and Arthur Bennett, and the entire record herein, it is, by this Court, this _____ day of _____, 2007

ORDERED, that Plaintiff's Motions for Partial Summary Judgment be, and the same hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies To:</u>

Michael N. Russo, Jr., Esq.
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21404

David P. Durbin, Esq.
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, N.W.

Suite 600
Washington, D.C. 20036

J.P. Szymkowicz, Esq.
John T. Szymkowicz, esq.
SZYMKOWICZ & SZYMKOWICZ, LLP.
Suite 400
1220 19th Street, N.W.
Washington, D.C. 20036

Daniel Marino, Esq.
Tillman J. Finley, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

James M. Towarnicky, Esq.
JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA 22030