**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| **MARY JUERGENS**, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| **URBAN TITLE SERVICES, LLC**, | ) | CASE NUMBER: 1"06CV01523 |
| | ) | |
| and | ) | JUDGE: Colleen Kollar-Kotelly |
| | ) | |
| **WILLIAM KENNEY**, | ) | DECK TYPE: General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| **ROBERT WILLIAM CARNEY**, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **PAUL ERB**, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED** [*sic*], | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **FIRST MOUNT VERNON MORTGAGE, L.L.C.** | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **ARTHUR G. BENNETT**, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **BRICKSHIRE SETTLEMENTS, LLC**, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **DALE E. DUNCAN**, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION TO DISMISS AMENDED COMPLAINT OF CO-DEFENDANTS FIRST MOUNT VERNON MORTGAGE, L.L.C. AND DALE DUNCAN</u>**

**Oral Hearing Requested**

Co-Defendants, First Mount Vernon Mortgage, L.L.C. ("FMVLLC"), and Dale Duncan ("Duncan") (collectively, "Movants") by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 9, 12(b), and 19, move this honorable Court to Dismiss the Amended Complaint in this case against them, and as grounds therefore, respectfully shows as follows:

1. Plaintiff Mary Juergens ("Plaintiff"), filed an additional Amended Complaint in this Action on June 15, 2007.

2. As per minute order of this honorable Court, responsive pleadings to the said Amended Complaint are to be filed on or before July 13, 2007.

3. For the facts and reasons set forth in the accompanying Memorandum of Law in Support of its Motion, the new Amended Complaint should be dismissed as to the Movants, *inter alia,* for (i): failure to name or join a necessary party; (ii) failure to plead with necessary particularity; (iii) inapplicability of counts under principles of conflicts of laws; and (iv) failure to state a claim upon which relief may be granted.[1]

4. The loan documents referenced in Plaintiff's Complaint (the "Documents") may be considered by this honorable Court for purposes of this present Motion.

5. Co-defendant FMVLLC did not participate with Plaintiff in any way in the transactions set forth in the Complaint.

---

[1] Movants are, of course, cognizant of this honorable Court's Memorandum Opinion allowing discovery to proceed with respect to counts and parties before finally resolving, *inter alia,* the merits of FMVLLC's and Duncan's role in the loan transaction, as well as their previous Motions to Dismiss and failure to plead fraud with particularity, as well as other issues or motions.  Because many of the purported facts to substantiate such counts were raised by Plaintiff in her Opposition to the Movants' Motion to Dismiss the previous Complaint, this honorable Court permitted the filing of the new Amended Complaint to address such issues.  Because, *inter alia,* the new Amended Complaint does not sufficiently address all such matters, and in order to insure Movants' position with regard to such issues is preserved and not waived (see, e.g., Rule 12(h), and in the new Amended Complaint, Plaintiff now attaches Exhibits that this honorable Court may consider and on which Plaintiff is basing her claims for relief, Movants submit this Motion to Dismiss.

6. Co-defendants FMVLLC and Duncan were not present in the District of Columbia, did not interact with Plaintiff in the District of Columbia, are not mentioned or involved with any of the loan documents in the District of Columbia, and in all respects conducted no activities in the District of Columbia with respect to this Plaintiff regarding the loan complained of.

7. Plaintiff has failed to state facts sufficient to sustain a claim of conversion against co-defendants Duncan and FMVLLC.

8. Based on the documents attached to the Complaint, the claim for fraud may not be sustained against Duncan and FMVLLC, as there cannot be reasonable reliance by Plaintiff as a matter of law based on the facts set forth in the new Amended Complaint.

9. Movants request that an oral hearing on the instant motion be scheduled pursuant to Local Civil Rule 7(f).

WHEREFORE, good cause being shown, co-Defendants FMVLLC and Duncan respectfully move this honorable Court to grant this Motion dismissing counts of the Complaint with prejudice as to it in accordance with the attached memorandum of points and authorities, and grant such other and further relief as this honorable Court deems just and proper in the circumstances.

Respectfully submitted,

Dated: July 13, 2007

/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022 / Fax (703) 352-1516
Counsel for Co-Defendants FMVLLC
and Duncan

CERTIFICATE OF SERVICE

    I hereby certify that I served a true and correct copy of the foregoing Motion on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 13th day of July, 2007, addressed as follows:

Daniel J. Marino, Esq.  
Sutherland, Asbill & Brennan, LLP  
1275 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Counsel for Defendant Robert William Carney

J.P. Szymkowicz, Esq.  
John T. Szymkowicz, Esq.  
Szymkowicz & Szymkowicz, LLP  
1220 19th Street, N.W., Suite #400  
Washington, D.C. 20036-2438  
Counsel for Plaintiff Mary Juergens

Michale M. Hicks  
Bonner Kiernan Trebach & Crociata, LLP  
1233 20th Streete, NW, Suite 800  
Washington, D.C. 20036  
Counsel for Urban Title Services, Inc.

David P. Durbin, Esq.  
Jordan Coyne & Savits, L.L.P.  
1100 Connecticut Avenue, N.W., #600  
Washington, D.C. 20036  
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

Michael N. Russo, Jr., Esq.  
Council Baradel, Losmerl & Nolan, P.A.  
P.O. Box 2289  
Annapolis, MD 21404-2289  
Co-Counsel to First Mount Vernon ILA and Arthur G. Bennett

     /s/ James M. Towarnicky  
    James M. Towarnicky