IN THE
**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
|       Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| URBAN TITLE SERVICES, LLC | ) | CASE NUMBER:  1:06CV01524 |
| | ) | |
| and | ) | JUDGE:  Colleen Kollar-Kotelly |
| | ) | |
| WILLIAM KENNEY | ) | DECK TYPE:  General Civil |
| | ) | |
| and | ) | DATE STAMP: |
| | ) | |
| ROBERT WILLIAM CARNEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL ERB | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED [*sic*] | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST MOUNT VERNON MORTGAGE, L.L.C. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ARTHUR G. BENNETT, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. DUNCAN, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BRICKSHIRE SETTLEMENTS, LLC, | ) | |
| | ) | |
|       Defendants. | ) ) | |

**OPPOSITION OF CO-DEFENDANTS FIRST MOUNT VERNON MORTGAGE, L.L.C. AND DALE DUNCAN TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Co-Defendants, First Mount Vernon, L.L.C. ("FMVLLC") and Dale Duncan ("Duncan") ("Movants") by and through undersigned counsel, and file this opposition to the Plaintiff's Motions for Partial Summary Judgment.

Without waiving their position that they are not lenders, nor are parties to the loan (and so not beneficiaries under the deed), Movants incorporate by reference the Opposition filed by First Mount Vernon Industrial Loan Association and Arthur G. Bennett.

In addition, Movants aver that the lack of a notary does not affect the validity of the Note to the transaction, only to the effectiveness of the deed as to third parties. Therefore, Plaintiff's claim that the Note is void is incorrect and should not be sustained. In addition, the statutes cited by Plaintiff (42-306) only require the seal of the Plaintiff and the execution. They do not require a notary. Under Section 42-141 of the D.C. Code, et seq., that provision affects the rights of third parties, not as to the efficacy of the agreement between Plaintiff and FMVILA.

For these reasons, the Motions for Partial Summary Judgment should be denied.

Respectfully submitted,

Dated: July 13, 2006

/s/ James M. Towarnicky    .
James M. Towarnicky, #370931
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
Tel. (703) 352-0022
Fax (703) 352-1516
Counsel for Co-Defendants FMVLLC
and Dale Duncan

CERTIFICATE OF SERVICE

     I hereby certify that I served a true and correct copy of the foregoing Opposition on the counsel for the Plaintiff and all other parties having appeared by placing the same in the United States Mail, first class postage prepaid, this 13th day of July, 2007, addressed as follows:

Daniel J. Marino, Esq.  
Sutherland, Asbill & Brennan, LLP  
1275 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
Counsel for Defendant Robert William Carney  

J.P. Szymkowicz, Esq.  
John T. Szymkowicz, Esq.  
Szymkowicz & Szymkowicz, LLP  
1220 19th Street, N.W., Suite #400  
Washington, D.C. 20036-2438  
Counsel for Plaintiff Mary Juergens  

David P. Durbin, Esq.  
Jordan Coyne & Savits, L.L.P.  
1100 Connecticut Avenue, N.W., #600  
Washington, D.C. 20036  
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.  

Michael N. Russo, Jr., Esq.  
Council Baradel, Losmerl & Nolan, P.A.  
P.O. Box 2289  
Annapolis, MD 21404-2289  
Co-Counsel to First Mount Vernon ILA and Arthur G. Bennett  

Michale M. Hicks  
Bonner Kiernan Trebach & Crociata, LLP  
1233 20th Streete, NW, Suite 800  
Washington, D.C. 20036  
Counsel for Urban Title Services, Inc.  

      /s/ James M. Towarnicky  
     James M. Towarnicky