IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| MARY JUERGENS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number 1:06-CV-1524 |
| | ) | Honorable Colleen Kollar Kotelly |
| URBAN TITLE SERVICES, INC. et al. | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT BRICKSHIRE SETTLEMENTS, LLC'S CONSENT MOTION
FOR EXTENSION OF TIME TO FILE AN ANSWER**

Brickshire Settlements, LLC, one of the Defendants, by Deborah K. Besche and Goldberg, Pike & Besche, P.C., its attorneys, hereby files a Consent Motion for Extension of Time to File an Answer and, as grounds therefore, states as follows:

1. Counsel for this Defendant received notification on Tuesday, July 17, 2007, in the late afternoon, that she was being asked to handle the defense of this file for Brickshire Settlements, LLC. The only pleadings which counsel has seen thusfar are portions of a Motion for Partial Summary Judgment. Counsel has not even seen the Complaint.

2. It is defense counsel's understanding that part of the reason for the delay in retaining her was that another attorney had been retained but realized that he had a conflict of interest.

3. As soon as defense counsel received notice of this assignment, she immediately contacted counsel for the Plaintiff and discussed the matter with him. John T. Szymkowicz, counsel for the Plaintiff, advised defense counsel that he would consent to a Motion for Extension of Time for this Defendant to file its Answer by Friday, July 20, 2007.

WHEREFORE, Brickshire Settlements, LLC respectfully requests this Honorable Court to grant this Motion for Extension of Time to provide this Defendant until Friday, July 20, 2007 to file its Answer.

                                                                                                    /s/
                          Deborah K. Besche, Federal Bar #397396
                          Goldberg, Pike & Besche, P.C.
                          100 S. Charles Street, Tower II, Suite 1001
                          Baltimore, Maryland 21201
                          410-468-1361
                          Attorneys for Defendant
                          Brickshire Settlements, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 18th day of July 2007, a copy of the foregoing was mailed first, class, postage prepaid to:

John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036-2438
Attorneys for Plaintiff

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, Virginia 22030

David J. Marino, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

David P. Durbin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
#400
Washington, D.C. 20036

and to

Michael M. Hicks, Esquire
Bonner, Kiernan Trebach & Crociata, LLP
1233 20th Street, Suite 800
Washington, D.C. 20036

                                                                          _____
                                                                          Deborah K. Besche, Federal Bar #397396