IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| MARY JUERGENS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number 1:06-CV-1524 |
| | ) | Honorable Colleen Kollar Kotelly |
| URBAN TITLE SERVICES, INC. et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Upon consideration of Defendant Brickshire Settlements, LLC's Consent Motion for Extension of Time to File an Answer, it is hereby

ORDERED, that Defendant Brickshire Settlements, LLC's Answer to Complaint is due on or before Friday, July 20, 2007.

_____
Judge Colleen Kollar-Kotelly

cc:
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036-2438

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, Virginia 22030

David J. Marino, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

David P. Durbin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
#400
Washington, D.C. 20036

Michael M. Hicks, Esquire
Bonner, Kiernan Trebach & Crociata, LLP
1233 20th Street, Suite 800
Washington, D.C. 20036