CO-386-online
10/03

# United States District Court
# For the District of Columbia

MARY JUERGENS  )
)
)
)
vs   Plaintiff )   Civil Action No. __1:06-CV-1524__
)
URBAN TITLE SERVICES, INC. et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Brickshire Settlements, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Brickshire Settlements, LLC__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Deborah K Besche_
Signature

__397396__
BAR IDENTIFICATION NO.

Deborah K. Besche, Esquire
Print Name

100 S. Charles Street, Tower II, Ste. 1001
Address

Baltimore   MD   21201
City     State   Zip Code

410-468-1361
Phone Number