IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| MARY JUERGENS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number 1:06-CV-1524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC. et al. ) | |
| ) | |
| Defendants ) | |

**OPPOSITION OF DEFENDANT BRICKSHIRE SETTLEMENTS, LLC TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Brickshire Settlements, LLC ("Brickshire"), Defendant, by Deborah K. Besche and Goldberg, Pike & Besche, P.C., its attorneys, files this Opposition to the Plaintiff's Motions for Summary Judgment and states:

Without waiving its position that it is not a lender or a party to the loan (and, thus, not a beneficiary under the Deed), Brickshire incorporates by reference the Opposition filed by First Mount Vernon Industrial Loan Association and Arthur G. Bennett.

In addition, Brickshire avers that the alleged lack of a notary does not affect the validity of the Note in the transaction. Therefore, Plaintiff's claim that the Note is void is incorrect and should not be sustained. In addition, the statutes cited by Plaintiff do not require a notary. Section 42-141 of the D.C. Code, et seq. affects the right of third parties, not the efficacy of the agreement between Plaintiff and FMVILA.

For these reasons, the Motions for Partial Summary Judgment should be denied.

Dated: July 19, 2007

                _____/s/_____
                Deborah K. Besche, Federal Bar #397396
                Goldberg, Pike & Besche, P.C.
                100 S. Charles Street, Tower II, Suite 1001
                Baltimore, Maryland 21201
                410-468-1361
                Attorneys for Defendant
                Brickshire Settlements, LLC

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY, that on this 19th day of July 2007, a copy of the foregoing was mailed first, class, postage prepaid to:

John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036-2438
Attorneys for Plaintiff

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, Virginia 22030

David J. Marino, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

David P. Durbin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
#400
Washington, D.C. 20036

Michael M. Hicks, Esquire
Bonner, Kiernan Trebach & Crociata, LLP
1233 20th Street, Suite 800
Washington, D.C. 20036

                _____/s/_____
                Deborah K. Besche, Federal Bar #397396