IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>URBAN TITLE SERVICES, INC. et al. )<br>)<br>Defendants ) | Case Number 1:06-CV-1524<br>Honorable Colleen Kollar Kotelly |

## ORDER

Upon consideration of the Plaintiff's Motions for Partial Summary Judgment, the Oppositions filed by Defendants, and the entire record herein, it is by this Court, this _____ day of _____, 2007

ORDERED, that the Plaintiff's Motions for Partial Summary Judgment be, and the same hereby are DENIED.

_____
Judge Colleen Kollar-Kotelly

cc:
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036-2438

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, Virginia 22030

David J. Marino, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

David P. Durbin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
#400
Washington, D.C. 20036

Michael M. Hicks, Esquire
Bonner, Kiernan Trebach & Crociata, LLP
1233 20th Street, Suite 800
Washington, D.C. 20036

Deborah K. Besche, Esquire
Goldberg, Pike & Besche, P.C.
100 S. Charles Street
Tower II, Suite 1001
Baltimore, Maryland 21201