CO-386-online
10/03

# United States District Court
# For the District of Columbia

MARY JUERGENS )
)
)
)
vs    Plaintiff )    Civil Action No. __1:06-CV-1524__
)
URBAN TITLE SERVICES, INC. et al. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Brickshire Settlements, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Brickshire Settlements, LLC__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature: Deborah K Besche]_
Signature

__397396__
BAR IDENTIFICATION NO.

__Deborah K. Besche, Esquire__
Print Name

__100 S. Charles Street, Tower II, Ste. 1001__
Address

__Baltimore__   __MD__   __21201__
City    State    Zip Code

__410-468-1361__
Phone Number