AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARY JUERGENS
1230 23RD STREET, N.W., APT. 505
WASHINGTON, DC  20037

**SUMMONS IN A CIVIL CASE**

V.

URBAN TITLE SERVICES, LLC, et al.

CASE NUMBER:    06-CA-1524

TO: (Name and address of Defendant)

WILLIAM KENNEY a/k/a "Bill Kenney"
2200 Defense Highway, Suite 300
Crofton, Maryland  21114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.P. Szymkowicz #462146
John T. Szymkoiwcz, #946079
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
(202) 862-8500

an answer to the *amended* complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the *amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

AUG 2 1 2007

CLERK

T. Davis

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE Wed August 22 2007 at appox 4:15pm |
|---|---|
| NAME OF SERVER *(PRINT)* John Paul Szymkowicz | TITLE Attorney-at-Law |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Cynthia Jeffries

G  Returned unexecuted: _____

G  Other (specify):  At the above-referenced time I served Cynthia Jeffries of the Law Firm of Bonner Kiernan Trebach & Crociata LLP pursuant to an agreement to accept service on Defendant Erb & Defendant Kenney sent by Defendant Erb & Kenney's lawyer Michael Hicks.

## STATEMENT OF SERVICE FEES

| TRAVEL  Zero | SERVICES  Zero | TOTAL  Zero |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/07
                Date

                Signature of Server

1220 19th Street NW #400
Address of Server
Washington DC 20036-2438

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**From:** mhicks@bktc.net
**Subject:** **Re: Service on Erb & Kenney (Juergens v. Urban Title)**
**Date:** August 21, 2007 1:15:45 PM EDT
**To:** J.P.Szymkowicz <jp@szymkowicz.com>

---

Greetings:  Messrs Erb and Kenney have authorized me to accept service on their behalf.

Michael M. Hicks, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Eighth Floor
Washington, D.C. 20036
202.712.7000 (o)
202.712.7100 (f)