IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER 1:06-cv-01524 |
| | ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## PRAECIPE WITHDRAWING APPEARANCE OF COUNSEL

THE CLERK OF THE COURT will please withdraw the appearance of Juan M. Anderson, Esquire, as counsel for Defendant Urban Title Services, LLC. Michael M. Hicks, Esquire will remain as counsel for Urban Title Services, LLC.

Dated this 13th day of September, 2007.

                            Respectfully submitted,

                            **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                            */s/ Juan M. Anderson*
                            Michael M. Hicks, Bar No. 362438
                            Juan M. Anderson, Bar No. 465404
                            1233 20th Street, N.W., Suite 800
                            Washington, D.C.  20036
                            Tel:   (202) 712-7000
                            Fax:  (202) 712-7100
                            *Counsel to Defendant Urban Title Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIED that a true copy of Defendant's Praecipe Withdrawing Appearance of Counsel was served upon all counsel on this 13th day of November, 2006, *via* electronic filing, upon the following:

J.T. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
*Counsel for Plaintiff*

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, VA  22030

David J. Marino, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C.  2004

David P. Durbin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., #600
Washington, D.C.  20036

　　　　　　　　　　　　　　　　　　　　　/s/ *Juan M. Anderson*
　　　　　　　　　　　　　　　　　　　　　Juan M. Anderson