IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER 1:06-CV-01524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, ) | |
| WILLIAM KENNEY, ROBERT ) | |
| WILLIAM CARNEY, PAUL ERB, ) | |
| FIRST MOUNT VERNON ) | |
| INDUSTRIAL LOAN ASSOCIATION ) | |
| INCORPORATED, FIRST MOUNT ) | |
| VERNON MORTGAGE, L.L.C., DALE ) | |
| E. DUNCAN, ARTHUR J. BENNETT, ) | |
| And BRICKSHIRE SETTLEMENTS, ) | |
| LLC, ) | |
| Defendants. ) | |

**PRAECIPE REGARDING ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL**

COME NOW Defendants, **URBAN TITLE SERVICES, LLC, WILLIAM KENNEY**, and **PAUL ERB**, by through their counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and request that the Clerk of the Court enter the appearance of Heather S. Deane, Esq. as additional counsel for Defendants in this matter. Michael M. Hicks, Esq. remains as counsel of record for Defendants.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        _____/s/ Heather S. Deane_____
        HEATHER S. DEANE, Bar No. 471834
        MICHAEL M. HICKS, Bar No. 362438
        1233 20th Street, N.W., Suite 800
        Washington, DC 20036
        Tel: (202) 712-7000
        Fax: (202) 712-7100
        *Attorneys for Defendant Urban Title Services, Inc., William Kenney, and Paul Erb.*

185633

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Praecipe Regarding Entry of Appearance of Additional Counsel was served electronically this 23rd day of January 2008 to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
*Counsel for Plaintiff*

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
*Counsel for First Mount Vernon Mortgage, LLC*

David J. Marino, Esquire
Tillman James Finley, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Counsel for Robert William Carney*

David P. Durbin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., #600
Washington, DC 20036
*Co-counsel for First Mount Vernon Industrial Loan Association, Inc. and Arthur J. Bennett*

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Noland, P.A.
125 West Street, Fourth Floor
P.O. Box 2289
Annapolis, Maryland 21404
*Co-counsel for First Mount Vernon Industrial Loan Association, Inc. and Arthur J. Bennett*

Deborah K. Besche, Esquire
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, Maryland 21201
*Counsel for Brickshire Settlements, LLC*

                                             /s/ Heather S. Deane
                                             Heather S. Deane, Bar No. 471834

185633-1