UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JUERGENS,

   Plaintiff,

    v.

URBAN TITLE SERVICES, INC., *et al.*,

   Defendants.

Civil Action No. 06–1524 (CKK)

**ORDER**
(February 4, 2008)

    For the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of February, 2008, hereby

    **ORDERED** that the [62] Motion to Dismiss Plaintiff's Second Amended Complaint brought by Defendant First Mount Vernon Mortgage, L.L.C. is GRANTED; it is further

    **ORDERED** that the [61] Motion to Dismiss Plaintiff's Second Amended Complaint brought by Defendant Dale Duncan is DENIED; it is further

    **ORDERED** that [47] Plaintiff's Motion for Partial Summary Judgment as to the alleged lack of a properly executed deed is DENIED WITHOUT PREJUDICE; it is further

    **ORDERED** that [48] Plaintiff's Motion for Partial Summary Judgment as to the alleged lack of consideration is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that the parties shall not file any further dispositive motions until after discovery is completed in this matter. The Court shall set a discovery schedule during the Initial Scheduling Conference in this action, which shall be set by separate Order.

**SO ORDERED.**

                                                 /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge