IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:06CV01524 (CKK) |
| | * | Judge Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC., | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

**ENTRY OF APPEARANCE OF COUNSEL**

Please note the appearance of Dwight D. Murray as co-counsel for Defendants, First Mount Vernon Industrial Loan Association, Inc. and Arthur G. Bennett, in the above-referenced matter. David P. Durbin will remain as lead counsel.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _/s/ Dwight D. Murray_
David P. Durbin
Bar #928655
Dwight D. Murray
Bar #228932
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 296-4747
Fax: (202) 496-2800
E-mail: d.durbin@jocs-law.com
         d.murray@jocs-law.com

Counsel for Defendants, First Mount Vernon Industrial Loan Association, Inc. and Arthur G. Bennett

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry Of Appearance Of Counsel was electronically served this 11TH day of February, 2008 to:

>J.P. Szymkowicz, Esquire
>John T. Szymkowicz, Esquire
>SZYMKOWICZ & SZYMKOWICZ, LLP
>Suite 400
>1220 19th Street, NW
>Washington, DC 20036-2438
>   *Counsel for Plaintiff*

>Daniel Marino, Esquire
>Tillman J. Finley, Esquire
>SUTHERLAND ASBILL & BRENNAN LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC 20004
>   *Counsel for Robert William Carney*

>James M. Towarnicky, Esquire
>JAMES M. TOWARNICKY, P.L.L.C.
>Suite 1
>3977 Chain Bridge Road
>Fairfax, VA 22030
>   *Counsel for First Mount Vernon Mortgage, LLC and Dale E. Duncan*

>Michael M. Hicks, Esquire
>Heather S. Deane, Esquire
>BONNER KIERNAN TREBACH & CROCIATA, LLP
>Suite 800
>1233 20th Street, NW
>Washington, DC 20036
>   *Counsel for Urban Title Services, Inc., Paul Erb and William Kenney*

>Deborah K. Besche, Esquire
>GOLDBERG, PIKE & BESCHE, P.C.
>Tower II - Suite 1001
>100 S. Charles Street
>Baltimore, MD 21201
>   *Counsel for Brickshire Settlements, LLC*

_____
Dwight D. Murray