UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS,<br><br>      Plaintiff,<br><br>v.<br><br>URBAN TITLE SERVICES, INC., WILLIAM KENNEY, ROBERT WILLIAM CARNEY, PAUL ERB, FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED, FIRST MOUNT VERNON MORTGAGE, LLC, DALE E. DUNCAN, ARTHUR G. BENNETT, and BRICKSHIRE SETTLEMENTS, LLC,<br><br>      Defendants. | CIVIL ACTION NO. 1:06-CV-1524<br><br>JUDGE:  Colleen Kollar-Kotelly |

## DEFENDANT ROBERT WILLIAM CARNEY'S STATEMENT OF CASE

Defendant Robert William Carney ("Mr. Carney") hereby submits a statement of his case as requested in the Court's February 5, 2008 Order.  Mr. Carney denies the allegations in Plaintiff's Second Amended Complaint and that he is liable in any way to Plaintiff under any theory of liability.  Mr. Carney contends that he was not the settlement agent or attorney for Plaintiff's October 2003 mortgage loan, never had any contact or communications with Plaintiff, and neither owed nor breached any duties, fiduciary or otherwise, to Plaintiff.  Instead, Mr. Carney contends that he represented the individual who funded the October 2003 loan and was not present at the closing of the transaction.  In any event, Mr. Carney contends that no act or omission on his part caused any injury to Plaintiff and, to Mr. Carney's understanding, the mortgage loan at issue was ultimately paid off in full, no foreclosure proceedings were ever

instituted, and Plaintiff did not suffer any damages. In addition, Mr. Carney has asserted various affirmative defenses as detailed in his Answer to Plaintiff's Second Amended Complaint.

Dated: February 22, 2008                                                             Respectfully submitted,


                                                                        /s/
                                                            Tillman J. Finley (DC Bar # 477737)
                                                            Daniel Marino (DC Bar # 416711)
                                                            Sutherland Asbill & Brennan LLP
                                                            1275 Pennsylvania Ave., NW
                                                            Washington, DC  20004
                                                             (202) 383-0100 Phone
                                                             (202) 637-3593 Fax

                                                            *Counsel for Defendant Robert William Carney*

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was sent via the Court's electronic filing service this 22nd day of February, 2008 to:

| | |
|---|---|
| J.P. Szymkowicz<br>John T. Szymkowicz<br>Szymkowicz & Szymkowicz, LLP<br>1220 19th Street, NW, Suite 400<br>Washington, DC  20036-2438<br>(202) 862-8500 (telephone)<br>(202) 862-9825 (facsimile)<br><br>*Attorneys for Plaintiff Mary Juergens*<br><br>Heather S. Deane<br>1233 20th Street, NW<br>Suite 800<br>Washington, DC  20036<br>(202) 712-7000 (telephone)<br>(202) 712-7100 (facsimile)<br>*Attorneys for Defendants Urban Title Services, Inc., William Kenney, and Paul Erb*<br><br>Deborah K. Besche<br>GOLDBERG, PIKE & BESCHE, PC<br>100 South Charles Street, Tower 2, Suite 1001<br>Baltimore, MD  21201<br>(410) 468 1361 (telephone)<br>(410) 539-2392 (facsimile)<br>*Attorney for Defendant Brickshire Settlements, LLC* | James M. Towarnicky<br>3977 Chain Bridge Road<br>Suite #1<br>Fairfax, VA  22030<br>(703) 352-0022 (telephone)<br>(703) 352-1516 (facsimile)<br>*Attorney for Defendant Dale E. Duncan*<br><br>Dwight D. Murray<br>JORDAN, COYNE & SAVITS, LLP<br>1100 Connecticut Ave., NW Suite 600<br>Washington, DC  20036<br>(202) 496-2803 (telephone)<br>(202) 496-2800 (facsimile)<br>*Attorney for Defendants First Mount Vernon Industrial Loan Association, Inc., and Arthur G. Bennett* |

          /s/
          Tillman J. Finley (DC Bar # 477737)
          Daniel Marino (DC Bar # 416711)
          Sutherland Asbill & Brennan LLP
          1275 Pennsylvania Ave., NW
          Washington, DC  20004
          (202) 383-0100 Phone
          (202) 637-3593 Fax

          *Counsel for Defendant Robert William Carney*