IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case Number 1:06-CV-1524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC. et al. ) | |
| ) | |
|     Defendants ) | |

**DEFENDANT BRICKSHIRE SETTLEMENTS, LLC'S**
<u>**STATEMENT OF CASE**</u>

    Defendant Brickshire Settlements, LLC ("Brickshire") hereby submits a statement of its case as requested in the Court's February 5, 2008 Order. Brickshire denies the allegations in the Plaintiff's Second Amended Complaint and denies that it is liable in any way to the Plaintiff under any theory of liability. Brickshire was hired by First Mount Vernon Industrial Loan Association, Inc. to perform specific tasks relating to the transaction referred to by the Plaintiff as the "First Mount Vernon Transaction." Brickshire contends that all tasks which it performed for First Mount Vernon Industrial Loan Association, Inc. were performed in a proper manner, neither it nor any of its agents, servants or employees had any contact or communications with the Plaintiff, and Brickshire did not breach any duties allegedly owed to the Plaintiff. Brickshire contends that no act or omission on its part caused any injury to the Plaintiff. Brickshire has asserted various affirmative defenses as detailed in its Answer to the Plaintiff's Second Amended Complaint.

Dated: February 25, 2008

                                /s/
                Deborah K. Besche, Federal Bar #397396
                Goldberg, Pike & Besche, P.C.
                100 S. Charles Street, Tower II, Suite 1001
                Baltimore, Maryland 21201
                410-468-1361
                Attorneys for Defendant
                Brickshire Settlements, LLC

## NOTICE OF SERVICE

I HEREBY CERTIFY, that on this 25th day of February 2008, a copy of Defendant Brickshire Settlements, LLC's Statement of Case was e-mailed and mailed, first class, postage prepaid to:

    John T. Szymkowicz, Esquire
    Szymkowicz & Szymkowicz
    1220 19th Street, N.W., Suite 400
    Washington, D.C. 20036-2438
    Attorneys for Plaintiff

    James M. Towarnicky, Esquire
    3977 Chain Bridge Road, Suite #1
    Fairfax, Virginia 22030

    David J. Marino, Esquire
    Sutherland, Asbill & Brennan, LLP
    1275 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004

    David P. Durbin, Esquire
    Jordan, Coyne & Savits, LLP
    1100 Connecticut Ave., N.W., #400
    Washington, D.C. 20036

    Heather S. Deane, Esquire
    Bonner, Kiernan Trebach & Crociata, LLP
    1233 20th Street, Suite 800
    Washington, D.C. 20036

                                /s/
                Deborah K. Besche, Federal Bar #397396