IN THE
## UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| MARY JUERGENS ) | |
| Plaintiff, ) | |
| vs. ) | |
|  ) | |
| URBAN TITLE SERVICES, LLC ) | **CASE NUMBER: 1:06CV01524** |
| and ) | JUDGE:  Colleen Kollar-Kotelly |
| WILLIAM KENNEY ) | DECK TYPE:  General Civil |
| and ) | DATE STAMP: |
| ROBERT WILLIAM CARNEY ) | |
| and ) | NEXT EVENT:  Status Conference |
| PAUL ERB ) | February 26, 2008 |
| and ) | |
| FIRST MOUNT VERNON INDUSTRIAL LOAN ) | |
| ASSOCIATION INCORPORATED [*sic*] ) | |
| and ) | |
| ARTHUR G. BENNETT, ) | |
| and ) | |
| DALE E. DUNCAN, ) | |
| and ) | |
| BRICKSHIRE SETTLEMENTS, LLC, ) | |
|  ) | |
| Defendants. ) | |

## CO-DEFENDANT DALE DUNCAN'S STATEMENT OF THE CASE

COMES NOW the co-defendant in the above-styled proceeding, DALE E. DUNCAN, by and through undersigned counsel, and files this Statement of the Case as directed in this honorable Court's February 5, 2008 Order.

Duncan denies that he is liable in any way to the Plaintiff under any of Plaintiff's theories of liability.  In the amended Complaint, Plaintiff attaches copies of the loan documents on which her causes of action are based.  Duncan was engaged to draft such loan documentation in accordance with the direction of the parties.  In all of those documents, Duncan is not mentioned as being personally involved in the transaction, did not advance funds, and accordingly, is not a "lender" or "broker" under any of Plaintiff's statutory claims.  Correspondingly, any of the

claims of relief against Duncan (invalidation of the note or the lien of the deed of trust) cannot be granted, because Duncan is not a party to that transaction, and therefore lacks any such power. Plaintiff has no damages arising from any action of Duncan. Indeed, Virginia law applies to Duncan's alleged activities, as all of those activities by Duncan were conducted solely in the Commonwealth of Virginia, and Plaintiff met with Duncan solely in Virginia.

As to actions allegedly performed in conjunction with co-defendant First Mount Vernon Industrial Loan Association ("First Mount Vernon") leading to alleged damages to Plaintiff, Plaintiff does not deny that the documents executed at First Mount Vernon's offices were the loan documents in the transaction,[1] and in fact those documents were attached to the Amended Complaint. Accordingly, Duncan is not liable for the alleged damages, because he merely was an agent to a disclosed principal. In addition, Duncan has asserted various affirmative defenses as detailed in his Answer, Grounds of Defense, and Counterclaims.

The basis of Duncan's counterclaims is that Plaintiff was fully aware of all of her actions in executing the loan documents (including her affidavit that the Property securing the loan was not her principal residence), or did so with reckless disregard of her actions or the consequences therefrom. Duncan reasonably relied upon those actions to his detriment, and accordingly, those actions constitute fraud, fraud in the inducement, misrepresentation, or in the alternative, negligent misrepresentation. Including Duncan as a co-defendant "lender" with First Mount Vernon when the documents attached to the Complaint show that is not the case is an action undertaken solely for purposes of leverage, in bad faith, and therefore constitutes abuse of process or malicious prosecution.

---

[1] Only that she does not recall executing such documents.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 23, 2008 | /s/ James M. Towarnicky    .<br>James M. Towarnicky, #370931<br>James M. Towarnicky, P.L.L.C.<br>3977 Chain Bridge Road, Suite #1<br>Fairfax, VA 22030<br>Tel. (703) 352-0022 / Fax (703) 352-1516<br>Counsel for Co-Defendant Dale Duncan |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing statement of case by co-defendant Dale E. Duncan was served on the other parties to the action via email filing and U.S. First Class Mail, postage prepaid, on February 25, 2008, addressed as follows:

Daniel J. Marino, Esq.
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Defendant Robert William Carney

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite #400
Washington, D.C. 20036-2438
Counsel for Plaintiff Mary Juergens

Michael M. Hicks, Esq.
Heather S. Deane, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Streete, NW, Suite 800
Washington, D.C. 20036
Counsel for Urban Title Services, Inc.

Dwight D. Murray, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036
Counsel for Co-Defendant First Mount Vernon Industrial Loan Association, Inc.

Michael N. Russo, Jr., Esq.
Council Baradel, Losmerl & Nolan, P.A.
P.O. Box 2289
Annapolis, MD 21404-2289
Co-Counsel to First Mount Vernon ILA and Arthur G. Bennett

Deborah K. Besche, Esq.
Goldberg, Pike & Besche, P.C.
100 S. Charles Street, Tower II, Suite 1001
Baltimore, MD 21201
Counsel for Brickshire Settlements, LLC

  /s/ James M. Towarnicky
James M. Towarnicky