IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER 1:06-CV-01524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC, ) | |
| WILLIAM KENNEY, ROBERT ) | |
| WILLIAM CARNEY, PAUL ERB, ) | |
| FIRST MOUNT VERNON ) | |
| INDUSTRIAL LOAN ASSOCIATION ) | |
| INCORPORATED, FIRST MOUNT ) | |
| VERNON MORTGAGE, L.L.C., DALE ) | |
| E. DUNCAN, ARTHUR J. BENNETT, ) | |
| And BRICKSHIRE SETTLEMENTS, ) | |
| LLC, ) | |
| Defendants. ) | |

## DEFENDANTS' STATEMENT OF THE CASE

COME NOW the Defendants URBAN TITLE SERVICES, INC, WILLIAM KENNEY, and PAUL ERB, by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and hereby submit their statement of the case. Urban Title Services, Inc., Mr. Kenney, and Mr. Erb (hereinafter "UTS Defendants") deny the allegations set forth in Plaintiff's Second Amended Complaint and deny that they are liable in any way to Plaintiff under any theory of liability.

The UTS Defendants assert that the allegations in Plaintiff's Second Amended Complaint concern two separate and distinct loan transactions. The UTS Defendants have no knowledge of or involvement in the second loan transaction which involved a loan amount of $250,000 and closed in August 2005. Accordingly, Counts XX through XXXVI of Plaintiff's Second Amended Complaint do not pertain to the UTS Defendants and do not require a statement thereby.

Furthermore, the UTS Defendants aver that they were not the lenders on the first loan transaction. The UTS Defendants dispute Plaintiff's factual allegations concerning the first loan transaction in general, as well as Plaintiff's characterization of the loan closing and disbursement of the loan proceeds. These Defendants also dispute Plaintiff's claims of damages in the amount of $1,000,000 (and $10,000,000 in punitive damages) as the amount of the first loan totaled only $60,000. The UTS Defendants deny any acts or omissions (including any statutory violations) that caused injury to Plaintiff with regard to either loan transaction.

DATED this 25th day of February, 2008.

Respectfully submitted,

  /s/ Heather S. Deane
Heather S. Deane, Esq.
Bar No. 471834
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Washington, DC  20036
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: hdeane@bktc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via the Court's electronic filing service this 25th day of February, 2008 to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
*Counsel for Plaintiff*

Tillman James Finley, Esquire
David J. Marino, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Counsel for Robert William Carney*

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
*Counsel for First Mount Vernon Mortgage, LLC*

Dwight D. Murray, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., #600
Washington, DC 20036
*Co-counsel for First Mount Vernon Industrial Loan Association, Inc. and Arthur J. Bennett*

Deborah K. Besche, Esquire
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, Maryland 21201
*Counsel for Brickshire Settlements, LLC*

                                                /s/ Heather S. Deane
                                                Heather S. Deane, Bar No. 471834