IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action Number: <u>06-CA-1524</u> |
| | ) |
| URBAN TITLE SERVICES, INC., <u>et al</u>. | ) |
| | ) |
| Defendants. | ) |

**JOINT DISCOVERY PLAN**

The parties, by and through counsel, hereby file this joint discovery plan at the Court's request, and in support thereof, state as follows.

1. **First Round of Written Discovery**

The parties will submit their first round of written discovery no later than March 21, 2008. Defendants will meet and confer with each other to avoid the duplication of discovery requests.

2. **Plaintiff's Deposition**

The parties have reserved May 7 and 8, 2008 for Plaintiff Juergens' deposition.

3. **Defendants' Depositions**

The parties have reserved May 12-15, 19-22 and 28-29, 2008 for Defendants' depositions. Plaintiff Juergens will draft a Notice of Deposition in conformity with Rule 30 (b) (6) as soon as possible so that the corporate Defendants can properly identify and schedule corporate officials' depositions.

4.       **Stipulation - Initial 26(a)(1) Disclosures**

The parties stipulate that they will dispense with the initial disclosures under Rule 26(a)(1).

Respectfully submitted,

/x/_____
J.P. Szymkowicz (#462146)
John T. Szymkowicz (#946079)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
(202) 862-8500 (voice)
(202) 862-9825 (fax)
jp@szymkowicz.com

Attorney for Plaintiff Mary Jorgen's

/x/_____
Heather S. Deane
BONNER KIERNAN TREBACH & CROCIATA LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
(202) 712-7000 (voice)
(202) 712-7100 (fax)
hdeane@bktc.net

Attorney for Defendants Urban Title Services, Inc., William Kenney and Paul Erg

/x/_____
Tillman James Finley
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100 (voice)
(202) 637-3593 (fax)
tillman.finley@sablaw.com

Attorney for Defendant Robert William Carney

/x/_____
Dwight D. Murray
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036
(202) 496-2803 (voice)
(202)496-2800 (fax)
d.murray@jocs-law.com

Attorney for Defendants First Mount Vernon Industrial Loan Association Incorporated and Arthur G. Bennett

/x/_____
James M. Towarnicky
3977 Chain Bridge Road, Suite 1
Fairfax, Virginia  22030
(703) 352-0022 (voice)
(703) 352-1516 (fax)
slovakesq@aol.com

Attorney for Defendant Dale E. Duncan

/x/_____
Deborah Kathryn Besche
GOLDBERG, PIKE & BESCHE, P.C.
100 South Charles Street, Tower 2, Suite 1001
Baltimore, Maryland 21201
(410) 468-1361 (voice)
 (410) 539-2392 (fax)
dbesche@gpblawfirm.com
Attorney for Defendant Brickshire Settlements, LLC