IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER 1:06-CV-01524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMITTANCE OF LINDSEY A. LEWIS *PRO HAC VICE*

HEATHER S. DEANE, ESQUIRE, pursuant to LCvR 83.2(d), hereby moves this Honorable Court for an Order permitting LINDSEY A. LEWIS, ESQUIRE to appear before it *pro hac vice* for the limited purpose of representing the defendants Urban Title Services, Inc., William Kenney, and Paul Erb in the above-captioned matter.

In support of this Motion, we respectfully refer this Court to the Declaration of Support of Motion for Admittance of Lindsey A. Lewis *Pro Hac Vice*, filed contemporaneously herewith.

WHEREFORE, HEATHER S. DEANE, ESQUIRE hereby requests this Honorable Court to enter an Order admitting LINDSEY A. LEWIS, ESQUIRE to appear *pro hac vice* in the above-captioned matter.

DATED this 28th day of March, 2008.

Respectfully submitted,

/s/ Heather S. Deane
HEATHER S. DEANE, ESQ.
Bar No. 471834
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Washington, DC 20036
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: hdeane@bktc.net

/s/ Lindsey A. Lewis
LINDSEY A. LEWIS, ESQ.
*Pro Hac Vice*
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Washington, DC 20036
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: llewis@bktc.net

## DECLARATION IN SUPPORT OF MOTION FOR ADMITTANCE OF LINDSEY A. LEWIS *PRO HAC VICE*

In support of the above Motion, Lindsey A. Lewis sets forth the following declaration:

1. My full name is Lindsey Anne Lewis.

2. My office is located in the District of Columbia at 1233 20th Street, NW, Suite 800. My telephone number is (202) 712-7000.

3. I have been admitted to the bars of the following courts:

State of Virginia (October 2006)

United States District Court for the Eastern District of Virginia (January 2007)

District of Columbia (March 2007)

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court during the last two years.

6. I engage in the practice of law from an office located in the District of Columbia and am a member of the District of Columbia Bar.

7. As I have only recently been admitted to the District of Columbia Bar, I intend to seek admission to the Bar of this Court pursuant to LCvR 83.8(a)(1) on May 5, 2008. (LCvR83.8(d)).

DATED this 28th day of March, 2008.

Respectfully submitted,

  /s/ Heather S. Deane
HEATHER S. DEANE, ESQ.
Bar No. 471834
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Washington, DC  20036
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: hdeane@bktc.net

  /s/ Lindsey A. Lewis
LINDSEY A. LEWIS, ESQ.
*Pro Hac Vice*
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Washington, DC  20036
Tel: (202) 712-7000
Fax: (202) 712-7100
E-Mail: llewis@bktc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the Motion of Admittance of Lindsey A. Lewis *Pro Hac Vice*, this 28th day of March, 2008, to be served electronically upon:

J.T. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500 (voice)
(202) 862-9825 (fax)
*Counsel for Plaintiff*

Tillman James Finley, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100 (voice)
(202) 637-3593 (fax)
*Counsel for Defendant Robert W. Carney*

Dwight D. Murray, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., #600
Washington, DC 20036
(202) 496-2803 (voice)
(202) 496-2800 (fax)
*Counsel for Defendants First Mount Vernon Industrial Loan Association Inc.
And Arthur G. Bennett*

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030
(703) 352-0022 (voice)
(703) 352-1516 (fax)
*Counsel for Defendant Dale E. Duncan*

Deborah Kathryn Besche, Esq.
Golberg, Pike & Besche, P.C.
100 S. Charles St., Tower 2, Suite 1001
Baltimore, MD 21201
(410) 468-1361 (voice)
(410) 539-2392 (fax)
*Counsel for Defendant Brickshire Settlements, LLC*

                                                     /s/ Heather S. Deane
                                      Heather S. Deane, Bar No. 471834