IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER 1:06-CV-01524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING SPECIAL ADMISSION TO PRACTICE

The Court, having reviewed the Motion of HEATHER S. DEANE, ESQUIRE for admission of LINDSEY A. LEWIS, ESQUIRE *pro hac vice*, and finding the Motion in order, hereby

ORDERS AND ADJUDGES that the Motion be GRANTED and that LINDSEY A. LEWIS, ESQUIRE shall be permitted admission to practice before this Court in the above-captioned matter.

DONE AND ORDERED this ____ day of _____, 2008.

_____
The Honorable Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Heather S. Deane, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC  20036

Lindsey A. Lewis, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC  20036

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438

Tillman James Finley, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC  20004

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22030

Dwight D. Murray, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., #600
Washington, DC  20036

Deborah K. Besche, Esquire
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, Maryland  21201