IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   **Case No.:  1:06CV01524 (CKK)** |
| | *   Judge Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC., | * |
| *et al.*, | * |
| | * |
| Defendants. | * |

CERTIFICATE REGARDING DISCOVERY

    I HEREBY CERTIFY that on the ___th day of April, 2008 a copy of Defendant's Notice to Take Deposition for Mary Juergens was sent by first class mail to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC  20036-2438

    Respectfully submitted,

    JORDAN COYNE & SAVITS, LLP

BY:  /s/
   Dwight D. Murray # 228932
   1100 Connecticut Avenue, N.W.
   Suite 600
   Washington, D.C.  20036
   (202) 296-4747

   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice to Take Depositions was served electronically, this _____ day of April, 2008 to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC  20036-2438
  Counsel for Plaintiff

Daniel Marino, Esquire
Tillman J. Finley, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
  Counsel for Robert William Carney

James M. Towarnicky, Esquire
JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA  22030
  Counsel for First Mount Vernon Mortgage, LLC and
  Dale E. Duncan

Michael M. Hicks, Esquire
Joan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
Suite 800
1233 20th Street, NW
Washington, DC  20036
  Counsel for Urban Title Services, Inc.

Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL
    & NOLAN, P.A.
P.O. Box 2289
Annapolis, MD  21404-2289
  Co-Counsel for First Mount Vernon Industrial Loan
  Association, Inc.

_____
Dwight D. Murray

- 4 -

Case 1:06-cv-01524-CKK    Document 94    Filed 04/16/2008    Page 4 of 4