IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JUERGENS, | |
| Plaintiff, | |
| v. | Case No.: 1:06CV01524 (CKK)<br>Judge Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC.,<br>et al., | |
| Defendants. | |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY Defendants, First Mount Vernon Industrial Loan Association, Inc. and Arthur G. Bennett, by and through their undersigned counsel that a true copy of the foregoing Certificate Regarding Discovery for Interrogatories of Defendants First Mount Vernon and Arthur Bennett was electronically served and was mailed, first class and postage prepaid, this 23rd day of April, 2008 to:

J.P. Szymkowicz, Esquire
John T. Szymkowicz, Esquire
SZYMKOWICZ & SZYMKOWICZ, LLP
Suite 400
1220 19th Street, NW
Washington, DC  20036-2438
 Counsel for Plaintiff

Daniel Marino, Esquire
Tillman J. Finley, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
 Counsel for Robert William Carney

JAMES M. TOWARNICKY, P.L.L.C.
Suite 1
3977 Chain Bridge Road
Fairfax, VA 22030
  Counsel for First Mount Vernon Mortgage, LLC and
  Dale E. Duncan

Michael M. Hicks, Esquire
Joan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
Suite 800
1233 20th Street, NW
Washington, DC 20036
  Counsel for Urban Title Services, Inc.

Michael N. Russo, Jr., Esquire
COUNCIL, BARADEL, KOSMERL
   & NOLAN, P.A.
P.O. Box 2289
Annapolis, MD 21404-2289
  Co-Counsel for First Mount Vernon Industrial Loan
  Association, Inc.


Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:_____/s/_____
        Dwight D. Murray
        Bar #228932
        1100 Connecticut Avenue, NW
        Suite 600
        Washington, DC 20036
        (202) 496-2804
        Fax: (202) 496-2800
        E-mail: d.murray@jocs-law.com

        Counsel for Defendants, First Mount Vernon
        Industrial Loan Association, Inc. and Arthur G.
        Bennett