IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY JUERGENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action Number: 06-CA-1524 |
| | ) |
| URBAN TITLE SERVICES, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO ALLOW PLAINTIFF JUERGENS AN ADDITIONAL 30 DAYS TO FILE HER MOTION TO AMEND COMPLAINT AND RULE 26 (a) (2) (B) EXPERT DISCLOSURE**

Plaintiff Mary Juergens, by and through her attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, respectfully requests that due to the scheduling problems caused by Plaintiff Juergens' recent hospitalization and the resulting postponements of the depositions in this case, the Court's Scheduling Order be amended to reflect the following deadlines:

Motion to Amend Pleadings - August 1, 2008 (from June 30, 2008)

Plaintiff Juergens' Rule 26 (a) (2) (B) Statements - August 1, 2008 (from July 1, 2008)

Defendants' Rule 26 (a) (2) (B) Statements - September 2, 2008 (from August 1, 2008)

Respectfully submitted,

/s/_____
J.P. Szymkowicz (#462146)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC  20036-2438
(202) 862-8500

                Attorney for Plaintiff Mary Juergens

**Certificate of Service**

  I hereby certify that on June 16, 2008, I emailed a pdf of the foregoing Plaintiff Juergens' Consent Motion to Allow Plaintiff Juergens an Additional 30 Days to File her Motion to Amend Complaint and Rule 26 (a) (2) (B) Expert Disclosure  to:

Heather S. Deane
BONNER KIERNAN TREBACH & CROCIATA LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
(202) 712-7000 (voice)
(202) 712-7100 (fax)
hdeane@bktc.net

  Attorney for Defendants Urban Title Services, Inc., William Kenney and Paul Erb

Tillman James Finley
SUTHERLAND ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100 (voice)
(202) 637-3593 (fax)
tillman.finley@sablaw.com

  Attorney for Defendant Robert William Carney

Dwight D. Murray
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036
(202) 496-2803 (voice)
(202)496-2800 (fax)
d.murray@jocs-law.com

  Attorney for Defendants First Mount Vernon Industrial Loan Association
  Incorporated and Arthur G. Bennett

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
Annapolis, Maryland  21404
(410) 268-6600 (voice)
russo@cbknlaw.com

       Attorney for Defendant First Mount Vernon Industrial Loan Association Incorporated

James M. Towarnicky
3977 Chain Bridge Road, Suite 1
Fairfax, Virginia  22030
(703) 352-0022 (voice)
(703) 352-1516 (fax)
slovakesq@aol.com

       Attorney for Defendant Dale E. Duncan

Deborah Kathryn Besche
GOLDBERG, PIKE & BESCHE, P.C.
100 South Charles Street, Tower 2, Suite 1001
Baltimore, Maryland 21201
(410) 468-1361 (voice)
 (410) 539-2392 (fax)
dbesche@gpblawfirm.com

       Attorney for Defendant Brickshire Settlements, LLC

                                    /s/_____
                                    J.P. Szymkowicz (#462146)

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MARY JUERGENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number: <u>06-CA-1524</u> |
| | ) | |
| URBAN TITLE SERVICES, INC., <u>et al</u>. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING CONSENT MOTION TO ALLOW PLAINTIFF JUERGENS AN ADDITIONAL 30 DAYS TO FILE HER MOTION TO AMEND COMPLAINT AND RULE 26 (a) (2) (B) EXPERT DISCLOSURE**

Upon consideration of Plaintiff Mary Juergens's Consent Motion to Allow Plaintiff Juergens an Additional 30 Days to File her Motion to Amend Complaint and Rule 26 (a) (2) (B) Expert Disclosure, IT IS HEREBY ORDERED THAT the Court's Scheduling Order is amended to reflect the following deadlines:

Motion to Amend Pleadings - August 1, 2008 (from June 30, 2008)

Plaintiff Juergens' Rule 26 (a) (2) (B) Statements - August 1, 2008 (from July 1, 2008)

Defendants' Rule 26 (a) (2) (B) Statements - September 2, 2008 (from August 1, 2008)

_____                                  _____
Date                                                                                 Colleen Kollar-Kotelly
                                                                                           United States District Judge