UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS | * | |
| Plaintiff, | * | Case No.: 1:06CV01524 |
| v. | * | Judge: Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, et al. | * | Deck Type: General Civil |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED AND ARTHUR G. BENNETT'S MOTION TO AMEND ANSWER AND ASSERT COUNTERCLAIM**

Defendants First Mount Vernon Industrial Loan Association Incorporated and Arthur G. Bennett ("Defendants"), by and through their attorneys, pursuant to Fed. R. Civ. P. 7 hereby file this Motion to Amend Answer and Assert Counterclaim for the following reasons:

1. Defendants paid off Plaintiff's prior loan, provided her with a cash payout, and paid her rent. Equity requires the above Defendants be entitled to a lien on the subject property in the event this Court sets aside the Articles of Organization creating 1230 23rd Street, LLC, the Deed from Plaintiff to 1230 23rd Street, LLC, or the Deed of Trust between the 1230 23rd Street, LLC and FMVILA

2. Plaintiff will not suffer any prejudice from Defendants' actions.

3. Pursuant to Local Rule 7(m), counsel for Plaintiff has been contacted via telephone by an associate for counsel First Mount Vernon Industrial Loan Associated Incorporated and does not consent to the motion.

4. Defendants incorporate additional reasons as discussed in the accompanying Memorandum in Support of the instant motion.

WHEREFORE, Defendants First Mount Vernon Industrial Loan Association Incorporated and Arthur G. Bennett respectfully request this Honorable Court permit them to amend their Answer and assert a Counterclaim.

    Respectfully submitted,

    COUNCIL, BARADEL,
    KOSMERL & NOLAN, P.A.

    */s/ Michael N. Russo, Jr.*
    Michael N. Russo, Jr. (D.C. Bar No. 424712)
    125 West Street, Fourth Floor
    Annapolis, Maryland 21404
    Annapolis: 410-268-6600
    Washington D.C.: 301-261-2247

    *Attorneys for First Mount Vernon Industrial Loan Association*

    JORDAN COYNE & SAVITS, LLP

    */s/ David P. Durbin*
    David P. Durbin
    */s/Dwight D. Murray*
    Dwight D. Murray
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C. 20036

    *Attorneys for First Mount Vernon Industrial Loan Association and Arthur Bennett*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Amend Answer was mailed electronically via the CM/ECF system and/or first class mail, this 30th day of July, 2008 to:

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Plaintiff

Daniel Marino, Esq.
Tilman Finley, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Counsel for Robert William Carney

James M. Towarnicky, Esq.
3977 Chain Bridge Road, suite 1
Fairfax, VA 22030
Counsel for Dale Duncan

Heather S. Deane, Esq.
Michael Hicks, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Suite 800
Washington, DC 20036
Counsel for Urban Title Services, LLC, Paul Erb and William Kenney

Deborah K. Besche, Esq.
Goldberg, Pike & Besche, PC
100 South Charles Street
Tower 2, Suite 1001
Baltimore, Maryland 21201
Counsel for Brickshire Settlements, LLC


                                        /s/ Michael N. Russo, Jr.
                                        Michael N. Russo, Jr.