UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS | * | |
|     Plaintiff, | * | Case No.: 1:06CV01524 |
| v. | * | Judge: Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, et al. | * | |
|     Defendants | * | |

*   *   *   *   *   *   *   *   *   *   *   *

**DEFENDANTS FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED AND ARTHUR G. BENNETT'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO AMEND ANSWER AND ASSERT COUNTERCLAIM**

Defendants First Mount Vernon Industrial Loan Association Incorporated and Arthur G. Bennett, by and through their attorneys, offer this Memorandum of Law in support of their Motion to Amend Answer and Assert Counterclaim and state as follows:

1. On June 15, 2007, Plaintiff filed a Second Amended Complaint. In the complaint, Plaintiff alleges that she went to Defendant First Mount Vernon Industrial Loan Association ("FMVILA") to obtain a loan. It is alleged that on August 16, 2005 Plaintiff signed an Articles of Organization creating "1230 23rd Street, LLC," a Domestic Limited Liability Company with the Commonwealth of Virginia's State Corporation Commission. FMVILA agreed to provide the LLC with a loan in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

2. Brickshire Settlements, LLC conducted the loan closing on August 31, 2005. Loan proceeds were distributed as follows: sixty one thousand one hundred and ninety five dollars and eleven cents ($61,195.11) of the loan went to pay off a previous

loan Plaintiff entered into with the George Owens Trust; ninety-five thousand dollars ($95,000.00) of the loan was given to Plaintiff at closing; and sixty seven thousand five hundred twenty six dollars and thirty one cents ($67,526.31) was escrowed as an interest reserve to FMVILA which served to pay the mortgage interest of 1230 23rd Street, LLC for approximately eighteen months. Plaintiff lived in the property rent and interest free for this eighteen month period.

3.    The moving Defendants request leave to amend their Answer and assert a Counterclaim against Plaintiff for equitable subrogation and equitable mortgage.

4.    Plaintiff personally received a benefit from FMVILA in the form of the above payments.  In the event this Court grants Plaintiff's requested relief and sets aside the Articles of Organization creating 1230 23rd Street, LLC, the Deed between Plaintiff and 1230 23rd Street, LLC, or the Deed of Trust between the 1230 23rd Street, LLC and FMVILA, equity requires the subject property be subject to a lien in favor of FMVILA.

5.    This request for leave is especially relevant and timely at this juncture based on Plaintiff's recent actions before the Commonwealth of Virginia's State Corporation Commission.  On May 19, 2008, Plaintiff filed a Petition for Declaratory Judgment before the Commission seeking a declaration that the formation of 1230 23rd Street, LLC is void *ab initio*.  *See* Petition for Declaratory Judgment, attached hereto as Exhibit A.  Plaintiff also requested the Commission to declare void *ab initio* any acts performed by 1230 23rd Street, LLC, including but not limited to, the sale and purchase of 1230 23rd Street, Apartment 505, Washington, DC, in affect making an "end-run" around this Court.

6. Plaintiff will not suffer any prejudice from Defendants' motion for amend Answer. Discovery is not set to close until September 30, 2008, thus providing Plaintiff a sufficient amount of time to conduct additional discovery in response to the amended Answer.

WHEREFORE, Defendants First Mount Vernon Industrial Loan Association Incorporated and Arthur G. Bennett respectfully request this Honorable Court permit them to amend their Answer and assert a Counterclaim.

Respectfully submitted,

COUNCIL, BARADEL,
KOSMERL & NOLAN, P.A.

 /s/ Michael N. Russo, Jr.
Michael N. Russo, Jr. (D.C. Bar No. 424712)
125 West Street, Fourth Floor
Annapolis, Maryland 21404
Annapolis: 410-268-6600
Washington D.C.: 301-261-2247

*Attorneys for First Mount Vernon Industrial Loan Association*


JORDAN COYNE & SAVITS, LLP

*/s/ David P. Durbin*
David P. Durbin
*/s/Dwight D. Murray*
Dwight D. Murray
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036

*Attorneys for First Mount Vernon Industrial Loan Association and Arthur Bennett*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Memorandum in Support of Motion to Amend Answer was mailed electronically via the CM/ECF system and/or first class mail, this 30th day of July, 2008 to:

J.P. Szymkowicz, Esq.
John T. Szymkowicz, Esq.
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Plaintiff

Daniel Marino, Esq.
Tilman Finley, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Counsel for Robert William Carney

James M. Towarnicky, Esq.
3977 Chain Bridge Road, suite 1
Fairfax, VA 22030
Counsel for Dale Duncan

Heather S. Deane, Esq.
Michael Hicks, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Suite 800
Washington, DC 20036
Counsel for Urban Title Services, LLC, Paul Erb and William Kenney

Deborah K. Besche, Esq.
Goldberg, Pike & Besche, PC
100 South Charles Street
Tower 2, Suite 1001
Baltimore, Maryland 21201
Counsel for Brickshire Settlements, LLC

                                                         */s/ Michael N. Russo, Jr.*
                                                         Michael N. Russo, Jr.

Case 1:06-cv-01524-CKK   Document 98-2   Filed 07/30/2008   Page 5 of 5