BEFORE THE VIRGINIA STATE CORPORATION COMMISSION

In re: 1230 23RD STREET LLC )
)
By and Through Petitioner: )
) Case Number: _____
Mary Juergens )
1230 23rd Street, N.W., Apt. 505 )
Washington, DC 20037 )
)

## PETITION FOR DECLARATORY JUDGMENT

Petitioner Mary Juergens, by and through her attorneys, J.P. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, respectfully files this petition for declaratory judgment and requests that the Virginia State Corporation Commission declare the "1230 23rd Street, LLC" that is assigned Virginia State Corporation Commission LLC Identification Number S163151-6, to be *void ab initio* and thus, declare *void ab initio* any acts allegedly performed by "1230 23rd Street, LLC", including, but not limited to, the alleged sale and purchase of property with a physical address of 1230 23rd Street, Apt. 505, Washington, DC from Petitioner Mary Juergens to "1230 23rd Street, LLC."

### Identity of the Parties

1. The Virginia Limited Liability Company at issue in the present lawsuit is the "1230 23rd Street, LLC" that is assigned Virginia State Corporation Commission LLC Identification Number S163151-6. See Certificate of Organization of the "1230 23rd Street, LLC" that is attached to the instant petition as Exhibit 1.

2. Petitioner Mary Juergens is an adult female who is the sole shareholder, member, manager or person with any interest in the "1230 23rd Street, LLC."



## Statement of the Action Sought

3.      Petitioner Mary Juergens respectfully files this petition for declaratory judgment and requests that the Virginia State Corporation Commission declare the "1230 23rd Street, LLC" that is assigned Virginia State Corporation Commission LLC Identification Number S163151-6, to be *void ab initio* and thus, declare *void ab initio* any acts allegedly performed by "1230 23rd Street, LLC", including, but not limited to, the alleged sale and purchase of property with a physical address of 1230 23rd Street, Apt. 505, Washington, DC from Petitioner Mary Juergens to "1230 23rd Street, LLC."

## Legal Basis for the State Corporation Commission's Jurisdiction and Legal Basis for the Action Requested

4.      Petitioner Juergens' petition for declaratory judgment is filed pursuant to 5 VAC 5-20-100 (C).

5.      Venue is proper in the State Corporation Commission pursuant to Section 12.1-13 of the Virginia Code since this action involves the invalidation of a Virginia Limited Liability Company registration.

6.      Section 12.1-12 and Section 12.1-13 of the Virginia Code provide the legal basis for the State Corporation Commission to invalidate the "1230 23rd Street, LLC's" registration.

## Statement of Facts

## Background of the First Mount Vernon Loan Transaction

7.      Petitioner Juergens believes that a fraud has been committed in the establishment of the "1230 23rd Street, LLC" upon her and the Commonwealth of Virginia by a lending

company, First Mount Vernon Industrial Loan Association Incorporated, and its agent, Dale E. Duncan.

8. In or around early-August 2005, Petitioner Juergens went to First Mount Vernon Industrial Loan Association Incorporated in order to obtain a $60,000.00 personal residential mortgage loan on her condominium unit in "The Metropolitan," located at 1230 23rd Street, N.W., Washington, DC.

9. Although Petitioner Juergens had significant equity in her home, she had little to no verifiable income.

10. Petitioner Juergens believes that First Mount Vernon Industrial Loan Association Incorporated, upon recognizing that Petitioner Juergens had significant equity in her home, but yet little to no verifiable income, concocted a fraudulent scheme in which a Virginia Limited Liability Company to be known as the "1230 23rd Street, LLC" would be organized for the sole purpose of taking title to Petitioner Juergens' condominium unit and then encumbering the property with a commercial, as opposed to a residential, mortgage.

11. At no time did Petitioner Juergens ever consent to the organization or registration of the Virginia Limited Liability Company known as the "1230 23rd Street, LLC."

12. Moreover, at no time did Petitioner Juergens ever consent to the "sale" of her condominium to the "1230 23rd Street, LLC" or to a commercial (as opposed to a personal residential) mortgage on her condominium.

