UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY JUERGENS | * | |
| Plaintiff, | * | Case No.: 1:06CV01524 |
| v. | * | Judge: Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, LLC, et al. | * | Deck Type: General Civil |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANTS FIRST MOUNT VERNON INDUSTRIAL LOAN ASSOCIATION INCORPORATED AND ARTHUR BENNETT'S MOTION FOR LEAVE TO FILE COUNTERCLAIM

Upon Consideration of Defendants First Mount Vernon Industrial Loan Association Incorporated and Arthur Bennett's Motion for Leave to File Counterclaim and Memorandum in Support thereof and any response thereto, it is on this _____ day of _____ 2008, hereby:

ORDERED, that the above motion is granted and Defendants' Counterclaim is hereby filed and docketed with this Honorable Court.

_____
UNITED STATES DISTRICT JUDGE