IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| MARY JUERGENS | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case Number 1:06-CV-1524 Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC. et al. | ) ) | |
| Defendants | ) | |

**DEFENDANT BRICKSHIRE SETTLEMENTS, LLC'S**
**MOTION FOR STAY OF PROCEEDINGS AND FOR**
**ENTRY OF A REVISED SCHEDULING ORDER**

Defendant Brickshire Settlements, LLC, by Deborah K. Besche and Goldberg, Pike & Besche, P.C., its attorneys, joins in the Motion for a Stay of Proceedings and for Entry of a Revised Scheduling Order filed by Defendants Urban Title Services, Inc., First Mount Vernon Industrial Loan Association, Inc. and Arthur J. Bennett.

_____/s/_____
Deborah K. Besche, Federal Bar #397396
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, MD 21201
(410) 468-1361

Attorneys for Defendant Brickshire Settlements, LLC