IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| MARY JUERGENS ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Case Number 1:06-CV-1524 |
| ) | Honorable Colleen Kollar-Kotelly |
| URBAN TITLE SERVICES, INC. et al. ) | |
| ) | |
|    Defendants ) | |

## ORDER STAYING PROCEEDINGS

Upon consideration of the Motions for Stay of Proceedings filed by Defendants in this case, it is this ____ day of _____, 2008 hereby ORDERED that the above-captioned case shall be stayed until the Plaintiff presents this Court with documentation that a conservator or other guardian has been judicially appointed to act on behalf of the Plaintiff with regard to this litigation and a Status/Scheduling Conference has been held.

It is further ORDERED that the Settlement Conference scheduled for September 8, 2008 is cancelled.

_____
JUDGE

cc:

John T. Szymkowicz, Esquire
Szymkowicz & Szymkowicz
1220 19th Street, N.W., Suite 400
Washington, D.C. 20036-2438

James M. Towarnicky, Esquire
3977 Chain Bridge Road, Suite #1
Fairfax, Virginia 22030

David P. Durbin, Esquire
Dwight Murray, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., #400
Washington, D.C. 20036

Heather Deane, Esquire
Bonner, Kiernan Trebach & Crociata, LLP
1233 20th Street, Suite 800
Washington, D.C. 20036

Deborah K. Besche, Esquire
Goldberg, Pike & Besche, P.C.
100 S. Charles Street
Tower II, Suite 1001
Baltimore, Maryland 21201