IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANDREA SLOAN, as Guardian and Conservator on behalf of Mary Juergens, an incapacitated individual, in both Mary Juergens' individual capacity and as the sole member of "1230 23rd Street, LLC" 1350 Beverly Road, Suites 115-123 McLean, Virginia 22101-3961<br><br>Plaintiff,<br><br>vs.<br><br>URBAN TITLE SERVICES, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 06-CA-1524 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SLOAN'S NOTICE OF FILING UNDER SEAL**
**(MOTION TO ENFORCE SETTLEMENT AGREEMENT AND IMPOSE**
**SANCTIONS AGAINST DEFENDANT FIRST MOUNT VERNON)**

Please take notice that on February 21, 2012, Plaintiff Andrea Sloan, as Guardian and Conservator on behalf of Mary Juergens, an incapacitated individual, in both Mary Juergens' individual capacity and as the sole member of "1230 23rd Street, LLC," by and through her attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, filed, **under seal**, a motion to enforce settlement agreement and impose sanctions against Defendant First Mount Vernon Industrial Loan Association.

Respectfully submitted,

/x/_____
J.P. Szymkowicz (#462146)
SZYMKOWICZ & SZYMKOWICZ, LLP
2300 N Street, N.W., Suite 5310
Washington, DC  20037-1122
(202) 862-8500

Attorney for Plaintiff Andrea Sloan