## Articles of Organization of the 1230 23rd Street, LLC

13. In mid-August, 2005, First Mount Vernon Industrial Loan Association Incorporated, acting through its agent, Dale E. Duncan, filed Articles of Organization dated August 16, 2005, with regard to the "1230 23rd Street, LLC" with the Virginia State Corporation Commission. See Articles of Organization of the "1230 23rd Street, LLC" that is attached to the instant petition as Exhibit 2.

14. The "1230 23rd Street, LLC" Articles of Organization are fraudulent for several reasons:

    a. Paragraph 2 (B) (1) states that "The name of the limited liability company's initial registered agent is Mary Juergens. The registered agent is an individual who is **a resident of Virginia** [emphasis added] and a member or manager of the limited liability company." This statement is false because Petitioner Juergens is not a resident of Virginia and has been a resident of the District of Columbia exclusively since 2001.

    b. Paragraph 3 states that "The limited liability company's initial registered office address, which is identical to the business office of the initial registered agent is **6019 Tower Court, Alexandria, Virginia 22304**." [Emphasis added]. This address is fraudulent because it the office of First Mount Vernon Industrial Loan Association Incorporated, not Petitioner Juergens' home address, "business office" address or for that matter, any address associated with Petitioner Juergens.

    c.    Paragraph 4 states that "The limited liability company's principal office is located at **6019 Tower Court, Alexandria, Virginia 22304**." [Emphasis added]. This address is fraudulent because it the office of First Mount Vernon Industrial Loan Association Incorporated, not Petitioner Juergens' home address, "business office" address or for that matter, any address associated with Petitioner Juergens.

    d.    Petitioner Juergens' alleged signature (dated August 16, 2005) at the bottom of the Articles of Organization is a forgery that was signed without Petitioner Juergens' knowledge or consent. In fact, Petitioner Juergens was in Europe from August 16, 2005, and could not have signed the Articles of Organization on August 16, 2005. See Orbitz Travel Itinerary showing that Petitioner Juergens was in Europe from August 10, 2005 until August 25, 2005 that is attached to the instant petition as Exhibit 3. See also Petitioner Juergens' United States Passport showing entry into Europe on August 11, 2005, [11-08-05] and return into the United States of America on August 25, 2005, that is attached to the instant petition as Exhibit 4.

15.    Virginia State Corporation Commission records reveal that the "1230 23rd Street, LLC's" 2006 annual registration fees were paid on September 1, 2006 and the 2007 annual registration were paid sometime in 2008 (after the 2007 registration lapsed for non-payment of fees), but Petitioner Juergens did not pay these fees or authorize the payment of these fees and believes that First Mount Vernon Industrial Loan Association Incorporated paid these fees without her knowledge or consent.

### First Mount Vernon Loan to Petitioner Juergens

16.  After First Mount Vernon Industrial Loan Association Incorporated filed the Articles of Organization for the "1230 23rd Street, LLC," it proceeded to process a loan to Petitioner Juergens, not in her personal capacity as she believed to be the case, but rather as a personal guarantor of a commercial loan to the "1230 23rd Street, LLC."

17.  This loan was accompanied by a formal transfer of title to the condominium unit from Petitioner Juergens, in her personal capacity, to the "1230 23rd Street, LLC."

18.  Thus, records reveal that the borrower on this loan is not Petitioner Juergens, in her personal capacity, but rather, the "1230 23rd Street, LLC."

19.  After Petitioner Juergens signed documents that she believed referenced a personal residential mortgage loan (and not a commercial loan to "1230 23rd Street, LLC"), Dale E. Duncan informed Petitioner Juergens of the establishment and existence of the "1230 23rd Street, LLC" (a Virginia Limited Liability Company that she neither wanted to establish nor wants to continue as a business entity).

### Petitioner Juergens Lawsuit Against First Mount Vernon

20.  In 2006, Petitioner Juergens filed a lawsuit against First Mount Vernon Industrial Loan Association Incorporated and Dale E. Duncan, among others, in the United States District Court for the District of Columbia seeking, among other things, to set aside the fraudulent sale of her condominium unit to the "1230 23rd Street, LLC" and monetary damages for First Mount Vernon Industrial Loan Association Incorporated and Dale E. Duncan's fraudulent actions. This action is styled _Juergens v. Urban Title Services, LLC, et al._, Case Number 06-CV-1524.

## Count I – Declaratory Judgment

21. The allegations contained in Paragraphs 1-20 of the instant petition are incorporated herein as if fully stated.

22. Since Petitioner Juergens is the sole shareholder, member, manager or person with any ownership interest in the "1230 23rd Street, LLC" and expressly disclaims any act taken in furtherance of the establishment of this Virginia Limited Liability Company or knowledge of these acts, it is proper that the State Corporation Commission declare the "1230 23rd Street, LLC" that is assigned Virginia State Corporation Commission LLC Identification Number S163151-6, to be *void ab initio* and thus, declare *void ab initio* any acts allegedly performed by "1230 23rd Street, LLC", including, but not limited to, the alleged sale and purchase of property with a physical address of 1230 23rd Street, Apt. 505, Washington, DC from Petitioner Mary Juergens to "1230 23rd Street, LLC."

WHEREFORE, Petitioner Mary Juergens respectfully requests that the State Corporation Commission declare the "1230 23rd Street, LLC" that is assigned Virginia State Corporation Commission LLC Identification Number S163151-6, to be *void ab initio* and thus, declare *void ab initio* any acts allegedly performed by "1230 23rd Street, LLC", including, but not limited to, the alleged sale and purchase of property with a physical address of 1230 23rd Street, Apt. 505, Washington, DC from Petitioner Mary Juergens to "1230 23rd Street, LLC."

Respectfully submitted,

*[signature]*

J.P. Szymkowicz (VSB #39120)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500 (voice)
(202) 862-9825 (fax)
jp@szymkowicz.com

Attorney for Petitioner Mary Juergens

### Certificate of Service

I hereby certify that on May 15, 2008, I mailed (via 1st Class Certified U.S. Mail, Return Receipt Requested #7008-0150-0001-7968-2873) a copy of the foregoing Petition for Declaratory Judgment to the General Counsel of the Virginia State Corporation Commission, P.O. Box 1197, Richmond, Virginia 23218-1197.

*[signature]*

J.P. Szymkowicz (VSB #39120)



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

Richmond, August 22, 2005

This is to certify that the certificate of organization of

### 1230 23rd Street, LLC

was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date: August 22, 2005



State Corporation Commission
Attest:

*Joel H. Peck*
Clerk of the Commission

CIS0308

Exhibit 1



LLC-1011
(05/02)

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

ARTICLES OF ORGANIZATION OF A
DOMESTIC LIMITED LIABILITY COMPANY

Pursuant to Chapter 12 of Title 13.1 of the Code of Virginia the undersigned states as follows:

1. The name of the limited liability company is **1230 23rd Street, LLC**

2. A. The name of the limited liability company's initial registered agent is **Mary Juergens**.

   B. The registered agent is **(mark appropriate box):**

   (1) an INDIVIDUAL who is a resident of Virginia **and**
   [ X ] a member or manager of the limited liability company.
   [ ] an officer or director of a corporation that is a member or manager of the limited liability company.
   [ ] a general partner of a general or limited partnership that is a member or manager of the limited liability company.
   [ ] a trustee of a trust that is a member or manager of the limited liability company.
   [ ] a member of the Virginia State Bar.
   
   **OR**
   
   (2) [ ] a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

3. The limited liability company's initial registered office address, which is identical to the business office of the initial registered agent, is:

   6019 Tower Court, Alexandria, Virginia 22304

   which is located in the [ X ] city or [ ] county of **Alexandria**.

4. The limited liability company's principal office is located at **6019 Tower Court, Alexandria, Virgini 22304**

5. Signature:

   _____    8/16/05
   (organizer)                           (date)
   **Mary Juergens**

**SEE INSTRUCTIONS ON THE REVERSE**

Exhibit 2

From: Mary Juergens <onvelvet6@yahoo.com>
Subject: Fwd: Itinerary
Date: November 17, 2006 1:48:03 PM EST
To: jp@szymkowicz.com

Note: forwarded message attached.

Sponsored Link

Mortgage rates near 39yr lows. $310,000 Mortgage for $999/mo - Calculate new house payment

From: Mary Juergens <onvelvet6@yahoo.com>
Date: November 17, 2006 1:30:27 PM EST
To: jb@szymkowicz.com
Subject: itinerary

## Athens 8/10/05

Your airline does not participate in our flight status alert program; however, Orbitz air-traffic specialists will send alerts if airport conditions warrant.
Learn more about OrbitzTLC Alerts
Send OrbitzTLC alerts to others for this trip
**No OrbitzTLC Alerts will be sent for this trip.**
Select a contact to receive alerts for this trip [Mary Juergens]

## Flight reservation

Orbitz record locator: PD1O656S
Airline record locator: Olympic Airlines - LIUEH4
US Airways - KBWAHS
Ticket numbers:    0501268103597598
Total flight cost: $1,316.20 USD
Security update:
Airports require that each traveler obtain a boarding pass before entering the security checkpoint.

**Traveler(s)**    **Frequent flier details**
                  US Airways Dividend Miles
MARY JUERGENS      39L94T

## Leave
### Wednesday, August 10, 2005

US Airways 2174
Depart: 2:00pm  **Washington, DC**
    afternoon Washington Ronald Reagan National (DCA)
Arrive: 3:05pm  **New York, NY**
    afternoon New York La Guardia (LGA)
Economy | Airbus Industrie A319 (319) | 1hr 5min | 215 miles
Your flight is confirmed. The airline is assigning seats at check-in.

Exhibit 3

**Change planes.** Time between flights: **2hr 35min**
Olympic Airlines 412
Depart:5:40pm  New York, NY
    evening  New York John F Kennedy Intl (JFK)
Arrive: 10:10am Athens, Greece
    morning  Athens Eleftherios Venizelos (ATH)
Economy I  Airbus Industrie A340 (340) I  Dinner I  9hr 30min I  4935 miles
Your flight is confirmed. The airline is assigning seats at check-in.
**This is an overnight flight.**
Total duration: 13hr 10min I Total miles: 5150 miles

Return
Thursday, August 25, 2005

Iberia 3883
Depart:8:20am  Athens, Greece
    morning  Athens Eleftherios Venizelos (ATH)
Arrive: **11:00am Madrid, Spain**
    morning  Madrid Barajas (MAD)
Economy I  Airbus Industrie A321 (321) I  Breakfast I  3hr 40min I  1478 miles
Your flight is confirmed. The airline is assigning seats at check-in.
Change planes. Time between flights: **2hr 10min**
US Airways 11
Depart:1:10pm  Madrid, Spain
    afternoon Madrid Barajas (MAD)
Arrive: **3:40pm  Philadelphia, PA**
    afternoon Philadelphia International (PHL)
Economy I  Airbus Industrie A330-300 (333) I  8hr 30min I  3673 miles
Your flight is confirmed. The airline is assigning seats at check-in.
Change planes. Time between flights: **2hr 0min**
US Airways 11
Depart:5:40pm Philadelphia, PA
    evening Philadelphia International (PHL)
Arrive: **6:40pm Washington, DC**
    evening Washington Ronald Reagan National (DCA)
Economy I  Boeing 737-300 Passenger (733) I  1hr 0min I  127 miles
Your flight is confirmed. The airline is assigning seats at check-in.
Total duration: 17hr 20min I Total miles: 5278 miles

Ticket information

paper ticket
**Ship to:**                    **Ship via:**
1230 23RD STREET NW 505 FedEx and arrive in 2 to 3 business days.
WASHINGTON, DC  20037   **Tracking Number:** Not yet available
**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
This is an international trip requiring special travel documentation for each traveler.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

**Flight cost summary**

**Airfare, MARY JUERGENS (Adult)** $1,283.26
    Service fee           $10.99
  Paper-tickets processing fees:   $21.95
        Total trip cost      $1,316.20USD
Back

